# EXHIBIT A

English · العربية · Deutsch · Español · Français · 日本語 · 한국어 · Norsk (bokmål) · Português · Русский · Türkçe · Українська

· Africa · Asia · Europe · Islands · Latin America · Middle East · North America · Oceania ·

"... could become as important a journalistic tool as the Freedom of Information Act."

— Time Magazine



*global defense of sources and press freedoms, circa now—*

Tuesday 22 January, 2008

Have documents the world needs to see?

-> we protect your identity <-

EXHIBIT A PAGE 33

Wikileaks is developing an uncensorable system for untraceable mass document leaking and public analysis. Our primary interests are in

http://www.wikileaks.org/wiki/Wikileaks

Wikileaks - Wikileaks

Asia, the former Soviet bloc, Latin America, Sub-Saharan Africa and the Middle East, but we expect to be of assistance to peoples of all countries who wish to reveal unethical behavior in their governments and corporations. We aim for maximum political impact... (more)

Interested in how you can help out? Need to contact us as a media representative? Visit our collaborative portal for more information.

## Breaking analysis

- Northern Rock vs. Wikileaks
- MOU between Raila Odinga and Muslims
- Journalism through the eyes of Fallujah
- Fallujah: The first Iraqi intifada
- U.S lost Fallujah's info war
- Fallujah, the information war and U.S. propaganda
- Classified U.S report into the Fallujah assult
- Секретный доклад о поражении американской армии в Фаллудже, Ирак
- The International Committee of the Red Cross and Guantánamo Bay
- Bermuda's Premier Brown and the BCC bankdraft
- Wikileaks busts Gitmo propaganda team/ru
- Wikileaks busts Gitmo propaganda team
- Habeas noted changes in Guantanamo SOP manual (2003-2004)
- Testimony of Guantanamo SOP manual (2003)
- Testimony of Guantanamo SOP manual (2004)
- more...

## Fresh leaks requiring analysis

- BJB - Roberto de Andrade - Gaynor Jaguar Angel Yara Trusts
- BJB - Luis Nozaleda - Blanca R avena - Madrid - USD 18 mil
- BJB - Juan Carlos Cespedes - SF holdings - 11 mil
- Donald Vance vs. Donald Rumsfeld
- World Check report on John Y K Peng
- MOU between Raila Odinga and Muslims
- BJB - Mr. Lewis - George Charles Lampitt - tax avoidence - Cayman - 5 mil
- BJB - Mr. Lewis - George Charles Lampitt - confusion of beneficiary
- Kenyan ODM and Raila Odinga 2007 election strategy
- BJB - Heinri Steinberger, Frankfurt Steuerbetrug EUR 15 mil
- BJB - Vigier Fintex - tax evasion Cayman
- BJB - JK Peng - Dragon Trust - Cayman hidden money
- BJB - Swisspartner Offshore Tax Scheme - USD 150 mil
- BJB - Greek shipowners Anna Kanellakis Alpha Tankers - USD 30 mil per year
- BJB - Steuerbetrug Juergen Grossmann Architekt - EUR 25 mil
- more...

## New biographies

- Mikhail Trepashkin

## Recent media coverage

- Now Online, a Guide to Detainee Treatment

## Top countries

- United States · Bermuda · United Kingdom · Kenya · Canada · Germany · Iraq · Afghanistan · Iran · China · Australia · India · Israel · Poland · Israel and Occupied Territories · Russia · Denmark · Norway · Thailand · South Africa · Brazil · Netherlands · Belarus · Sweden · Greece · Zimbabwe · Italy · Egypt · New Zealand · Kazakhstan · Myanmar · Ireland · Japan · Nigeria · Belgium · Malaysia · Sri Lanka · Hong Kong · Spain · Argentina · Mozambique · Mexico · Peru · Jordan · Timor Leste · Algeria · Bosnia-Herzegovina · Austria · Slovakia · Turkey · Philippines · El Salvador · Costa Rica · Sudan · Uzbekistan · Kyrgyzstan · Guatem... · Tajikistan · Bulgaria · Croatia · France · Eritrea · Cuba · Burundi · Colombia · Lebanon · Democratic Republic of the Congo · Namibia · Syria · Panama · Pakistan · Indonesia · Georgia · Yemen · Switzerland · Ethiopia · Samoa · Ukraine · Haiti · Vietnam · Tibet · Media/Netherlands · Bahrain · Romania · Chad · Senegal · Singapore · Burkina Faso · Portugal

