1  MARTIN D. SINGER, ESQ. (BAR NO. 78166)
   WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)
2  EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)
   LAVELY & SINGER PROFESSIONAL CORPORATION
3  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
4  Telephone: (310) 556-3501
   Facsimile: (310) 556-3615
5  E-mail: wbriggs@lavelysinger.com
   E-mail: espiegel@lavelysinger.com
6
   Attorneys for Plaintiffs
7  BANK JULIUS BAER & CO. LTD and
   JULIUS BAER BANK AND TRUST CO. LTD
8

**ORIGINAL FILED**
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

FOR THE ~~CENTRAL~~ NORTHERN DISTRICT OF CALIFORNIA    JSW

WESTERN DIVISION

| | |
|---|---|
| BANK JULIUS BAER & CO. LTD, a Swiss entity; and JULIUS BAER BANK AND TRUST CO. LTD, a Cayman Islands entity,<br><br>Plaintiffs,<br><br>v.<br><br>WIKILEAKS, an entity of unknown form, WIKILEAKS.ORG, an entity of unknown form; DYNADOT, LLC, a California limited liability corporation, and **DOES 1 through 10**, inclusive,<br><br>Defendants. | CASE NO. CV 08 0824<br><br>**PLAINTIFFS' NOTICE OF INTERESTED PARTIES** |

25  / / /                                                              / / /
26  / / /                                                              / / /
27  / / /                                                              / / /
28  / / /                                                              / / /

COURTESY COPY

**TO THE COURT AND TO ALL PARTIES HEREIN:**

The undersigned, counsel of record for Plaintiffs BANK JULIUS BAER & CO. LTD and JULIUS BAER BANK AND TRUST CO. LTD, certifies that, upon information and belief, the following listed parties or persons have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. Those parties or persons are:

1. Bank Julius Baer & Co. Ltd - plaintiff
2. Julius Baer Bank and Trust Co. Ltd - plaintiff
3. Wikileaks - defendant
4. Wikileaks.org - defendant
5. Dynadot, LLC - defendant
6. Todd Han - owner/principle of Dynadot, LLC
7. Julie Turner, Esq. - counsel for Wikileaks, Wikileaks.org and yet unidentified joint tortfeasors and Doe defendants

Respectfully submitted,

DATED: February 6, 2008

LAVELY & SINGER
PROFESSIONAL CORPORATION
MARTIN D. SINGER
WILLIAM J. BRIGGS, II
EVAN N. SPIEGEL

By: _____
WILLIAM J. BRIGGS, II
Attorneys for Plaintiffs BANK JULIUS BAER & CO. LTD and JULIUS BAER BANK AND TRUST CO. LTD