# DECLARATION

# DECLARATION OF EVAN SPIEGEL

I, EVAN SPIEGEL, declare as follows:

1.     I an attorney at law duly qualified to practice before the Courts of the State of California, and am an associate with the firm of Lavely & Singer Professional Corporation, attorneys for Plaintiffs Bank Julius Baer & Co. Ltd and Julius Baer Bank and Trust Co. Ltd.  The facts stated herein are stated of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.  As to those matters stated on the basis of information and belief, I am so informed and believe those matters to be true.

2.     This Declaration is filed in support of Plaintiffs Bank Julius Baer & Co. Ltd ("BJB") and Julius Baer Bank and Trust Co. Ltd ("JBBT") (collectively, "Julius Baer" and/or "Plaintiffs") Application for Temporary Restraining Order and OSC re Preliminary Injunction (the "Application") in the above captioned matter.

3.     Within one business day after the date of the filling of Plainitffs' Application, I shall direct and arrange to have duplicate sets of all of the pleadings served: (i) on Defendant DYNADOT, LLC via either personal service attempts at its place of business or via express overnight delivery; and (ii) on Defendants WIKILEAKS and WIKILEAKS.ORG by service on their agent, DYNADOT, LLC, and/or their legal counsel, Julie Turner, via either personal service attempts at their places of business or via express overnight delivery.  I am not, as of yet, aware as to whether Defendants will oppose this Application.

4.     WIKILEAKS , WIKILEAKS.ORG, and their owners, operators and agents (collectively, "Wikileaks"), through one or more yet unidentified individuals or agents, are the owners, operators and/or registrants of the world wide web website operating under and at the domain name wikileaks.org (the "Website").  Wikileaks attempts to operate under a veil of anonymity, or as they term it "transparency"; and, at the same time, Wikileaks post and disseminate the personal

1 details, including bank account records, of others.

2      5.     The Wikileaks website has the express purpose of providing a site for
3 the "uncensorable," "simple and straightforward means for anonymous" and
4 "untraceable mass" "leaking of documents," regardless of legality or authenticity.
5 Wikileaks solicits the submission or upload of confidential "leaked" or unlawfully
6 obtained or disclosed documents. Wikileaks publically posts and disseminates the
7 leaked documents, and they thereafter posts summaries of the documents and
8 comments on the information within the documents and re-publish information
9 contained in the documents. Wikileaks uses the posted documents for the benefit of
10 the website, including in an apparent effort to increase notoriety and thereby traffic
11 to the Website.

12      6.     Attached hereto as <u>Exhibit "A"</u> are true and correct copies of printouts
13 and/or screen-shots of the "Home" pages, "About" pages, "Legal" pages,
14 "Contact" and "Submissions" pages, and other pages, of the Website, upon which
15 Wikileaks solicits, encourages and facilitates the unlawful dissemination of protected
16 records in violation of various privacy and other laws. Wikileaks' "Contact" page
17 shows that it has a submission address for submission and receipt of "leaked"
18 documents in California.

19      7.     In this matter, Wikileaks has and is publically disseminating stolen
20 legally protected bank files, records and account information related to Plaintiffs'
21 bank and certain of its bank customers (the "JB Property").

22      8.     The domain name wikileaks.org (the "Domain Name") was registered
23 through and is currently administered through an account with defendant Dynadot,
24 LLC ("Dynadot"), and has its domain name server ("DNS") services provided by
25 Dynadot. Dynadot has, for a fee and profit, provided a private anonymous domain
26 "who-is" registration service to the registrants of the Domain Name, which allows
27 Wikileaks' owners and operators to anonymously operate. By virtue of the terms
28 of the anonymous who-is registration service, Dynadot acts as the agent and

administrative contact for the registrant of the Domain Name. Dynadot's DNS services allow the wikileaks.org domain name to resolve to and display the Website operated at wikileaks.org. Attached hereto as <u>Exhibit "B"</u> are true and correct copies of the official "who-is" domain registration records for the < wikileaks.org> Domain Name, evidencing that it is registered with Dynadot, under an anonymous registration service intended to hide the true identity and location of the domain's owners and operators.

