# EXHIBIT B

Dockets.Justia.com

# DomainTools

## Whois Record for Wikileaks.org ( Wiki Leaks )

### Front Page Information

| | |
|---|---|
| **Website Title:** | Wikileaks - Wikileaks |
| **Title Relevancy:** | 100% |
| **AboutUs:** | Wiki article on Wikileaks.org |
| **SEO Score:** | 76% |
| **Terms:** | 1031 (Unique: 663, Linked: 732) |
| **Images:** | 8 (Alt tags missing: 8) |
| **Links:** | 289   (Internal: 278, Outbound: 8) |

### Indexed Data

**Y! Directory:** 1 listings

**Visitors by Country:** United States 50.9%   United Kingdom 9.1%
Canada 7.7%   Germany 5.5%
Australia 1.8%   Spain 1.8%

**Visitors by City:** 1) San Francisco, CA, US 6.4%
2) New York, NY, US 5.5%
3) Los Angeles, CA, US 2.9%

**Alexa Trend/Rank:** #114,481 ⬇ 22,712 ranks over the last three months.

**Compete Rank:** #41,895 with 40,622 U.S. visitors per month

**Quantcast Rank:** #98,268

**Wikipedia:** Listed on 12 pages

### Registry Data

| | |
|---|---|
| **Created:** | 2006-10-04 |
| **Expires:** | 2008-10-04 |
| **Whois Server:** | whois.pir.org |

### Server Data

| | |
|---|---|
| **IP Address:** | 88.80.13.160  W R P D T |
| **IP Location:** | - Stockholm - Stockholm - Prq Inet - Access |
| **Response Code:** | 200 |
| **Blacklist Status:** | Clear |
| **SSL Cert:** | secure.wikileaks.org expires in 113 days. |
| **Domain Status:** | Registered And Active Website |

### DomainTools Exclusive

**Registrant Search:** "John Shipton c/o Dynadot Privacy" owns about 9

---

**Thumbnail:**



Queue this Domain for Update

### SEO Text Browser

Loading...   SEO Text Browser

**Wikileaks**
From Wikileaks

Jump to: navigation, search

**English** ·العربية· ·Deutsch· ·Español·
·Français· ·日本語· ·한국어· ·Norsk
(bokmål)· ·Português· ·Русский· ·Türkçe·
·Українська·

· Africa · Asia · Europe · Islands · Latin
America · Middle East · North America ·
Oceania ·

" ... could become as important a
journalistic tool
as the Freedom of Information Act.

— Time Magazine

**Wikileaks**

http://www.wikileaks.org

Disable SEO Text Browser ( Beta )

### Other TLDs

**.com   .net   .org   .biz**

other domains

**Email Search:** privacy@dynadot.com is associated with about 15,493 domains

**NS History:** 4 changes on 4 unique name servers over 2 years.
**IP History:** 8 changes on 7 unique name servers over 2 years.
**Whois History:** 53 records have been archived since 2006-12-20.
**Dedicated Hosting:** wikileaks.org is hosted on a dedicated server.
**Monitor Domain:** Set Free Alerts on wikileaks.org
**Free Tool:** Download DomainTools for Windows

Symbol Key

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

Back Order

Set a backorder so you can own wikileaks.org when it becomes available.

Customize This Page

Select the items you want to be shown on this page.

☑ Front Page      ☑ Indexed Data
☑ Server Data     ☑ Registry Data
☑ Exclusive Data  ☑ Whois Record

**Whois Record**

```
Domain ID:D130035267-LROR
Domain Name:WIKILEAKS.ORG
Created On:04-Oct-2006 05:54:19 UTC
Last Updated On:23-Apr-2007 12:58:38 UTC
Expiration Date:04-Oct-2008 05:54:19 UTC
Sponsoring Registrar:Dynadot, LLC (R1266-LROR)
Status:OK
Registrant ID:CP-13000
Registrant Name:John Shipton c/o Dynadot Privacy
Registrant Street1:PO Box 701
Registrant Street2:
Registrant Street3:
Registrant City:San Mateo
Registrant State/Province:CA
Registrant Postal Code:94401
Registrant Country:US
Registrant Phone:+1.6505851961
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:privacy@dynadot.com
Admin ID:CP-13000
Admin Name:John Shipton c/o Dynadot Privacy
Admin Street1:PO Box 701
Admin Street2:
Admin Street3:
Admin City:San Mateo
Admin State/Province:CA
Admin Postal Code:94401
Admin Country:US
Admin Phone:+1.6505851961
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:privacy@dynadot.com
Tech ID:CP-13000
Tech Name:John Shipton c/o Dynadot Privacy
Tech Street1:PO Box 701
Tech Street2:
Tech Street3:
Tech City:San Mateo
Tech State/Province:CA
Tech Postal Code:94401
Tech Country:US
Tech Phone:+1.6505851961
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:privacy@dynadot.com
Name Server:NS1.EVERYDNS.NET
Name Server:NS2.EVERYDNS.NET
Name Server:NS3.EVERYDNS.NET
Name Server:NS4.EVERYDNS.NET
```

Domains for Sale

PreventLeaks.com
GameLeaks.com
LineLeaks.com
EndLeaks.com
Leaks.info
PipelineLeaks.com
PressLeaks.com
Leaks.org
BuildingLeaks.com
Leaks.de
WindowLeaks.com

Compare Similar Domains

Wiki Learn
Wiki Le
Wiki Learner
Wiki Lead
Wiki Learners
Wiki Leadership
Wiki Leads
Wiki Learing

EXHIBIT B PAGE 106

| Name Server: | | Wiki Lear Ming | 2006-11- |
| Name Server: | | Wiki Lean | 2007-01- |
| Name Server: | | Wiki Leaks | 2007-01- |
| Name Server: | | Wiki Leak | 2007-01- |
| Name Server: | | Wiki Leak Sorg | 2007-02- |
| Name Server: | | Wiki Leakes | 2007-02- |
| Name Server: | | Wiki League | 2007-02- |
| Name Server: | | | |
| Name Server: | | | |