EXHIBIT A PAGE 34

- В интернете появилась инструкция для тюремщиков Гуантанамо
- Leaked rules detail rewards and penalties at Guantánamo
- Guantanamo operating manual posted on Internet (Washington Post)
- Guantanamo operating manual posted on Internet
- Red Cross Monitors Barred From Guantánamo
- Hemmelig Guantánamo-dokument lekket på nett
- Guantanamo-håndbok på nettet
- Yahoo to face suit over jailing of Chinese dissident
- I am 'Son of the Soil': Harold Darell
- BHC leaks: Law Lords to protect freedoms
- British governor set deal in leak dispute
- Police raid Burmuda Broadcasting
- Naming names at Gitmo
- *more...*

- Larisa Yudina
- Dmitriy Kholodov
- Abderrahim Ariri
- Mostapha Hurmatallah
- Thomas Stockmann
- Allan Nairn
- Amy Goodman
- Mike Gravel
- Deborah Natsios
- Cryptome
- John Young
- Donald Vance
- Vladislav Listyev
- Perry Fellwock
- *more...*

- Tunisia · *more...*

**Wikileaks by language**

· Deutsch · English · Español · Français · Hrvatski · Italiano · Magyar · Nederlands · Polski · Português · Română · Slovenščina · Somali · Sámegiella · Tiếng Việt · Türkçe · Ελληνικά · Български · Русский · Українська · עברית · العربية · Norsk (bokmål) · 中文 (台灣) · 中文 · 日本語 · 한국어

## Hot documents

- Category:Dictionary of Military and Associated Terms
- Camp Delta Standard Operating Procedure
- US Military Equipment in Iraq (2007)
- The looting of Kenya under President Moi
- US violates chemical weapons convention
- KTM report

- On the take and loving it
- Category:Countries
- Bermuda Housing Corporation Scandal
- US Military Equipment in Afghanistan
- Stasi still in charge of Stasi files
- A US$1.5 billion Charter House of horrors

- Internet Censorship in Thailand
- FBI pedophile symbols
- NATO Stock Number
- Category:Truth tellers
- US Military Equipment in Iraq (2007)/Comsec
- Son-of-the-soil.pdf

- US Military Abbreviations
- US Military Equipment in Afghanistan (2007)/Appendix
- Create article
- Stasi still in charge of Stasi files/de
- Inside Somalia and the Union of Islamic Courts
- Category:Featured pages

## Today's featured truth teller - [[Cheng Yizhong & *Nanfang Dushi Bao*]]

EXHIBIT A PAGE 35

*Revealing the SARS epidemic and other important issues in China.*

As editor of Nanfang Dushi Bao (Southern Metropolis Daily), Cheng Yizhong published articles revealing the SARS epidemic and a case of death in a Canton police station. Imprisoned for five months with two of his Nanfang Dushi Bao colleagues, Yu Huafeng and Li Minying, Mr Cheng was released in August 2004. While no formal charges were laid against him, he has been barred from resuming his professional activities.

- http://portal.unesco.org/ci/en/ev.php-URL_ID=21587&URL_DO=DO_TOPIC&URL_SECTION=201.html
- http://www.rsf.org/article.php3?id_article=12130

Retrieved from "https://secure.wikileaks.org/wiki/Wikileaks"

Categories: Translations | Wikileaks | DPL | Whistleblowers/China | Included categories

Get press releases: [email address] Join    Apply to volunteer: [email address] Join

EXHIBIT A PAGE 36

# Wikileaks:Contact

From Wikileaks

General
: wikileaks@wikileaks.org (mailto:wikileaks@wikileaks.org) - any inquiry.

Press
: press@wikileaks.org (mailto:press@wikileaks.org)
Get notified about our press releases

Email address: [    ]  [Submit]

Legal
: See Legal

Leaks / document disclosures
: editor@wikileaks.org (mailto:editor@wikileaks.org) - leaks
playstation@destiny.mooo.com (mailto:playstation@destiny.mooo.com) - discreet submission address.

Submissions upto 1000Mb in size (but your mail provider may only support a few Mb. Gmail supports 20Mb). For further details and other submission mechanisms please see Submissions.