9. Commencing on or about January 13, 2008, hundreds of documents which comprise the JB Property were posted onto the Website. The Wikileaks defendants received a submission of the JB Property and posted or facilitated the post of the JB Property onto the Website, and thereafter summarized, repeated, translated and/or re-posted and continue to display or make available approximately 694 different documents and folders which contain Plainitffs' confidential bank records and client data. Attached hereto as <u>Exhibit "C"</u> is an index listing (as titled by Wikileaks and/or Elmer Rudolph, but semi-redacted) of the JB Property made available by Wikileaks through its Website. Attached hereto as <u>Exhibit "D"</u> are true and correct copies of printouts and/or screen-shots of the main and history pages of the Website related to the submission, post and summary for the "BJB-Steuerbetrug" folder, which contains a link to download a zip file containing JB Property. The pages state that the summaries and evaluation of the documents are provided by Wikileaks. The history pages evidence that the post first appeared on January 13, 2008, by Wikileaks, and that Wikileaks has since that time engaged in numerous edits and revisions to the post, including as recently as January 24, 2008.

10. I have downloaded and saved a copy of each of the "zip" files available from the Website which contain the JB Property. I have extracted and reviewed the contents contained within the zip files, which, to date, total approximately 694 different documents and folders. The files and folders contain my clients' confidential bank records and client data. Printouts showing lists of every document

1  and folder of the JB Property, along with a copy of selected representative samples
2  of the many thousands of pages of the JB Property available on the Wikileaks'
3  Website have been concurrently hereto lodged with the Court in conjunction with a
4  Motion to File Under Seal, as Declaration of William Briggs "<u>Filed Under Seal,</u>
5  <u>Exhibits A through O</u>", which are incorporated herein by reference for review by
6  the Court.

7       11.    Commencing on or about January 15, 2008, I sought to contact
8  Wikileaks to provide them with legal notices as to the nature of the JB Property
9  posted on the Website, including that the documents were unlawfully obtained by a
10 former employee of the bank in violation of a written confidentiality agreement, and
11 that the posting and dissemination of the items constitutes violation of applicable
12 privacy and intellectual property rights laws, among other wrongful and tortuous
13 conduct.  I reviewed the Wikileaks Website to obtain contact information, clicked
14 on the "Contact Us" link and obtained an e-mail address for legal correspondence,
15 "legal@wikileaks.org", which the operators of the Website listed with the following
16 description (as contained in Exhibit "A"):

17          "Send all USA legal correspondence to our lawyers
18          Email:
19          l e g a l @ w i k i l e a k s . o r g
20          you will then be provided with a postal address and contact details."
21 I e-mailed Wikileaks and requested that they "Please immediately send the
22 undersigned your full contact details for transmission of legal notices with regard to
23 content posted on wikileaks …"   Wikileaks responded with the above e-mail
24 address, as well as from the e-mail address wikileaks@ wikileaks.org, but refused
25 to provide a postal address and/or any contact details.

26 / / /
27 / / /
28 / / /

12.    After a number of further e-mails, I was provided with a name and e-mail address for Wikileaks' California counsel, Julie Turner of San Mateo. Ms. Turner confirmed in writing, by e-mail, that she is acting as Wikileaks attorney on this matter. I looked-up Ms. Turner's State bar listing and phone number and contacted her in an effort to resolve the matter. I also searched the Website and discovered Ms. Turner's address on the website on the page listing addresses and contacts for submissions of "leaked" documents.

13.    When I spoke with Ms. Turner, I did not request nor demand removal or reference to any articles related to the existence of the dispute with Elmer Rudolph and/or any of his contentions and/or any public discussion on the various civil and criminal proceedings related to Mr. Elmer. I stated that Plaintiffs make no such demands and merely seek removal of the specific stolen confidential bank documents or, at minimum, all of the identifying client data, names and account numbers. I civilly explained to Ms. Turner the nature of the unlawfully obtained and protected consumer banking records. With my knowledge that any document or letter provided to Wikileaks, including to its attorney, would be posted on the Website (based on their past conduct), I offered to go to San Francisco and meet with Ms. Turner in person and show proof and supporting documents to her satisfaction to substantiate the claimed nature of the JB Property.