EXHIBIT B PAGE 107

# EXHIBIT C

1.)

| | |
|---|---|
| Document title: | BJB_-_R█████_de_A██████_-_G█████__J█████_A███__Y███_Trusts |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_R█████_de_A██████_-_G██████__J███_A███_Y███_Trusts |
| File Name: | bjb-andrade.zip |
| Wikileaks File Identity No: | SHA256 39010e85348a18b7cd091d3dc7b94ffdea076203a08df0d93822a486416b2e 3e |
| Wikileaks Release Date: | 2008-01-18 |

2.)

| | |
|---|---|
| Document title: | BJB_-_L██_N██████_-_B███R_███████_-_Madrid_-_USD_██_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_L██_N██████_-_B███R_██████_-_Madrid_-_USD_██_mil |
| File Name: | bjb-luis-avenvas.zip |
| Wikileaks File Identity No: | SHA256 eac16b8eb17f21e6cfa496dff61aea1d11bd223739e6f093fb9411df4603cb51 |
| Wikileaks Release Date: | 2008-01-18 |

3.)

| | |
|---|---|
| Document title: | BJB_-_J██_C█████_C███████_-_SF_holdings_-_██_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_J██_C█████_C██████_-_SF_hold ings_-_██_mil |
| File Name: | bjb-peru.zip |
| Wikileaks File Identity No: | SHA256 ffac47f723724cf36a1f8a015ea81648e70806225fce5af0c182fde6c3480a71 |
| Wikileaks Release Date: | 2008-01-18 |

/ / /

/ / /

/ / /

EXHIBIT C PAGE 108

**4.)**

| | |
|---|---|
| Document title: | BJB_-_Mr._L███_-_G███_C███s_L███_-_█avoidance_-_Cayman_-_5_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Mr._L███_-_G███_C███L██_-_█_avoidance_-_Cayman_-_█_mil |
| File Name: | bjb-lewis2.zip |
| Wikileaks File Identity No: | SHA256<br>cccdc8fd8e24721470f28b3f25f89a69bbf85999dff354cabeb87571bfe5d4e3 |
| Wikileaks Release Date: | 2008-01-17 |

**5.)**

| | |
|---|---|
| Document title: | BJB_-_Mr.███_-_G███_C███s_L███_-_████of_beneficiary |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Mr._L███_-_G███_C███L██_-_████of_beneficiary |
| File Name: | bjb-lewis1.zip |
| Wikileaks File Identity No: | SHA256<br>e41b7eada762d35555b0493e1fe36235cf3f97d06382479d233140e212f0570c |
| Wikileaks Release Date: | 2008-01-17 |

**6.)**

| | |
|---|---|
| Document title: | BJB_-_H███_S███,_Frankfurt_Steuerbetrug_EUR_█_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_H███_S███,_Frankfurt_Steuerbetrug_EUR_█_mil |
| File Name: | bjb-heinri-steinberger.zip |
| Wikileaks File Identity No: | SHA256<br>51dbed21a2072f3e68c6093c2e08a7e506d0136fba82209eb230dabe32bc51e0 |
| Wikileaks Release Date: | 2008-01-13 |

/ / /

EXHIBIT C PAGE 109

7.)

| Document title: | BJB_-_V███F███-_█_e███_Cayman |
|---|---|
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_V███F███-_█_e███_█_Cayman |
| File Name: | schwarze-kasse.zip |
| Wikileaks File Identity No: | SHA256 2409a1953291e9eeec33af0cc949688bf44b3007e2ee77e4ab13496b3b6fb565 |
| Wikileaks Release Date: | 2008-01-09 |

8.)

| Document title: | BJB_-_J█_P█_-_D███_Trust_-_Cayman___n_money |
|---|---|
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_J█_P█_-_D███_Trust_-_Cayman___money |
| File Name: | jk-peng.zip |
| Wikileaks File Identity No: | SHA256 f571984e852292cd3cdff4eba2c0a8e4684045440a28fd6dfd700a20f6f4e9b9 |
| Wikileaks Release Date: | 2008-01-09 |

9.)

| Document title: | BJB_-_S███_Offshore_T_S███_-_USD_█_mil |
|---|---|
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_S███_Offshore_T█_S███_-_USD_█_mil |
| File Name: | bjb-swisspartner-tax-scheme.xls |
| Wikileaks File Identity No: | SHA256 c678a68c006f27651c363ae55c133cfcd3127f99bcea12a4212a63178719df41 |
| Wikileaks Release Date: | 2008-01-13 |

/ / /

/ / /

/ / /

/ / /

EXHIBIT C PAGE 110

10.)

| | |
|---|---|
| Document title: | BJB_-_G█████s█_____A█K█████A█___Tankers_-_USD_█_mil_per_year |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_G████s█████████A█_K█████A█_Tankers_-_USD_█_mil_per_year |
| File Name: | bjb-alpha-tankers.zip |
| Wikileaks File Identity No: | SHA256<br>375ebe8f8249c23a32290c6a424680df39f677707d5a449927f15f5a34c6408c |
| Wikileaks Release Date: | 2008-01-13 |

11.)

| | |
|---|---|
| Document title: | BJB_-_S██████J███_G██████A█████_-_EUR_█_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_S███████J███_G█████A██████_-_EUR_█_mil |
| File Name: | bjb-juergen-grossmann.zip |
| Wikileaks File Identity No: | SHA256<br>bee41d33756939188dfccbaf5eb824b218225f55ebf91067150d4362b5f306dc |
| Wikileaks Release Date: | 2008-01-13 |