Phone
: +1 (202) 657-6222 (Washington, DC)

Fax
: (866) 904-4598 (toll free, US only)

Skype
: wikileaks

Gtalk / Jabber
: wikileaks@chat.wikileaks.org

Live chat
: See Chat for more

Facebook
: http://harvard.facebook.com/group.php?gid=2257397452&ref=mf

PGP key
: Wikileaks PGP key

**Contents**

- 1 Africa
- 2 Australia
  - 2.1 Melbourne
  - 2.2 Sydney
- 3 China
- 4 Egypt
- 5 France
- 6 Germany
  - 6.1 Berlin
  - 6.2 Frankfurt
- 7 Kenya
- 8 Korea (north and south)
- 9 Russia
- 10 Taiwan
- 11 United Kingdom
- 12 United States
  - 12.1 Bay area
  - 12.2 Boston
  - 12.3 Washington DC

# Africa

EXHIBIT A PAGE 37

africa@wikileaks.org (mailto:africa@wikileaks.org)

Post
> To: Pick any name likely to evade postal censorship in your country.
> PO Box 8098-00200
> Nairobi
> Kenya

# Australia

australia@wikileaks.org (mailto:australia@wikileaks.org)

Post
> To: Pick any name likely to evade postal censorship in your country.
> BOX 4080
> University of Melbourne
> Victoria 3052
> Australia

### Melbourne

melbourne@wikileaks.org (mailto:melbourne@wikileaks.org)

### Sydney

sydney@wikileaks.org (mailto:sydney@wikileaks.org)

# China

china@wikileaks.org (mailto:china@wikileaks.org)

# Egypt

egypt@wikileaks.org (mailto:egypt@wikileaks.org)

# France

france@wikileaks.org (mailto:france@wikileaks.org)

# Germany

germany@wikileaks.org (mailto:germany@wikileaks.org)

### Berlin

EXHIBIT A PAGE 38

berlin@wikileaks.org (mailto:berlin@wikileaks.org)

## Frankfurt

frankfurt@wikileaks.org (mailto:frankfurt@wikileaks.org)

## Kenya

kenya@wikileaks.org (mailto:kenya@wikileaks.org)

Post
    To: Pick any name likely to evade postal censorship in your country.
    PO Box 8098-00200
    Nairobi
    Kenya

## Korea (north and south)

korea@wikileaks.org (mailto:korea@wikileaks.org)

## Russia

russia@wikileaks.org (mailto:russia@wikileaks.org)

## Taiwan

taiwan@wikileaks.org (mailto:taiwan@wikileaks.org)

## United Kingdom

uk@wikileaks.org (mailto:uk@wikileaks.org)

## United States

usa@wikileaks.org (mailto:usa@wikileaks.org)

Phone
    (+1) (202) 657-6222 (Washington, DC)
Fax (toll free)
    (866) 904-4598
Post (legal only)
    344 Tennessee Lane
    Palo Alto, California 94306

EXHIBIT A PAGE 39

## Bay area

bayarea@wikileaks.org (mailto:bayarea@wikileaks.org)

## Boston

boston@wikileaks.org (mailto:boston@wikileaks.org)

## Washington DC

washingtondc@wikileaks.org (mailto:washingtondc@wikileaks.org)

Retrieved from "https://secure.wikileaks.org/wiki/Wikileaks:Contact"

Category: Vital pages

| Get press releases: | | Apply to volunteer: | |
|---|---|---|---|
| email address | Join | email address | Join |

EXHIBIT A PAGE 40

# Wikileaks:Advisory Board

From Wikileaks

(Difference between revisions)

|  |  |
|---|---|
| **Revision as of 00:36, 30 July 2007** (edit) | **Current revision (05:23, 18 January 2008)** (edit) (undo) |
| Wikileaks (Talk \| contribs) | Wikileaks (Talk \| contribs) |
| m (→Julian Assange, writer, hacker & activist) | (→Wang Dan, leading Tienanmen dissident & historian) |
| ← Previous diff |  |

(8 intermediate revisions not shown.)