14.    In response, Ms. Turner requested the courtesy of forbearance of at least a few days on Plaintiffs commencement of any legal action to allow her to speak with her clients. I did not receive a further response. Instead, after my civil and good-faith effort to resolve the matter by a call to and discussion with Wikileaks' counsel, by the next morning Wikileaks had posted misstatements of the settlement conversation and all of my contact information on their Website, and at the same time, removed the contact information for its own counsel. Despite notice to Wikileaks' counsel of (i) the nature of the unlawfully leaked documents and (ii) that the source of the documents is bound by a written confidentiality agreement and

various banking privacy laws; and reasonable requests that the identifying information be removed; Wikileaks has refused to remove the posted stolen documents, as well as any of the identifying client/customer data.

15. Since Wikileaks' refusal to remove the protected information, in preparation of this Application and the corresponding Complaint, I have reviewed the Website on a regular basis to track the display of the JB Property, as well Wikileaks' use, summaries and comments with regard to the JB Property. Over time, it appeared that Wikileaks had apparently reposted the leaked documents and/or information related to the documents in what appeared to be an apparent effort to keep the posts at the fore-front of its Website and to exploit the JB Property to increase their Website's notoriety and traffic. On February 4, 2008, I discovered a discussion post from, what appeared to be, the person responsible for the leaked JB Property. The post indicated that additional documents are to be released in the coming weeks. Attached hereto as <u>Exhibit "E"</u> are true and correct copies of printouts and/or screen-shots of the main, discussion and history pages of the Website related to the submission, post and summary for the "Rudolph Elmer v. Bank Julius Baer" folder. The pages state that the summaries and evaluation of the documents are provided by Wikileaks. The history pages evidence that the post first appeared on December 18, 2007 and that Wikileaks has since that time engaged in numerous edits and revisions to the post, including as recently as February 4, 2008. The last page of the exhibit, a long comment post apparently from Elmer Rudolph writing in the third-person, states that:

> "Elmer might be inveigled into supporting or even executing a terrible act of destruction of human lifes [sic] as other did in Zurich (Tschanun case 7 deaths, Kantonalbank Zurich three deaths etc.)"

/ / /

/ / /

The poster further stated that:

> "It is believed that there are many other cases [documents] to
>
> surface in the next few weeks."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of February 2008, at Los Angeles, California.

_____
/s/
EVAN N. SPIEGEL


I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature (/s/) within this efiled document.

_____
/s/
WILLIAM J. BRIGGS, II

# EXHIBIT A

English · العربية · Deutsch · Español · Français · 日本語 · 한국어 · Norsk (bokmål) · Português · Русский · Türkçe · Українська

· Africa · Asia · Europe · Islands · Latin America · Middle East · North America · Oceania ·

... could become as important a journalistic tool as the Freedom of Information Act.

"

— Time Magazine

# Wikileaks

*global defense of sources and press freedoms, circa now—*

**Tuesday 22 January, 2008**

Have documents the world needs to see?

-> **we protect your identity** <-

EXHIBIT __A__ PAGE __71__

Wikileaks **is developing an uncensorable system for untraceable mass document leaking and public analysis. Our primary interests are in

Wikileaks - Wikileaks

Asia, the former Soviet bloc, Latin America, Sub-Saharan Africa and the Middle East, but we expect to be of assistance to peoples of all countries who wish to reveal unethical behavior in their governments and corporations. We aim for maximum political impact...
(more)

Interested in how you can help out? Need to contact us as a media representative? Visit our collaborative portal for more information.