12.)

| | |
|---|---|
| Document title: | BJB_-_W██████L██,_New_York_-_USD_█_mil_tax_██ |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_W████n_L█████,_New_York_-_USD_█_mil_tax_██ |
| File Name: | bjb-winston-layne.zip |
| Wikileaks File Identity No: | SHA256<br>bac726339b1423535ac0bb6336312669d139230e3b089e3533204fc185e77855 |
| Wikileaks Release Date: | 2008-01-13 |

/ / /

/ / /

/ / /

 EXHIBIT C PAGE 111

13.)

| Document title: | BJB_-_L█_L._K██████_-_China_L█████_and_P██████ |
|---|---|
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_L█_L._K██████_-_C█████_L█████_and_P██████ |
| File Name: | bjb-lord-kadoorie.zip |
| Wikileaks File Identity No: | SHA256<br>59cc8c9575a07e1928bc4117059d6e74be404c75b666c9dbbdf2c094e45f1c69 |
| Wikileaks Release Date: | 2008-01-13 |

14.)

| Document title: | Julius_Baer_to_Angela_Merkel<br>Description: Forged Letter to Angela Merkel from Bank Julius Baer, dated 12 Sept 2007 |
|---|---|
| URL Link: | http://www.wikileaks.org/wiki/Julius_Baer_to_Angela_Merkel |
| File Name: | angela-merkel.pdf |
| Wikileaks File Identity No: | SHA256<br>5f201de05f3d8eb32c0a961402be4324b05cea803d58382c0ca814e85dee34ab |
| Wikileaks Release Date: | 2007-11-26 |

EXHIBIT C PAGE 112

# EXHIBIT D

# BJB - Steuerbetrug Juergen Grossmann Architekt - EUR 25 mil

From Wikileaks

**File**
> bjb-juergen-grossmann.zip (click to view full file)

**Summary**
> Juergen Grossmann, an architect, is supposedly
> hiding money as well as other property via G-Trust,
> a fund located in the Cayman Islands. Mr.
> Grossmann is supposed to be involved in extensive
> governmental contract work, for instance the
> construction of an ICE trainstation in Offenburg,
> Germany. The german population is encouraged by
> the leaker to realize the massive tax fraud going on.

Context
> Germany
> Company
> Bank Julius Baer

| |
|---|
| Unless otherwise specified the document described here: <br><br> • Was first publicly revealed by Wikileaks <br> • At that time was classified, confidential, censored or otherwise withheld from the public. <br> • Is of substantial political, diplomatic or ethical significance. <br> • Has been verified if the *analysis*, *summary* or *note* fields indicate, otherwise has not (yet) been verified. Most documents come in from journalists. Frauds are extremely rare, but possible. |

**Wikileaks release date**
> 2008-01-13

**Note**

> The responsible tax investigation unit in Germany has been contacted and supplied with the material for further review, verification and processing.

> According to an initial investigation, information provided in the documents **does not** harmonize with information of the life of Mr Juergen Grossmann. In case there is more information, please submit. The information provided so far (unfortunatelly) seems to be a dead-end.

> Wikileaks has been threatened with legal action by BJB. See Bank Julius Baer for more information.

**File size in bytes**
> 134735

**File type information**
> Zip archive data, at least v2.0 to extract

**Cryptographic identity**
> SHA256 bee41d33756939188dfccbaf5eb824b218225f55ebf91067150d4362b5f306dc

**Description (as provided by the original submitter)**

> Juergen Grossmann ist eine generaler Architekt, aber leider auch ein Steuerbetrueger. In seinem G Trust hat er neben einem Wertschriftenportfeuille auch sein Haus auf Mallorca in eine Gesellschaft versteckt. Interessant ist hier, dass nicht nur Wertschriften und Geld auf den Cayman Islands versickern sondern auch Liegenschaften. Herr Grossmann hat dies sehr geschickt gemacht, da er sogar aufgrund des beigelegten Zahlungsverkehrs sich aus diesem Vermoegen seinen Lebensunterhalt im Ausland bestreitet.

EXHIBIT D PAGE 113

Wir erachten es als eine Schweinerei, dass er den Staat betruegt, aber dann Auftraege vom Staat bekommt. Zum Beispiel geht es m den ICE Bahnhof in Offenburg, das ist ein Millionprojekt, doch ein Teil seines Einkommens wird wohl wieder auf die Cayman's fliessen. Das wissen wir nicht, doch ist es anzunehmen.

Die deutsche Bevoelkerung sollte sich bewusst sein, dass einer Ihrer anerkannten Mitbuerger in Kehl, den Staat massiv betruegt. Das darf doch nicht wahr sein in einer aufgeklaerten, ethischen und moralischen Gesellschaft.

Herr Grossmann bzw die Bank Julius Baer, Zuerich kann die Daten als wahr verifizieren. Herr Grossmann kann ueber info.grossmann-architekten.com erreicht werden.

Es ist ein Leak, weil ein weiter deutscher Buerger als Steuerbetrueger identifiziert wurde. Es werden wahrscheinlich noch viele folgen zb Adelige und Hochfinanz.

Sicher kann man sagen, dass dies das Werk eine Denzianten ist, doch Steuerbetrug und Geldwaescherei ist das groessere Uebel als das Denunziantentum.

Mit freundliche Gruss

Retrieved from "https://secure.wikileaks.org/wiki/BJB_-_Steuerbetrug_Juergen_Grossmann_Architekt_-_EUR_25_mil"

Categories: Leaked files | Analysis requested | Germany | Company | Bank Julius Baer | 2008 | 2008-01 | English | Switzerland | Grand Cayman

Get press releases:

email address  [Join]

Apply to volunteer:

email address  [Join]

EXHIBIT D PAGE 114

# BJB - Steuerbetrug Juergen Grossmann Architekt - EUR 25 mil

### From Wikileaks

Revision history
View logs for this page
(Latest | Earliest) View (previous 50) (next 50) (20 | 50 | 100 | 250 | 500).