| Line 6: | Line 6: |
|---|---|
| A foundation member of the Australia Council and chairman of the Film, Radio and Television Board, Phillip has chaired the Australian Film Institute, the Australian Film Commission, Film Australia and the National Australia Day Council. He is a former president of the Victorian Council for the Arts and was foundation chairman of the Commission for the Future. He currently chairs the Advisory Board of the Centre for the Mind at Sydney University and the Australian National University. As well as two Orders of Australia, Phillip was Australian Humanist of the Year (1987), Republican of the Year 2005. He is a recipient of the Golden Lion (Cannes), the Longford award, the Henry Lawson Arts Award (twice) and the National Trust elected him one of Australia's 100 Living National Treasures. He has also received four honorary doctorates. | A foundation member of the Australia Council and chairman of the Film, Radio and Television Board, Phillip has chaired the Australian Film Institute, the Australian Film Commission, Film Australia and the National Australia Day Council. He is a former president of the Victorian Council for the Arts and was foundation chairman of the Commission for the Future. He currently chairs the Advisory Board of the Centre for the Mind at Sydney University and the Australian National University. As well as two Orders of Australia, Phillip was Australian Humanist of the Year (1987), Republican of the Year 2005. He is a recipient of the Golden Lion (Cannes), the Longford award, the Henry Lawson Arts Award (twice) and the National Trust elected him one of Australia's 100 Living National Treasures. He has also received four honorary doctorates. |
| {{clear}} | {{clear}} |
| − ==Julian Assange, writer, hacker & activist== | + ==Julian Assange, investigative journalist, programmer and activist== |
| − [[Image:Julian Assange.jpg\|thumb\|Julian Assange]] | + [[Image:Julian Assange.jpg\| thumb\|Julian Assange]] |
| Born in Australia to a touring theater family, Julian attended 37 schools and 6 universities. As a teenager he became Australia's most famous ethical computer hacker. After referrals from the United States government his phone was tapped in 1991 and he spent 6 years in court. He hacked thousand of systems, including the Pentagon and the US military Security Coordination Center. Following a case in the supreme court, he was convicted of writing a magazine that inspired crimes against the federal government. He was instrumental in introducing the internet to Australia and co-founded one of Australia's first ISPs. He also founded the 'Pickup' civil rights group for children. A prolific programmer and consultant for many open-source projects, he was the co-inventor of 'deniable cryptography' a system used protect human rights workers from torture. He studied mathematics, philosophy and neuroscience. He has written and traveled extensively and has been the subject of several books and documentaries. | Born in Australia to a touring theater family, Julian attended 37 schools and 6 universities. As a teenager he became Australia's most famous ethical computer hacker. Later, in the first prosecution of its type, he defended a case in the supreme court for his role as the editor of an activist electronic magazine. He was instrumental in introducing the internet to Australia and co-founded Australia's first freespeech ISP. He also founded the 'Pickup' civil rights group for children. A prolific programmer and consultant for many open-source projects and his software software is used by most large organizations and is inside every Apple computer. He was the co-inventor of 'deniable cryptography' a system used protect human rights workers from torture. He studied mathematics, philosophy and neuroscience. He has broken stories in most major venues, traveled extensively and has been a subject of several books and documentaries. He is also the co-author of ''Underground'' published by ''Random house''. |
| {{clear}} | {{clear}} |

EXHIBIT A PAGE 41

# Wikileaks:Legal

From Wikileaks

## Contents

- 1 Send all USA legal correspondence to our lawyers
- 2 Digital Millennium Copyright Act
    - 2.1 Designated Agent
    - 2.2 Complaint Notice Procedures for Copyright Owners

## Send all USA legal correspondence to our lawyers

Email:

legal@wikileaks.org

you will then be provided with a postal address and contact details.

```
We do not accept electronic servicing of legal documents.
```

## Digital Millennium Copyright Act

This policy is intended to implement the procedures set forth in 17 U.S.C. Section 512 and the Digital Millennium Copyright Act ("DMCA") for the reporting of alleged copyright infringement.

### Designated Agent

To contact Wikileaks (USA)'s Designated Agent to receive notification of alleged infringement under the DMCA, please email this address listed below. You will then be provided with contact details for the Wikileaks Agent:

legal@wikileaks.org

```
We do not accept electronic servicing of legal documents; email for our service address.
```

### Complaint Notice Procedures for Copyright Owners

The following elements must be included in your copyright infringement notice:


EXHIBIT A PAGE 42

1. A written signature of the copyright owner or a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
2. An accurate identification of the copyrighted work claimed to have been infringed.
3. Proof of Wikileaks (USA)'s ongoing facilitation of the distribution of the alleged infringing work. Be sure not to confuse independent Wikileaks organizations in other jurisdictions with Wikileaks (USA).
4. A description of the DCMA provision applying.
5. Information reasonably sufficient to permit Wikileaks (USA) to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.
6. A statement from the complaining party that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law (including first amendment protections).
7. A statement, under a penalty of perjury, that the information in the notice is accurate, including that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Failure to include all of the above information may result in a delay of the processing of the DCMA notification.

All material which is, in the opinion of Wikileaks (USA), covered by 1st amendment or other protections may be counter suited by Wikileaks (USA). Wikileaks (USA) does not have the technical or legal ability to remove infringing works without the full co-operation of its sister organizations in other jurisdictions. However Wikileaks (USA) will pass on in good faith any request that meets the notification requirements as set out above.