## Breaking analysis

- Northern Rock vs. Wikileaks
- MOU between Raila Odinga and Muslims
- Journalism through the eyes of Fallujah
- Fallujah: The first Iraqi intifada
- U.S lost Fallujah's info war
- Fallujah, the information war and U.S. propaganda
- Classified U.S report into the Fallujah assult
- Секретный доклад о поражении американской армии в Фаллудже, Ирак
- The International Committee of the Red Cross and Guantanamo Bay
- Bermuda's Premier Brown and the BCC bankdraft
- Wikileaks busts Gitmo propaganda team/ru
- Wikileaks busts Gitmo propaganda team
- Habeas noted changes in Guantanamo SOP manual (2003-2004)
- Testimony of Guantanamo SOP manual (2003)
- Testimony of Guantanamo SOP manual (2004)
- *more...*

## Recent media coverage

- Now Online, a Guide to Detainee Treatment

## Fresh leaks requiring analysis

- BIB - Roberto de Andrade - Gaynor Jaguar Angel Yara Trusts
- BIB - Luis Nozaleda - Blanca R avena - Madrid - USD 18 mil
- BIB - Juan Carlos Cespedes - SF holdings - 11 mil
- Donald Vance vs. Donald Rumsfeld
- World Check report on John Y K Peng
- MOU between Raila Odinga and Muslims
- BIB - Mr. Lewis - George Charles Lampitt - tax avoidence - Cayman - 5 mil
- BIB - Mr. Lewis - George Charles Lampitt - confusion of beneficiary
- Kenyan ODM and Raila Odinga 2007 election strategy
- BIB - Heinri Steinberger, Frankfurt Steuerbetrug EUR 15 mil
- BIB - Vigier Fintex - tax evasion Cayman
- BIB - JK Peng - Dragon Trust - Cayman hidden money
- BIB - Swisspartner Offshore Tax Scheme - USD 150 mil
- BIB - Greek shipowners Anna Kanellakis Alpha Tankers - USD 30 mil per year
- BIB - Steuerbetrug Juergen Grossmann Architekt - EUR 25 mil
- *more...*

## New biographies

- Mikhail Trepashkin

## Top countries

- United States · Bermuda · United Kingdom · Kenya · Canada ·
Germany · Iraq · Afghanistan · Iran · China · Australia · India · Israel ·
Poland · Israel and Occupied Territories · Russia · Denmark ·
Norway · Thailand · South Africa ·
Brazil · Netherlands · Belarus ·
Sweden · Greece · Zimbabwe · Italy
· Egypt · New Zealand · Kazakhstan
· Myanmar · Ireland · Japan ·
Nigeria · Belgium · Malaysia · Sri
Lanka · Hong Kong · Spain ·
Argentina · Mozambique · Mexico ·
Peru · Jordan · Timor Leste · Algeria
· Bosnia-Herzegovina · Austria ·
Slovakia · Turkey · Philippines · El
Salvador · Costa Rica · Sudan ·
Uzbekistan · Kyrgyzstan · Guatemala
· Tajikistan · Bulgaria · Croatia ·
France · Eritrea · Cuba · Burundi ·
Colombia · Lebanon · Democratic
Republic of the Congo · Namibia ·
Syria · Panama · Pakistan · Indonesia
· Georgia · Yemen · Switzerland ·
Ethiopia · Samoa · Ukraine · Haiti ·
Vietnam · Tibet · Media/Netherlands
· Bahrain · Romania · Chad · Senegal
· Singapore · Burkina Faso · Portugal

EXHIBIT A PAGE 72

- В интернете появилась инструкция для тюремщиков Гуантанамо
- Leaked rules detail rewards and penalties at Guantánamo
- Guantanamo operating manual posted on Internet (Washington Post)
- Guantanamo operating manual posted on Internet
- Red Cross Monitors Barred From Guantánamo
- Hemmelig Guantánamo-dokument lekket på nett
- Guantanamo-håndbok på nettet
- Yahoo to face suit over jailing of Chinese dissident
- I am 'Son of the Soil': Harold Darell
- Unsorted articles
- BHC leaks: Law Lords to protect freedoms
- British governor set deal in leak dispute
- Police raid Burmuda Broadcasting
- Naming names at Gitmo
- *more...*

- Larisa Yudina
- Dmitriy Kholodov
- Abderrahim Ariri
- Mostapha Hurmatallah
- Thomas Stockmann
- Allan Nairn
- Amy Goodman
- Mike Gravel
- Deborah Natsios
- Cryptome
- John Young
- Donald Vance
- Vladislav Listyev
- Perry Fellwock
- *more...*