Diff selection: mark the radio boxes of the versions to compare and hit enter or the button at the bottom.
Legend: (cur) = difference with current version, (last) = difference with preceding version, M = minor edit.

Compare selected versions

- (cur) (last) ⦿ 23:45, 24 January 2008 Wikileaks (Talk | contribs) (2,838 bytes)
- (cur) (last) ⦿ 20:08, 23 January 2008 Souls (Talk | contribs) m (3,124 bytes) (reworded)
- (cur) (last) ○ 20:07, 23 January 2008 Souls (Talk | contribs) m (3,129 bytes)
- (cur) (last) ○ 20:06, 23 January 2008 Souls (Talk | contribs) m (3,126 bytes)
- (cur) (last) ○ 13:54, 16 January 2008 Souls (Talk | contribs) m (2,842 bytes)
- (cur) (last) ○ 00:15, 16 January 2008 Souls (Talk | contribs) (2,707 bytes)
- (cur) (last) ○ 21:57, 15 January 2008 Wikileaks (Talk | contribs) (2,310 bytes)
- (cur) (last) ○ 21:43, 13 January 2008 Wikileaks (Talk | contribs) (1,899 bytes)
- (cur) (last) ○ 21:42, 13 January 2008 Wikileaks (Talk | contribs) (1,921 bytes)
- (cur) (last) ○ 21:27, 13 January 2008 Wikileaks (Talk | contribs) (227 bytes) (Importing text file)

Compare selected versions

(Latest | Earliest) View (previous 50) (next 50) (20 | 50 | 100 | 250 | 500).
Retrieved from "https://secure.wikileaks.org/wiki/BJB_-_Steuerbetrug_Juergen_Grossmann_Architekt_-_EUR_25_mil"

| Get press releases: | | Apply to volunteer: | |
|---|---|---|---|
| email address | Join | email address | Join |


EXHIBIT D PAGE 115

# EXHIBIT E

# Rudolf Elmer vs. Bank Julius Baer

## From Wikileaks

**File**

    julius-baer-stalking.zip (click to view full file)

**Summary**

> Unless otherwise specified the document described here:
>
> - Was first publicly revealed by Wikileaks
> - At that time was classified, confidential, censored or otherwise withheld from the public.
> - Is of substantial political, diplomatic or ethical significance.
> - Has been verified if the *analysis*, *summary* or *note* fields indicate, otherwise has not (yet) been verified. Most documents come in from journalists. Frauds are extremely rare, but possible.

    The zip file consists of two documents.

    The first document, dated 2006-01-22, is a letter from a former employee to Johannes de Gier, the CEO of swiss private Bank Julius Baer of Zurich. It addresses certain issues the employee has with the bank, including money for medial surgery owed to the employee by the bank as well as certain allegations on being stalked by bank engaged private investigators.

    The second document, dated 2007-12-11, constitutes the judicial denial notice for the lawsuit filed by Rudolf Elmer against the swiss private bank Julius Baer of Zurich. Elmer, the former JB employee, had made claims against Julius Baer for stalking, corruption and coercion and is in parallel also involved in a lawsuit filed by JB against him. More detailed information on Elmer's claims can be found in the preceeding paper.

    According to Elmer he and his family are subject to observation by private investigators working for Julius Baer, to an extent that his 6 year old daughter needs psychological treatment and his life is overall suffering from it. Various examples for the scare tactics employed by the PIs are given, and even though these activities could be proven and are accepted as fact by the prosecution, it is being ruled against Elmer. Following people in public spaces for instance does not represent an illegal activity in Switzerland.

**Context**

    Switzerland

    Judiciary

    Prosecutor's Office Zurich - Sihl

**Primary language**

    Deutsch

**Contents**

- leak:julius-baer-stalking/JB_Wishleblowiner_Stalking_Schweiz.pdf
- leak:julius-baer-stalking/JB_Stalking_Ruling.pdf

**File size in bytes**

    1246021

**File type information**

 EXHIBIT E PAGE 116

Zip archive data, at least v2.0 to extract

**Cryptographic identity**

SHA256 3e1df7d9bc3382eacad76c544e9aa7c1ba5bf6c5c91a3790130cce4962bd47b7

**Description (as provided by the original submitter)**

Stalking in Switzerland is not a crime and therefore Swiss authorities will not punish a stalker even though the Stalker creates psychological torture on a six year old child and his family. This is the case where the stalker is Julius Baer and its Management. In addition Julius Baer offers money CHF 500'000 in order to solve the problem and to silence a Swiss Banker. Verification can be easily done by calling Raymond Baer and he will provide you further information. If not please discuss this matter on this page and further documentration/information will be provided.

The family is still threatened and actions are taken against this family by Julius Baer in order to silence them it appears.

Retrieved from "https://secure.wikileaks.org/wiki/Rudolf_Elmer_vs._Bank_Julius_Baer"

Categories: Leaked files | Analysis requested | Switzerland | Judiciary | Prosecutor's Office Zurich - Sihl | Deutsch | English

| Get press releases: | | Apply to volunteer: | |
|---|---|---|---|
| email address | Join | email address | Join |

EXHIBIT E PAGE 17

Rudolf Elmer vs. Bank Julius Baer - History - Wikileaks

Page 1 of 1

# Rudolf Elmer vs. Bank Julius Baer

## From Wikileaks

Revision history
View logs for this page
(Latest | Earliest) View (previous 50) (next 50) (20 | 50 | 100 | 250 | 500).

Diff selection: mark the radio boxes of the versions to compare and hit enter or the button at the bottom.
Legend: (cur) = difference with current version, (last) = difference with preceding version, M = minor edit.