Retrieved from "https://secure.wikileaks.org/wiki/Wikileaks:Legal"

Get press releases: [email address] [Join]    Apply to volunteer: [email address] [Join]

EXHIBIT A PAGE 43

# Wikileaks:Legal

**From Wikileaks**

(Difference between revisions)

| Revision as of 20:49, 17 July 2007 (edit)<br>Wikileaks (Talk \| contribs)<br>m (→Complaint Notice Procedures for Copyright Owners)<br>← Previous diff | Revision as of 20:54, 17 July 2007 (edit) (undo)<br>Wikileaks (Talk \| contribs)<br>m (→Send all USA legal service correspondence to our lawyers)<br>Next diff → |
|---|---|
| **Line 1:** | **Line 1:** |
| - ==Send all USA legal **service** correspondence to our lawyers== | + ==Send all USA legal correspondence to our lawyers== |
| - &lt;pre&gt; | + Julie S. Turner |
| - Julie S. Turner | + Julie Turner Law |
| - Julie Turner Law | + Palo Alto, California |
| - Palo Alto, California | + Phone: 650-494-1530 |
| - Phone: 650-494-1530 | + Fax: 650-472-8028 |
| - Fax: 650-472-8028 | + |
| - | + jturner@julieturnerlaw.com |
| - jturner@julieturnerlaw.com | + |
| - &lt;/pre&gt; | + '''We do not accept electronic servicing of legal documents.''' |
| ==Digital Millennium Copyright Act== | ==Digital Millennium Copyright Act== |

## Revision as of 20:54, 17 July 2007

### Contents

- 1 Send all USA legal correspondence to our lawyers
- 2 Digital Millennium Copyright Act
    - 2.1 Designated Agent
    - 2.2 Complaint Notice Procedures for Copyright Owners

## Send all USA legal correspondence to our lawyers


EXHIBIT A PAGE 44

```
Julie S. Turner
Julie Turner Law
Palo Alto, California
Phone: 650-494-1530
Fax:   650-472-8028

jturner@julieturnerlaw.com

We do not accept electronic servicing of legal documents.
```

# Digital Millennium Copyright Act

This policy is intended to implement the procedures set forth in 17 U.S.C. Section 512 and the Digital Millennium Copyright Act ("DMCA") for the reporting of alleged copyright infringement.

**Designated Agent**

Wikileaks (USA)'s Designated Agent to receive notification of alleged infringement under the DMCA is:

```
Julie S. Turner
Julie Turner Law
Palo Alto, California
Phone: 650-494-1530
Fax:   650-472-8028

jturner@julieturnerlaw.com
```

**Complaint Notice Procedures for Copyright Owners**

The following elements must be included in your copyright infringement notice:

1. A written signature of the copyright owner or a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
2. An accurate identification of the copyrighted work claimed to have been infringed.
3. Proof of Wikileaks (USA) ongoing facilitation of the infringement and a description of the DCMA subsection applying. Be sure not confuse independent Wikileaks organizations in other jurisdictions with Wikileaks (USA).
4. Information reasonably sufficient to permit the Wikileaks (USA) to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.
5. A statement from the complaining party that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law (including first amendment protections).
6. A statement, under a penalty of perjury, that the information in the notice is accurate, including that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Failure to include all of the above information may result in a delay of the processing of the DCMA notification.

All material which is, in the opinion of Wikileaks (USA), covered by 1st amendment or other protections may be counter suited by Wikileaks (USA). Wikileaks (USA) does not have the technical or legal ability to remove infringing works without the full co-operation of its sister organizations in other jurisdictions. However Wikileaks (USA) will pass on in good faith any request that meets the notification requirements set out above.

Retrieved from "https://secure.wikileaks.org/wiki/Wikileaks:Legal"



Get press releases: [email address] [Join]    Apply to volunteer: [email address] [Join]

# Wikileaks:Submissions

From Wikileaks

English • Русский

==Submitting confidential material to Wikileaks is safe and easy.== We have several methods, but the best for most submitters is:

## Click here to securely submit a file online (https://secure.wikileaks.org/wiki/Special:Leak)

==Wikileaks accepts previously undisclosed or currently censored documents== or other media of political, diplomatic or ethical significance. Wikileaks does not accept rumor, opinion or other kinds of first hand reporting or material that is already publicly available.