· Tunisia · *more...*

**Wikileaks by language**

· Deutsch · English · Español · Français · Hrvatski · Italiano · Magyar · Nederlands · Polski · Português · Română · Slovenščina · Somali · Sámegiella · Tiếng Việt · Türkçe · Ελληνικά · Български · Русский · Українська · العربية · فارسی · עברית · Norsk (bokmål) · 中文(简) · 中文 · 日本語 · 한국어 ·

## Hot documents

- Category:Dictionary of Military and Associated Terms
- Camp Delta Standard Operating Procedure
- US Military Equipment in Iraq (2007)
- The looting of Kenya under President Moi
- US violates chemical weapons convention
- KTM report

- On the take and loving it
- Category:Countries
- Bermuda Housing Corporation Scandal
- US Military Equipment in Afghanistan
- Stasi still in charge of Stasi files
- A US$1.5 billion Charter House of horrors

- Internet Censorship in Thailand
- FBI pedophile symbols
- NATO Stock Number
- Category:Truth tellers
- US Military Equipment in Iraq (2007)/Comsec
- Son-of-the-soil.pdf

- US Military Abbreviations
- US Military Equipment in Afghanistan (2007)/Appendix
- Create article
- Stasi still in charge of Stasi files/de
- Inside Somalia and the Union of Islamic Courts
- Category:Featured pages

# Today's featured truth teller - [[Cheng Yizhong & *Nanfang Dushi Bao*]]

EXHIBIT __A__ PAGE __73__

*Revealing the SARS epidemic and other important issues in China.*

As editor of Nanfang Dushi Bao (Southern Metropolis Daily), Cheng Yizhong published articles revealing the SARS epidemic and a case of death in a Canton police station. Imprisoned for five months with two of his Nanfang Dushi Bao colleagues, Yu Huafeng and Li Minying, Mr Cheng was released in August 2004. While no formal charges were laid against him, he has been barred from resuming his professional activities.

- http://portal.unesco.org/ci/en/ev.php-URL_ID=21587&URL_DO=DO_TOPIC&URL_SECTION=201.html
- http://www.rsf.org/article.php3?id_article=12130

Retrieved from "https://secure.wikileaks.org/wiki/Wikileaks"

Categories: Translations | Wikileaks | DPL | Whistleblowers/China | Included categories

Get press releases: | email address | | Join |

Apply to volunteer: | email address | | Join |

EXHIBIT A PAGE 74

# Wikileaks:Contact

**From Wikileaks**

General

wikileaks@wikileaks.org
(mailto:wikileaks@wikileaks.org) - any
inquiry.

Press

press@wikileaks.org
(mailto:press@wikileaks.org)

Get notified about our press releases

Email address: [_____]

[Submit]

Legal

See Legal

Leaks / document disclosures

editor@wikileaks.org
(mailto:editor@wikileaks.org) - leaks
playstation@destiny.mooo.com
(mailto:playstation@destiny.mooo.com) -
discreet submission address.

Submissions upto 1000Mb in size (but your mail
provider may only support a few Mb. Gmail
supports 20Mb). For further details and other submission mechanisms please see Submissions.

Phone

+1 (202) 657-6222 (Washington, DC)

Fax

(866) 904-4598 (toll free, US only)

Skype

wikileaks

Gtalk / Jabber

wikileaks@chat.wikileaks.org

Live chat

See Chat for more

Facebook

http://harvard.facebook.com/group.php?gid=2257397452&ref=mf

PGP key

Wikileaks PGP key

## Contents

- 1 Africa
- 2 Australia
  - 2.1 Melbourne
  - 2.2 Sydney
- 3 China
- 4 Egypt
- 5 France
- 6 Germany
  - 6.1 Berlin
  - 6.2 Frankfurt
- 7 Kenya
- 8 Korea (north and south)
- 9 Russia
- 10 Taiwan
- 11 United Kingdom
- 12 United States
  - 12.1 Bay area
  - 12.2 Boston
  - 12.3 Washington DC

# Africa

EXHIBIT A PAGE 75

africa@wikileaks.org (mailto:africa@wikileaks.org)