[ Compare selected versions ]

- (cur) (last) ⦿ 01:14, 4 February 2008 Wikileaks (Talk | contribs) (2,527 bytes)
- (cur) (last) ⦿ 19:22, 1 February 2008 Wikileaks (Talk | contribs) m (Bank Julius Baer vs. Rudolf Elmer moved to Rudolf Elmer vs. Bank Julius Baer)
- (cur) (last) ○ 19:50, 30 January 2008 Wikileaks (Talk | contribs) m (2,518 bytes)
- (cur) (last) ○ 19:42, 18 December 2007 Z0w1z (Talk | contribs) m (2,516 bytes)
- (cur) (last) ○ 19:39, 18 December 2007 Z0w1z (Talk | contribs) m (2,516 bytes)
- (cur) (last) ○ 19:35, 18 December 2007 Z0w1z (Talk | contribs) m (2,516 bytes)
- (cur) (last) ○ 19:33, 18 December 2007 Z0w1z (Talk | contribs) m (2,529 bytes)
- (cur) (last) ○ 19:17, 18 December 2007 Wikileaks (Talk | contribs) m (Julius-baer-stalking moved to Bank Julius Baer vs. Rudolf Elmer)
- (cur) (last) ○ 19:00, 18 December 2007 Z0w1z (Talk | contribs) m (2,344 bytes)
- (cur) (last) ○ 18:50, 18 December 2007 Wikileaks (Talk | contribs) (228 bytes) (Importing text file)

[ Compare selected versions ]

(Latest | Earliest) View (previous 50) (next 50) (20 | 50 | 100 | 250 | 500).
Retrieved from "https://secure.wikileaks.org/wiki/Rudolf_Elmer_vs._Bank_Julius_Baer"

| Get press releases: | | Apply to volunteer: | |
|---|---|---|---|
| email address | Join | email address | Join |

EXHIBIT _E_ PAGE 118

# Talk:Rudolf Elmer vs. Bank Julius Baer

## From Wikileaks

## Contents

- 1 Stalking
- 2 Gestaendnis eines ehemaligen CEOs
- 3 Erinnerungen an den Holocaust
- 4 "There is a time when I man is denied the right to live a normal life" (Nelson Mandela)

## Stalking

Ja, ich kenne diese Geschichte. Wir haben in der Geschäftsleitung darüber gesprochen und es ist klar das Elmer gestalked werden musste. Es war die klare Absicht +

Ich war ehemaliger CEO der Gruppe und bin nun bereit in dieser Sache Klarheit zu schaffen. Die Angelegenheit bedrueckt mich und ich muss dies der Oeffentlichkeit erzaehlen.

Ich hatte den Aufrag von RJB und der Familie die Angelegenheit zu loesen ohne grosses Aufsehen zu erregen in der schweiz Finanzwelt. Prof Dr. F. Taisch stand mir bei und zusammen mit Dr. Von Stockar und Ryffel AG, P. Stelzner haben wir den Plan geschmiedet wie Elmer unter Druck gesetzt werden koennte, damit er seine Geheimnisse nicht Preis gibt.

Wir haben die folgenden Massnahmen getroffen: - Elmer wird observiert, so dass er es merkt und seine Familie, Nachbarn und auch Mitarbeiter. Er sollte eine dubiosen Ruf bekommen und wir wollten ihn ausgrenzen - anfangs schien es zu funktionieren und er war sehr verwirrt. Wir kamen dem Ziel Nahe, dass der Gewalt anwendet und sich damit als Verbrecher qualifiziert. Die Oberserver hatten den Auftrag auffaellig ihn zu beschatten, ihm Angst zu machen und ihn zu verfolgen. Die Verfolgung klappte in der Staat Zurich und Elmer wurde mehrmals in der Staat gejagt. Jedesmal wenn er zur Polizei ging waren die Obersver verschwunden. Anfangs klappte es und wir hofften, dass er zur Bank kommt und mit uns spricht. Hiestand und ich haben ihn diesbezueglich mehrmals angerufen. - es klappte nicht! Elmer lehnte Gespraeche ab. Wir mussten mehr Druck aufbauen. - Ziel war nun seine sechsjaehrige Tochter und seine Frau gezielt unter Druck zu setzen. Das gelang recht gut. Die Tochter wurde auf dem Schulhausplatz beobachtet natuerlich so dass sie es merkte, aus enem Auto heraus hat einer unser Leute Schokolade angeboten, ihre Freundin wurde ebenfalls einbezogen. Dies schien zu klappen, da die Tochter nun in taeglich mit Begleitung der Mutter in den Kindergarten ging. Elmer hat aber immer noch nicht reagiert. - die Idee mit den Drohemails machte Sinn. Wir mussten diesen Mann entweder zum Gespraech gewinnen oder dann musste er Gewalt anwenden. Gewalt haette ihn vor den Richter gebracht und die Sache waere vorerst geloest gewissen. Leider hatte dieser Mann die Geduld eines "Ghandi". Er liess sich nicht provozieren. Raymond Baer und die Familie machten mehr Druck auf mich, weil anscheinend Steuerbetrueger Schreiben erhielten, sie sollen doch mit dem Steuerbetrug aufhoeren und ihre Vermoegen deklarieren. - die naechste Massnahmen war, dass wir eine oeffentliche Hetzjagt inszenieren mussten. Das war nicht allzu schwierig. Mit der Hilfe von Weltwoche und Lukas Haessig haben wir den Artikel #das Leck im Paradies# verfasst. Dort haben wir klar auf Elmer hingewiesen und damit die Hetzjagdt gestartet. Elmer wurde noch mehr unter Druck gesetzt. Ich habe ihn angerufen und vorgeschlagen, wir koennen doch die Sache friedlich loesen, ob er nun entlich zu einem Gespraech bereit