All staff who deal with sources are accredited journalists or lawyers. All submissions establish a journalist-source relationship. Online submissions are routed via Sweden and Belgium which have first rate journalist-source shield laws. Wikileaks records no source identifying information and there are a number of submission mechanisms available to deal with even the most sensitive national security information.

Wikileaks has a history breaking major stories (in the Guardian, New York Times, CNN, Reuters, etc), protecting sources (no source has ever been exposed) and press freedoms (all censorship attempts, from the Pentagon to London law firms have failed). Some examples:

- U.S lost Fallujah's info war - Classified U.S intelligence report on the battle of Fallujah, Iraq
- Changes in Guantanamo Bay SOP manual (2003-2004) - Guantanamo Bay's main operations manuals
- The looting of Kenya under President Moi - $3,000,000,000 presidential corruption exposed; swung the Dec 2007 Kenyan election, long document, be patient
- Bermuda's Premier Brown and the BCC bankdraft - Brown went to the Privy council London to censor the press in Bermuda
- US Military Equipment in Iraq (2007) - Entire unit by unit equipment list of the U.S army in Iraq
- Stasi still in charge of Stasi files - Suppressed 2007 investigation into infiltration of former Stasi into the Stasi files commission
- Inside Somalia and the Union of Islamic Courts - Vital strategy documents in the Somali war and a play for Chinese support
- Internet Censorship in Thailand - The secret internet censorship lists of Thailand's military junta

If you want to send us a message of your own, as opposed to a document, please see Contact.

EXHIBIT A PAGE 47

# Contents

- 1 Submissions via secure upload
    - 1.1 Medium risk submissions
    - 1.2 High risk submissions
- 2 Submissions via email
- 3 Submissions via our discreet postal network
    - 3.1 High risk postal submissions
    - 3.2 Postal addresses of our trusted truth facilitators
    - 3.3 Australia
    - 3.4 Kenya
- 4 Notes

# Submissions via secure upload

Fast, easy and automatically encrypted with the best banking-grade encryption. We keep no records as to where you uploaded from, your time zone, browser or even as to when your submission was made (if you choose a non-zero *publishing delay*, we set the file time record to be the release date + a random time within that day).

If you are anonymously submitting a Microsoft word file (".doc") that you have edited at some stage, please try to send a PDF document (".pdf") instead, as Word documents may include your name or the name of your computer, see Word file redaction for further information.

Click here to securely submit a file (https://secure.wikileaks.org/wiki/Special:Leak)

## Medium risk submissions

You may want to use a computer that you are not associated with if your submission could result in the examination of your computer by people seeking the source. Your computer may keep a record of what websites you have visited and what files you have had on it. Even if you "delete" this information a skilled technician may be able to retrieve it.

If you use another computer (e.g at a netcafe, library); try not to use that computer for any other purpose that might identify you (e.g checking email).

## High risk submissions

EXHIBIT A PAGE 48

If you are of significant political or legal interest your internet connection maybe monitored by your ISP on behalf of government or others.

Additionally if you are submitting material of interest to the major intelligence agencies or their "friends" (defense contractors or allied agencies in other countries), please be aware that some of these agencies record internet traffic and may be particularly curious about traffic to and from our servers.

These groups may record that your computer has sent a lot of information to our computers, even if they cannot see what that information was due to encryption. See Connection Anonymity.

In these circumstances it is best to use a computer that can not be physically traced to you, however we also have technological means around this type of monitoring (which is called "traffic analysis").

The following method, In addition, provides military (as opposed to banking) grade encryption. It requires downloading and installing additional software. You may wish to submit from another computer or by post instead if you are not comfortable with installing and configuring new software.

## Click here submit a file using cryptographic onion routing

You can also upload from a netcafe as in Medium risk submissions, but exercise reasonable diligence concerning witness.

For the highest levels of protection you may wish to use our postal submission network.

# Submissions via email

Email
editor@wikileaks.org (mailto:editor@wikileaks.org)
Discreet Email
playstation@ljsf.org (mailto:playstation@ljsf.org).

We accept email leaks upto 1000Mb in size however your email system may struggle with attachments this large. Gmail supports up to 20Mb.

We *automatically* discard all identifying information -- even your timezone and type of mail program. All emails received are encrypted with AES256 (approved for US military Top Secret communications) and stored on Wikileaks owned and controlled servers.

However *your mail provider* (e.g Yahoo/Gmail/Hotmail) may keep a record of the communication and where you logged in from. History has

EXHIBIT A PAGE 49