Post
>    To: Pick any name likely to evade postal censorship in your country.
>    PO Box 8098-00200
>    Nairobi
>    Kenya

# Australia

australia@wikileaks.org (mailto:australia@wikileaks.org)

Post
>    To: Pick any name likely to evade postal censorship in your country.
>    BOX 4080
>    University of Melbourne
>    Victoria 3052
>    Australia

### Melbourne

melbourne@wikileaks.org (mailto:melbourne@wikileaks.org)

### Sydney

sydney@wikileaks.org (mailto:sydney@wikileaks.org)

# China

china@wikileaks.org (mailto:china@wikileaks.org)

# Egypt

egypt@wikileaks.org (mailto:egypt@wikileaks.org)

# France

france@wikileaks.org (mailto:france@wikileaks.org)

# Germany

germany@wikileaks.org (mailto:germany@wikileaks.org)

### Berlin

EXHIBIT A  PAGE 76

berlin@wikileaks.org (mailto:berlin@wikileaks.org)

## Frankfurt

frankfurt@wikileaks.org (mailto:frankfurt@wikileaks.org)

# Kenya

kenya@wikileaks.org (mailto:kenya@wikileaks.org)

Post
> To: Pick any name likely to evade postal censorship in your country.
> PO Box 8098-00200
> Nairobi
> Kenya

# Korea (north and south)

korea@wikileaks.org (mailto:korea@wikileaks.org)

# Russia

russia@wikileaks.org (mailto:russia@wikileaks.org)

# Taiwan

taiwan@wikileaks.org (mailto:taiwan@wikileaks.org)

# United Kingdom

uk@wikileaks.org (mailto:uk@wikileaks.org)

# United States

usa@wikileaks.org (mailto:usa@wikileaks.org)

Phone
> (+1) (202) 657-6222 (Washington, DC)
Fax (toll free)
> (866) 904-4598
Post (legal only)
> 344 Tennessee Lane
> Palo Alto, California 94306


EXHIBIT A PAGE 77

## Bay area

bayarea@wikileaks.org (mailto:bayarea@wikileaks.org)

## Boston

boston@wikileaks.org (mailto:boston@wikileaks.org)

## Washington DC

washingtondc@wikileaks.org (mailto:washingtondc@wikileaks.org)

Retrieved from "https://secure.wikileaks.org/wiki/Wikileaks:Contact"

Category: Vital pages

| Get press releases: | | Apply to volunteer: | |
|---|---|---|---|
| email address | Join | email address | Join |

EXHIBIT A PAGE 78

# Wikileaks:Advisory Board

**From Wikileaks**

(Difference between revisions)

<table>
<tr><td>

**Revision as of 00:36, 30 July 2007 (edit)**
Wikileaks (Talk | contribs)
m (→Julian Assange, writer, hacker & activist)
← Previous diff

</td><td>

**Current revision (05:23, 18 January 2008) (edit)**
(undo)
Wikileaks (Talk | contribs)
(→Wang Dan, leading Tienanmen dissident & historian)

</td></tr>
</table>

(8 intermediate revisions not shown.)

**Line 6:**

A foundation member of the Australia Council and chairman of the Film, Radio and Television Board, Phillip has chaired the Australian Film Institute, the Australian Film Commission, Film Australia and the National Australia Day Council. He is a former president of the Victorian Council for the Arts and was foundation chairman of the Commission for the Future. He currently chairs the Advisory Board of the Centre for the Mind at Sydney University and the Australian National University. As well as two Orders of Australia, Phillip was Australian Humanist of the Year (1987), Republican of the Year 2005. He is a recipient of the Golden Lion (Cannes), the Longford award, the Henry Lawson Arts Award (twice) and the National Trust elected him one of Australia's 100 Living National Treasures. He has also received four honorary doctorates.