Talk:Rudolf Elmer vs. Bank Julius Baer - Wikileaks

Page 2 of 6

waere. Elmer wehrte ab und wir mussten noch mehr Druck aufsetzen. - Ryffel AG hatte nun den Auftrag seine Frau und das Kind auf der Strasse zu verfolgen und Druck aufzusetzen. Die Frau sollte bedraengt werden und vielleicht wuerde das Helfen, die Sache zu loesen. Die Polizei hatte sich ungluechlicherweise in der Verfolgung eingeschaltet und die Verfolgung unterbrochen. Nun haben wir gedacht, Elmer hat nun genuegend Druck bzw wird entweder bald Gewalt anwenden oder in den Wahnsinn getrieben. Die Aktionen haben die Bank ca CHF 1,5 Mio gekostet und wir haben die ganze Aktionen auf drei Jahre verteilt. Es ist nicht zu fassen, dieser Elmer konnten wir nicht unter Kontrolle bringen.

Nun wieso haben wir alle diese Massnahmen getroffen:

- es schien, dass uns die Kunden davon liefen, weil man sie auf die Steuerhinterziehung und -betrug aufmerksam gemacht hatte - es handelt sich hauptsaechlich um Deutsche Kunden der Bank Julius Baer, Zuerich, die auch heute noch gefaehrtet sind - es handelt sich um den Ruf von der Familie Baer und insbesondere Raymond Baer, der massiv in dubiose Geschaefte verwikelt war. Es geht dabei z.B. um die sogenannte Salinas Geschichte, bei der ein C.L. und die Bank in Geldwaescherei verwikelt war. Die Bundesanwaltschaft der Schweiz ermittelte und C.L. und die Bank kamen nur davon weg, weil sie eine sogenannte #sloppy due dillgence# durchfuehrten. Es war klar, willful blindless und wir alle wussten, was hier ablaeuft - er kann den Nachweis erbringen, das die Bank das Schweizer Volk betruegt.

Nun die Drohungen; den Versuch aus ihm einen Gewalttaeter zu machen; ihn mit den Verfolgungen in den Wahnsinn zu treiben;, ihm Geld zu offerien und zum Schweigen zu bringen; seine Lebensgrundlage wegzunehmen; seine Lieben dh die sechsjaehrige Tochter und Frau etc in Angst und Bang zu setzen alles war erfolglos.

Mir hat die Familie Baer gekuendigt, weil ich diesen Fall nicht unter Kontrolle bringen konnte. Auch mein Freund Prof Dr. Franco Taisch hatte aufgrund dieses Falls die Stelle bei Julius Baer Holding verloren. Es werden noch weitere Faelle kommen. Auch verstehe ich nicht, wieso sich die Staatsanwaltschaft gegen Elmer stellt, sicher haben die auch noch etwas zu verlieren. Dieser Mann muss zum Schweigen gebracht werden, den er weiss zuviel ueber die Methoden im schweizerischen Privatbanking der JB. Er hat das Thema #Committed to Excellence# bei JB durchschaut. Es geht um Steuerhinterziehung etc und das hat bereits Hans J. Baer and JB stark kritisiert.

Abschliessend kann ich nur sagen, ich bewundere diesen Mann. Dieser Mann hat Charakter und Persoenlichkeit. Vielleicht hat er sogar etwas von einem #Ghandi# oder vielleicht etwas von afrikanischen Freiheitskaempfer #Nelson Mandela#. Man kann ihn als vielleicht sogar als #Ghandi# oder Nelsen Mandela der schweizerischen Finanzwelt, der groessten Finanzwelt der Welt bezeichen. Auch hat Elmer keine Gewalt angewendet; hingenommen, dass der Schreiberling Meinrad Ballmer in der Sonntagszeitung ihn als psychisch Kranken qualfizierte, liess die Macht der Staatsanwaltschaft ueber sich ergehen; war sich bewusst, dass die Staatsanwaltschaft von JB manipuliert wurde und Offshore Konstruktion durch die Bank gezielt verdeckt wurden etc. Ich ziehe den Hut von diesem Manne und seiner Familie.

Hoffentlich hoeren wir noch mehr von diesem Mann, denn er hat noch vieles zu erzaehlen.

In Bewunderung

W. Kabenhans

Retrieved from "https://secure.wikileaks.org/wiki/Talk:Bank_Julius_Baer_vs._Rudolf_Elmer"

# Gestaendnis eines ehemaligen CEOs       EXHIBIT E PAGE 120

Ich war ehemaliger CEO der Gruppe und bin nun bereit in dieser Sache Klarheit zu schaffen. Die Angelegenheit bedrueckt mich und ich muss dies der Oeffentlichkeit erzaehlen.

Ich hatte den Aufrag von RJB und der Familie die Angelegenheit zu loesen ohne grosses Aufsehen zu erregen in der schweiz Finanzwelt. Prof Dr. F. Taisch stand mir bei und zusammen mit Dr. Von Stockar und Ryffel AG, P. Stelzner haben wir den Plan geschmiedet wie Elmer unter Druck gesetzt werden koennte, damit er seine Geheimnisse nicht Preis gibt.