{{clear}}

- == Julian Assange, writer, hacker & activist==

- [[Image:Julian Assange.jpg | thumb | Julian Assange]]

Born in Australia to a touring theater family, Julian attended 37 schools and 6 universities. As a teenager he became Australia's most famous ethical computer hacker. After referrals from the United States government his phone was tapped in 1991 and he spent 6 years in court. He hacked thousand of systems, including the Pentagon and the US military Security Coordination Center. Following a case in the supreme court, he was convicted of writing a magazine that inspired crimes against the federal government. He was instrumental in introducing the internet to Australia and co-founded one of Australia's first ISPs. He also founded the 'Pickup' civil rights group for children. A prolific programmer and consultant for many open-source projects, he was the co-inventor of 'deniable cryptography' a system used protect human rights workers from torture. He studied mathematics, philosophy and neuroscience. He has written and traveled extensively and has been the subject of several books and documentaries.

{{clear}}

**Line 6:**

A foundation member of the Australia Council and chairman of the Film, Radio and Television Board, Phillip has chaired the Australian Film Institute, the Australian Film Commission, Film Australia and the National Australia Day Council. He is a former president of the Victorian Council for the Arts and was foundation chairman of the Commission for the Future. He currently chairs the Advisory Board of the Centre for the Mind at Sydney University and the Australian National University. As well as two Orders of Australia, Phillip was Australian Humanist of the Year (1987), Republican of the Year 2005. He is a recipient of the Golden Lion (Cannes), the Longford award, the Henry Lawson Arts Award (twice) and the National Trust elected him one of Australia's 100 Living National Treasures. He has also received four honorary doctorates.

{{clear}}

+ == Julian Assange, investigative journalist, programmer and activist==

+ [[Image:Julian Assange.jpg | thumb | Julian Assange]]

Born in Australia to a touring theater family, Julian attended 37 schools and 6 universities. As a teenager he became Australia's most famous ethical computer hacker. Later, in the first prosecution of its type, he defended a case in the supreme court for his role as the editor of an activist electronic magazine. He was instrumental in introducing the internet to Australia and co-founded Australia's first freespeech ISP. He also founded the 'Pickup' civil rights group for children. A prolific programmer and consultant for many open-source projects and his software software is used by most large organizations and is inside every Apple computer. He was the co-inventor of 'deniable cryptography' a system used protect human rights workers from torture. He studied mathematics, philosophy and neuroscience. He has broken stories in most major venues. traveled extensively and has been a subject of several books and documentaries. He is also the co-author of ''Underground'' published by ''Random house''.

{{clear}}

EXHIBIT A PAGE 79

# Wikileaks:Legal

**From Wikileaks**

## Contents

- 1 Send all USA legal correspondence to our lawyers
- 2 Digital Millennium Copyright Act
    - 2.1 Designated Agent
    - 2.2 Complaint Notice Procedures for Copyright Owners

## Send all USA legal correspondence to our lawyers

Email:

legal@wikileaks.org

you will then be provided with a postal address and contact details.

```
We do not accept electronic servicing of legal documents.
```

## Digital Millennium Copyright Act

This policy is intended to implement the procedures set forth in 17 U.S.C. Section 512 and the Digital Millennium Copyright Act ("DMCA") for the reporting of alleged copyright infringement.

### Designated Agent

To contact Wikileaks (USA)'s Designated Agent to receive notification of alleged infringement under the DMCA, please email this address listed below. You will then be provided with contact details for the Wikileaks Agent:

legal@wikileaks.org

```
We do not accept electronic servicing of legal documents; email for our service address.
```

### Complaint Notice Procedures for Copyright Owners

The following elements must be included in your copyright infringement notice:


EXHIBIT A PAGE 80

1. A written signature of the copyright owner or a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
2. An accurate identification of the copyrighted work claimed to have been infringed.
3. Proof of Wikileaks (USA)'s ongoing facilitation of the distribution of the alleged infringing work. Be sure not to confuse independent Wikileaks organizations in other jurisdictions with Wikileaks (USA).
4. A description of the DCMA provision applying.
5. Information reasonably sufficient to permit Wikileaks (USA) to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.
6. A statement from the complaining party that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law (including first amendment protections).
7. A statement, under a penalty of perjury, that the information in the notice is accurate, including that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Failure to include all of the above information may result in a delay of the processing of the DCMA notification.