Wir haben die folgenden Massnahmen getroffen: - Elmer wird observiert, so dass er es merkt und seine Familie, Nachbarn und auch Mitarbeiter. Er sollte eine dubiosen Ruf bekommen und wir wollten ihn ausgrenzen - anfangs sollte es zu funktionieren und er war sehr verwirrt. Wir kamen dem Ziel Nahe, dass der Gewalt anwendet und sich damit als Verbrecher qualifiziert. Die Oberserver hatten den Auftrag auffaellig ihn zu beschatten, ihm Angst zu machen und ihn zu verfolgen. Die Verfolgung klappte in der Staat Zurich und Elmer wurde mehrmals in der Staat gejagt. Jedesmal wenn er zur Polizei ging waren die Obersver verschwunden. Anfangs klappte es und wir hofften, dass er zur Bank kommt und mit uns spricht. Hiestand und ich haben ihn diesbezueglich mehrmals angerufen. - es klappte nicht! Elmer lehnte Gespraeche ab. Wir mussten mehr Druck aufbauen. - Ziel war nun seine sechsjaehrige Tochter und seine Frau gezielt unter Druck zu setzen. Das gelang recht gut. Die Tochter wurde auf dem Schulhausplatz beobachtet natuerlich so dass sie es merkte, aus enem Auto heraus hat einer unser Leute Schokolade angeboten, ihre Freundin wurde ebenfalls einbezogen. Dies schien zu klappen, da die Tochter nun in taeglich mit Begleitung der Mutter in den Kindergarten ging. Elmer hat aber immer noch nicht reagiert. - es klappte nicht! - die Idee mit den Drohemails machte Sinn. Wir mussten diesen Mann entweder zum Gespraech gewinnen oder dann musste er Gewalt anwenden. Gewalt haette ihn vor den Richter gebracht und die Sache waere vorerst geloest gewissen. Leider hatte dieser Mann die Geduld eines "Ghandi". Er liess sich nicht provozieren. Raymond Baer und die Familie machten mehr Druck auf mich, weil anscheinend Steuerbetrueger Schreiben erhielten, sie sollen doch mit dem Steuerbetrug aufhoeren und ihre Vermoegen deklarieren. - die naechste Massnahme war, dass wir eine oeffentliche Hetzjagat inszenieren mussten. Das war nicht allzu schwierig. Mit der Hilfe von Weltwoche und Lukas Haessig haben wir den Artikel #das Leck im Paradies# verfasst. Dort haben wir klar auf Elmer hingewiesen und damit die Hetzjagdt gestartet. Elmer wurde noch mehr unter Druck gesetzt. Ich habe ihn angerufen und vorgeschlagen, wir koennen doch die Sache friedlich loesen, ob er nun entlich zu einem Gespraech bereit waere. Elmer wehrte ab und wir wussten das mehr Druck aufsetzen. - Ryffel AG hatte nun den Auftrag seine Frau und das Kind auf der Strasse zu verfolgen und Druck aufzusetzen. Die Frau sollte bedraengt werden und vielleicht wuerde das Helfen, die Sache zu loesen. Die Polizei hatte sich ungluechlicherweise in der Verfolgung eingeschaltet und die Verfolgung unterbrochen. Nun haben wir gedacht, Elmer hat nun genuegend Druck bzw wird entweder bald Gewalt anwenden oder in den Wahnsinn getrieben. Die Aktionen haben die Bank ca CHF 1,5 Mio gekostet und wir haben die ganze Aktionen auf drei Jahre verteilt. Es ist nicht zu fassen, dieser Elmer konnten wir nicht unter Kontrolle bringen.

Nun wieso haben wir alle diese Massnahmen getroffen:

- es schien, dass uns die Kunden davon liefen, weil man sie auf die Steuerhinterziehung und -betrug aufmerksam gemacht hatte - es handelt sich hauptsaechlich um Deutsche Kunden der Bank Julius Baer, Zuerich, die auch noch gefaehrtet sind - es handelt sich um den Ruf der Familie Baer und insbesondere Raymond Baer, der massiv in dubiose Geschaefte verwikelt war. Es geht dabei z.B. um die sogenannte Salinas Geschichte, bei der ein C.L. und die Bank in Geldwaescherei verwikelt war. Die Bundesanwaltschaft der Schweiz ermittelte und C.L. und die Bank kamen nur davon weg, weil sie eine sogenannte #sloppy due dillgence# durchfuehrten. Es war klar, willful blindless und wir alle wussten, was hier ablaeuft - er kann den Nachweis erbringen, das die Bank das Schweizer Volk betruegt.

Nun die Drohungen; den Versuch aus ihm einen Gewalttaeter zu machen; ihn mit den Verfolgungen in den Wahnsinn zu treiben;, ihm Geld zu offerien und zum Schweigen zu bringen; seine Lebensgrundlage wegzunehmen; seine Lieben dh die sechsjaehrige Tochter und Frau etc in Angst und Bang zu setzen alles war erfolglos.

Mir hat die Familie Baer gekuendigt, weil ich diesen Fall nicht unter Kontrolle bringen konnte. Auch mein Freund Prof Dr. Franco Taisch hatte aufgrund dieses Falls die Stelle bei Julius Baer Holding verloren. Es werden noch weitere Faelle kommen. Auch verstehe ich nicht, wieso sich die Staatsanwaltschaft gegen Elmer stellt, sicher haben die auch noch etwas zu verlieren. Dieser Mann muss zum Schweigen gebracht werden, den er weiss zuviel ueber die Methoden im schweizerischen Privatbanking der JB. Er hat das Thema #Committed to Excellence# bei JB durchschaut. Es geht um Steuerhinterziehung etc und das hat bereits Hans J. Baer and JB stark kritisiert.

Abschliessend kann ich nur sagen, ich bewundere diesen Mann. Dieser Mann hat Charakter und Persoenlichkeit. Vielleicht hat er sogar etwas von einem #Ghandi# oder vielleicht etwas von afrikanischen Freiheitskaempfer #Nelson Mandela#. Man kann ihn als vielleicht sogar als #Ghandi# oder Nelsen Mandela der schweizerischen Finanzwelt, der groessten Finanzwelt der Welt bezeichen. Auch hat Elmer keine Gewalt angewendet; hingenommen, dass der Schreiberling Meinrad Ballmer in der Sonntagszeitung ihn als psychisch Kranken qualfizierte, liess die Macht der Staatsanwaltschaft ueber sich ergehen; war sich bewusst, dass die Staatsanwaltschaft von JB manipuliert wurde und Offshore Konstruktion durch die Bank gezielt verdeckt wurden etc. Ich ziehe den Hut von diesem Manne und seiner Familie.