All material which is, in the opinion of Wikileaks (USA), covered by 1st amendment or other protections may be counter suited by Wikileaks (USA). Wikileaks (USA) does not have the technical or legal ability to remove infringing works without the full co-operation of its sister organizations in other jurisdictions. However Wikileaks (USA) will pass on in good faith any request that meets the notification requirements as set out above.

Retrieved from "https://secure.wikileaks.org/wiki/Wikileaks:Legal"

Get press releases: [email address] [Join]          Apply to volunteer: [email address] [Join]



# Wikileaks:Legal

**From Wikileaks**

(Difference between revisions)

| Revision as of 20:49, 17 July 2007 (edit) | Revision as of 20:54, 17 July 2007 (edit) (undo) |
|---|---|
| Wikileaks (Talk \| contribs) | Wikileaks (Talk \| contribs) |
| m (→Complaint Notice Procedures for Copyright Owners) | m (→Send all USA legal service correspondence to our lawyers) |
| ← Previous diff | Next diff → |

**Line 1:**

**Line 1:**

| | |
|---|---|
| - ==Send all USA legal **service** correspondence to our lawyers== | + ==Send all USA legal correspondence to our lawyers== |
| - <pre> | + Julie S. Turner |
| - Julie S. Turner | + Julie Turner Law |
| - Julie Turner Law | + Palo Alto, California |
| - Palo Alto, California | + Phone: 650-494-1530 |
| - Phone: 650-494-1530 | + Fax: 650-472-8028 |
| - Fax: 650-472-8028 | + |
| - | + jturner@julieturnerlaw.com |
| - jturner@julieturnerlaw.com | + |
| - </pre> | + '''We do not accept electronic servicing of legal documents.''' |

==Digital Millennium Copyright Act==     ==Digital Millennium Copyright Act==

## Revision as of 20:54, 17 July 2007

## Contents

- 1 Send all USA legal correspondence to our lawyers
- 2 Digital Millennium Copyright Act
  - 2.1 Designated Agent
  - 2.2 Complaint Notice Procedures for Copyright Owners

## Send all USA legal correspondence to our lawyers

 EXHIBIT A PAGE 82

1/16/2008 5:39 PM

```
Julie S. Turner
Julie Turner Law
Palo Alto, California
Phone: 650-494-1530
Fax:   650-472-8028

jturner@julieturnerlaw.com

We do not accept electronic servicing of legal documents.
```

# Digital Millennium Copyright Act

This policy is intended to implement the procedures set forth in 17 U.S.C. Section 512 and the Digital Millennium Copyright Act ("DMCA") for the reporting of alleged copyright infringement.

## Designated Agent

Wikileaks (USA)'s Designated Agent to receive notification of alleged infringement under the DMCA is:

```
Julie S. Turner
Julie Turner Law
Palo Alto, California
Phone: 650-494-1530
Fax:   650-472-8028

jturner@julieturnerlaw.com
```

## Complaint Notice Procedures for Copyright Owners

The following elements must be included in your copyright infringement notice:

1. A written signature of the copyright owner or a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
2. An accurate identification of the copyrighted work claimed to have been infringed.
3. Proof of Wikileaks (USA) ongoing facilitation of the infringement and a description of the DCMA subsection applying. Be sure not confuse independent Wikileaks organizations in other jurisdictions with Wikileaks (USA).
4. Information reasonably sufficient to permit the Wikileaks (USA) to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.
5. A statement from the complaining party that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law (including first amendment protections).
6. A statement, under a penalty of perjury, that the information in the notice is accurate, including that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Failure to include all of the above information may result in a delay of the processing of the DCMA notification.

All material which is, in the opinion of Wikileaks (USA), covered by 1st amendment or other protections may be counter suited by Wikileaks (USA). Wikileaks (USA) does not have the technical or legal ability to remove infringing works without the full co-operation of its sister organizations in other jurisdictions. However Wikileaks (USA) will pass on in good faith any request that meets the notification requirements set out above.

Retrieved from "https://secure.wikileaks.org/wiki/Wikileaks:Legal"



Get press releases: | email address |   Join      Apply to volunteer: | email address |   Join  

EXHIBIT A PAGE 84