Hoffentlich hoeren wir noch mehr von diesem Mann, denn er hat noch vieles zu erzaehlen.

In Bewunderung

W. Kabenhans

# Erinnerungen an den Holocaust

Lieber Leser/Leserin,

diese Geschichte erinnert mich an den Holocaust als die Juden verfolgt wurden und sich nicht mit Gewalt wehrten. Sie liesen die Sache ueber sich ergehen und hofften auf eine bessere Welt. Hier scheint dies aehnlich zu sein. Der Mann laesst es zu, dass seine Familie, Angehoerige und Freunde und er selber gestalked wird. Er laesst es zu, dass die Staatsanwaltschaft aehnlich wie in Deutschland Ungerechtigkeiten geschuetzt haben. Ich bin ein Jude und kann das nicht ohne weiteres hinnehmen, da Julius Baer ja eigentlich ein juedische Bank ist oder vielleicht war.

Man muss diese Menschen an die Vergangenheit erinnern und vielleicht werde Sie dh die Familie Baer bewusst, was da angerichtet wurde. Es war eine Hetzjagd auf Juden frueher und heute machte diese Familie das Gleiche mit nicht Juden. Unglaublich, da kann ich als Jude nicht unterstuetzen.

Der Jude

# "There is a time when I man is denied the right to live a normal life" (Nelson Mandela)

EXHIBIT E PAGE 122

Julius Baer is the driving force in this case where with all the actions taking against Elmer, the time has come

for Elmer when he is denied the right to live a normal life and when he can only live the life of an outlaw because Julius Baer and the "Staatsanwaltschaft" have so decreed to use the law to impose a state of outlawry upon Elmer. Elmer was driven to this situation with the methods Julius Baer and third parties adopted

- stalking the family by Julius Baer and using German and Swiss private investigators to put pressure on Elmer - the emails which were sent with threatening to kill not only him but also a 5 year old child and the wife - the financial offers made by Julius Baer to silence Elmer and

it is assume that Elmer does not regret having taken the decisions that he did to become a whistleblower. Other people will be driven in the same way in Switzerland, by this very same force of decision taking by the Staatsanwaltschaft Zurich and in this case Julius Baer.

This is not the first time Swiss Banks to action against a whistleblower. Prof Dr Jean Ziegler had to go through the same torture when he issued the famous book "Die Schweiz wäscht weisser" twenty years ago.

Therefore, Julius Baer is a master of psychological warefare, which was designed to incapacitate Elmer, through fear, so he could not think. This massive forces, Elmer and his family must have observed, were determined to perpetuate a permanent atompsphere of crisis and fear in his life, in the family, in the neighbourhood and also in the office with his colleagues at work.

Interesting is that Nelson Mandela issued a warning about such methods in this case to US President George W Bush against adopting a force (in Bush's case military force) that creates a climate of fear, undermining United Nations and threatening to lead the world into a "holocaust". Unfortunately, here this is the same with Julius Baer because they adopted a force (private investigators) and other methods which created a climate of fear and now is undermining the Swiss Banking's reputation and threaten to lead the Swiss Banking into a "reputational holocaust".

However, it is assume that Elmer is a real, living man, alert and strategic and he is aware that he has infinitely more power than the Bank even though the Bank uses the best lawyers.

It is thought that Elmer will embody a revolution in the Swiss Banking system as a creature as a creature of humanity: frail, imperfect and real. Elmer will also proof that Offshore Banking can be ethically and morally correct and performing business within the moral and ethical laws of our society.

"Unhappy the land", said the proverb, "that has no heroes". "Unhappy the land", replied Bertold Brecht, "that needs heroes". Elmer is about to become a hero in the Financial World to match the scale of Switzerland's unhappiness about its Private Banking industry demonstrated with the Julius Baer case. It appears that he is seeking to embody a new financial society where ethical and moral values are above what the Swiss and Cayman law state.

It is also clear that Elmer's character was tested to his limit (threads, money, power game, inprisonment) with all the methods used to silence this Swiss Banker.

The sad thing is and I assume Elmer is well aware of it that the way Julius Baer performs business is not only anymore in the grey zone! Such methods can only be stopped and made public with breaking the law as well otherwise society will never know and will never learn that some ultra-rich do not pay any taxes and Julius Baer reduces its tax burden to a minium! Julius Baer profits from the brand "Switzerland" but here it appears that it spoils the good reputation of Swiss Banking.

Julius Baer is a group that is prepared to go to psychological war in defence of profits and power. If someone does not go along wiht the Bank Julius Baer is determined to perpetuate a permanent atomosphere of crisis and fear for people like Elmer knowing that a rightened person cannot think clearly. Julius Baer attempted

EXHIBIT E PAGE 123

with all the stalking and threats to create conditions under which Elmer might be inveigled into supporting or even excuting a terrible act of destruction of human lives as other did in Zurich (Tschanun case 7 deaths, Kantonalbank Zürich three deaths etc.)

It is also obvious that Julius Baer is victimising itstelf and arguing it is protecting the clients and the bank screcy law but as a matter of fact the Cayman's business obviously demonstrates that the Bank is only after profit for whatever it takes and supporting that ultra rich do pay hardly any taxes.

It is believed that there are many other cases to surface in the next few weeks.

Retrieved from "https://secure.wikileaks.org/wiki/Talk:Rudolf_Elmer_vs._Bank_Julius_Baer"

Get press releases:                                         Apply to volunteer:

| email address | Join | | email address | Join |

EXHIBIT E PAGE 124