# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity, <br><br> Plaintiffs, <br><br> v. <br><br> **WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California limited liability corporation, and **DOES 1 through 10**, inclusive, <br><br> Defendants. | **CASE NO. CV08-0824 JSW** <br> **[Hon. Jeffrey S. White; CTRM 2]** <br><br> **[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION** <br><br> DATE:       Submision <br> TIME:       Submission <br> PLACE:     Court Room 2, 17th FL <br>                  Hon. Jeffrey S. White |

/ / /                                                                                                    / / /

/ / /                                                                                                    / / /

/ / /                                                                                                    / / /

/ / /                                                                                                    / / /

1    The Application for Temporary Restraining Order and Order to Show Cause

2  re Preliminary Injunction (the "Application") of Plaintiffs BANK JULIUS BAER

3  & CO. LTD's and JULIUS BAER BANK AND TRUST CO. LTD's (collectively

4  herein, "Julius Baer" and/or "Plaintiffs") came before the Court upon the Court's

5  grant of Plaintiffs' requested TRO and the issuance of an Order to Show Cause dated

6  _____, 2008 as to why a preliminary injunction should not issue against

7  defendants WIKILEAKS, WIKILEAKS.ORG, DYNADOT, LLC and DOES 1-10;

8    AND, the Court having considered the Complaint, the declarations and

9  memorandum of points and authorities presented by Plaintiffs in support of the

10  Application, and any other papers, evidence or arguments presented by the parties

11  in connection with Plaintiffs' Application;

12    AND, it appearing to the satisfaction of the Court upon hearing that:

13    (1)    Plaintiff has made a clear showing that they are likely to succeed on the

14  merits at trial in this action;

15    (2)    Plaintiffs have shown that they are suffering, and will continue to

16  suffer, immediate and irreparable harm if the requested relief is not granted; and

17    (3)    the balance of hardships tips in the favor of Plaintiffs on the present

18  application for preliminary injunction;

19    **IT IS HEREBY ORDERED THAT:**

20    (1)    DEFENDANTS WIKILEAKS, WIKILEAKS.ORG, DYNADOT, LLC

21  and DOES 1-10 (collectively, "Defendants"), and all of their officers, directors,

22  stockholders, owners, agents, servants, employees, representatives and attorneys,

23  and all those in active concert, participation or privy with Defendants, or each of

24  them, and all others who receive notice of this order, are, pending final disposition

25  of this matter before the Court, hereby:

26    (a)    RESTRAINED and ENJOINED from displaying, posting,

27  publishing, distributing, linking to and/or otherwise providing any information for

28  the access or other dissemination of copies of and/or images of the JB Property (as

1  defined herein below) and any information or data contained therein, including on

2  the website operated at wikileaks.org and any other websites under their ownership,

3  control and/or which they can post or edit any content;

4          (b)    RESTRAINED and ENJOINED from any further use, display,

5  post, publication, distribution, linking to and/or otherwise providing any information

6  for the access or other dissemination of copies of and/or images of the JB Property

7  and any information or data contained therein, including on the website operated at

8  wikileaks.org and any other websites under their ownership, control and/or which

9  they can post or edit any content;

10          (c)    ORDERED to immediately block and otherwise prevent any

11  further use, display, posting, publication, distribution, linking to and/or other

12  dissemination of copies of and/or images of the JB Property and any other new or

13  additional yet unpublished documents and data that constitute or could reasonably

14  be known to be or considered to constitute JB Property, pending further order of this

15  Court;

16          (d)    ORDERED to immediately remove from their wikileaks.org

17  website, and any other websites owned or operated by Defendants or within their

18  control, any and all copies of and/or images of the JB Property and any information

19  or data contained therein;

20          (e)    ORDERED to immediately give notice of this Order to all of their

21  DNS hosting services, ISP's, domain registrars, website site developers, website

22  operators and website host service providers, and anyone else responsible or with

23  access to modify the website, and that they are to cease and desist from any further

24  use, display, posting, publication, distribution, linking to and/or other dissemination

25  of copies of and/or images of the JB Property and any information contained therein

26  pending further order of this Court;

27          (f)    ORDERED, if not previously done so by Defendants pursuant to

28  the Order on the TRO, to immediately provide Plaintiff's counsel with the name,

1   address, telephone number, and facsimile transmission number for each and all of

2   their DNS hosting services, ISP's, domain registrars, website site developers,

3   website operators and website host service providers, so Plaintiff can provide such

4   persons/entities with notice of this Order if Plaintiff elects to do so.

5       (2)    DEFENDANT DYNADOT, LLC, and all of its officers, directors,

6   stockholders, owners, agents, employees, representatives and attorneys, and all those

7   in active concert, participation or privy with it, or each of them, are, pending final

8   disposition of this matter before the Court, hereby further:

9       (a)    ORDERED to immediately clear and remove all DNS hosting

10  records for the domain name wikileaks.org and prevent the domain name from

11  resolving to the wikileaks.org website, or any other website or server, until proof

12  is submitted to the Court by Defendants, under penalty of perjury, that all JB

13  Property has been removed from the website and any and all links or information for

14  access thereof;

15      (b)    ORDERED to lock the domain name < wikileaks.org>  from

16  transfer and lock and prevent any administrative or other access to the domain name

17  by any persons pending further order of this Court;

18      (c)    ORDERED to remove the optional privacy who-is service from

19  the wikileaks.org domain name, preserve the true and correct who-is records and

20  data for the registrant and administrative contacts of the domain name, both current

21  and any and all prior or previously listed who-is records and data associated with the

22  domain name registration and account and payment thereon, and immediately

23  provide Plaintiffs' counsel with a copy of all such who-is records identifying the

24  Defendants and its/their agents, administrators and contacts.

25      (3)    "JB Property" Defined:  JB Property includes any and all documents

26  and information originating from Bank Julius Baer & Co. Ltd's and Julius Baer Bank

27  and Trust Co. Ltd's banks and affiliated bank branches, which are internal non-

28  public company documents and/or which contains private client or customer bank

1 records and/or identifies client or customer names, data, account records and/or

2 bank account numbers, whether or not such documents and information are

3 authentic, semi-altered, semi-fraudulent or forged, and which appears to have

4 originated from or could reasonably be known to be or considered to constitute or

5 have originated from data and documents stolen or misappropriated from one or

6 more of Plaintiff's bank branches and/or computers.  JB Property posted on or made

7 available through the wikileaks.org website that is subject to this Order and enjoined

8 from further use, display, post, publication, distribution, linking to and/or other

9 dissemination, is listed and set forth on the attached Exhibit "A".

10    **IT IS FURTHER ORDERED THAT:**

11    Within fourteen (14) days after entry of this Order of Preliminary Injunction,

12 Defendants shall file with the Court and serve upon Plaintiff's counsel a report

13 setting forth the manner and form in which Defendants have complied with the

14 Preliminary Injunction.

15    **IT IS FURTHER ORDERED THAT:**

16    The $__,000 bond posted in connection with the Temporary Restraining Order

17 in this Action shall continue in effect and constitute the bond on this Preliminary

18 Injunction, or, if a bond has not yet posted in connection with the Temporary

19 Restraining Order, this Preliminary Injunction is effective immediately upon Plaintiff

20 filing an undertaking in the sum of $__,000.

21

22    **IT IS SO ORDERED.**

23

24 Dated: _____, 2008    _____

25                                          HON. JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE
26

27

28

1

## EXHIBIT "A"

2

3       The following is an identifying list of certain of the JB Property which was

posted on or made available through the wikileaks.org website and which is subject

4   to the Court's Order and enjoined from further use, display, post, publication,

distribution, linking to and/or other dissemination:

5

6   1.)

7

| | |
|---|---|
| Document title: | BJB_-_Roberto_de_Andrade_-_Gaynor_Jaguar_Angel_Yara_Trusts |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Roberto_de_Andrade_-_Gaynor_Jaguar_Angel_Yara_Trusts |
| File Name: | bjb-andrade.zip |
| Wikileaks File Identity No: | SHA256 39010e85348a18b7cd091d3dc7b94ffdea076203a08df0d93822a486416b2e3e |
| Wikileaks Release Date: | 2008-01-18 |

8

9

10

11

12

13

14   2.)

15

| | |
|---|---|
| Document title: | BJB_-_Luis_Nozaleda_-_Blanca_R_avena_-_Madrid_-_USD_18_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Luis_Nozaleda_-_Blanca_R_avena_-_Madrid_-_USD_18_mil |
| File Name: | bjb-luis-avenvas.zip |
| Wikileaks File Identity No: | SHA256 eac16b8eb17f21e6cfa496dff61aea1d11bd223739e6f093fb9411df4603cb51 |
| Wikileaks Release Date: | 2008-01-18 |

16

17

18

19

20

21

22

23   3.)

24

| | |
|---|---|
| Document title: | BJB_-_Juan_Carlos_Cespedes_-_SF_holdings_-_11_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Juan_Carlos_Cespedes_-_SF_holdings_-_11_mil |
| File Name: | bjb-peru.zip |

25

26

27

28

| | |
|---|---|
| Wikileaks File Identity No: | SHA256 ffac47f723724cf36a1f8a015ea81648e70806225fce5af0c182fde6 c3480a71 |
| Wikileaks Release Date: | 2008-01-18 |

4.)

| | |
|---|---|
| Document title: | BJB_-_Mr._Lewis_-_George_Charles_Lampitt_-_tax_avoidenc e_-_Cayman_-_5_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Mr._Lewis_-_George_ Charles_Lampitt_-_tax_avoidence_-_Cayman_-_5_mil |
| File Name: | bjb-lewis2.zip |
| Wikileaks File Identity No: | SHA256 cccdc8fd8e24721470f28b3f25f89a69bbf85999dff354cabeb8757 1bfe5d4e3 |
| Wikileaks Release Date: | 2008-01-17 |

5.)

| | |
|---|---|
| Document title: | BJB_-_Mr._Lewis_-_George_Charles_Lampitt_-_confusion_of _beneficiary |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Mr._Lewis_-_George_ Charles_Lampitt_-_confusion_of_beneficiary |
| File Name: | bjb-lewis1.zip |
| Wikileaks File Identity No: | SHA256 e41b7eada762d35555b0493e1fe36235cf3f97d06382479d23314 0e212f0570c |
| Wikileaks Release Date: | 2008-01-17 |

6.)

| | |
|---|---|
| Document title: | BJB_-_Heinri_Steinberger,_Frankfurt_Steuerbetrug_EUR_15_ mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Heinri_Steinberger,_Fr ankfurt_Steuerbetrug_EUR_15_mil |
| File Name: | bjb-heinri-steinberger.zip |
| Wikileaks File Identity No: | SHA256 51dbed21a2072f3e68c6093c2e08a7e506d0136fba82209eb230d abe32bc51e0 |

**EXHIBIT "A"**    **[PROP] PRELIMINARY INJUNCTION**

| Wikileaks Release Date: | 2008-01-13 |
|---|---|

7.)

| Document title: | BJB_-_Vigier_Fintex_-_tax_evasion_Cayman |
|---|---|
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Vigier_Fintex_-_tax_evasion_Cayman |
| File Name: | schwarze-kasse.zip |
| Wikileaks File Identity No: | SHA256 2409a1953291e9eeec33af0cc949688bf44b3007e2ee77e4ab13496b3b6fb565 |
| Wikileaks Release Date: | 2008-01-09 |

8.)

| Document title: | BJB_-_JK_Peng_-_Dragon_Trust_-_Cayman_hidden_money |
|---|---|
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_JK_Peng_-_Dragon_Trust_-_Cayman_hidden_money |
| File Name: | jk-peng.zip |
| Wikileaks File Identity No: | SHA256 f571984e852292cd3cdff4eba2c0a8e4684045440a28fd6dfd700a20f6f4e9b9 |
| Wikileaks Release Date: | 2008-01-09 |

9.)

| Document title: | BJB_-_Swisspartner_Offshore_Tax_Scheme_-_USD_150_mil |
|---|---|
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Swisspartner_Offshore_Tax_Scheme_-_USD_150_mil |
| File Name: | bjb-swisspartner-tax-scheme.xls |
| Wikileaks File Identity No: | SHA256 c678a68c006f27651c363ae55c133cfcd3127f99bcea12a4212a63178719df41 |
| Wikileaks Release Date: | 2008-01-13 |

**EXHIBIT "A"**    **[PROP] PRELIMINARY INJUNCTION**

1

10.)

| 2 | Document title: | BJB_-_Greek_shipowners_Anna_Kanellakis_Alpha_Tankers_-_USD_30_mil_per_year |
|---|---|---|
| 3 | URL Link: | http://www.wikileaks.org/wiki/BJB_-_Greek_shipowners_Anna_Kanellakis_Alpha_Tankers_-_USD_30_mil_per_year |
| 4 | File Name: | bjb-alpha-tankers.zip |
| 5 | Wikileaks File Identity No: | SHA256 375ebe8f8249c23a32290c6a424680df39f677707d5a449927f15f5a34c6408c |
| 6 | | |
| 7 | Wikileaks Release Date: | 2008-01-13 |
| 8 | | |

9

10

11.)

| 11 | Document title: | BJB_-_Steuerbetrug_Juergen_Grossmann_Architekt_-_EUR_25_mil |
|---|---|---|
| 12 | URL Link: | http://www.wikileaks.org/wiki/BJB_-_Steuerbetrug_Juergen_Grossmann_Architekt_-_EUR_25_mil |
| 13 | File Name: | bjb-juergen-grossmann.zip |
| 14 | Wikileaks File Identity No: | SHA256 bee41d33756939188dfccbaf5eb824b218225f55ebf91067150d4362b5f306dc |
| 15 | | |
| 16 | Wikileaks Release Date: | 2008-01-13 |
| 17 | | |

18

12.)

| 19 | Document title: | BJB_-_Winston_Layne,_New_York_-_USD_10_mil_tax_fraud |
|---|---|---|
| 20 | URL Link: | http://www.wikileaks.org/wiki/BJB_-_Winston_Layne,_New_York_-_USD_10_mil_tax_fraud |
| 21 | | |
| 22 | File Name: | bjb-winston-layne.zip |
| 23 | Wikileaks File Identity No: | SHA256 bac726339b1423535ac0bb6336312669d139230e3b089e3533204fc185e77855 |
| 24 | | |
| 25 | Wikileaks Release Date: | 2008-01-13 |

26

/ / /

27

/ / /

28

**EXHIBIT "A"**      [PROP] PRELIMINARY INJUNCTION

1

13.)

| | |
|---|---|
| Document title: | BJB_-_Lord_L._Kadoorie_-_China_Light_and_Power |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Lord_L._Kadoorie_-_China_Light_and_Power |
| File Name: | bjb-lord-kadoorie.zip |
| Wikileaks File Identity No: | SHA256 59cc8c9575a07e1928bc4117059d6e74be404c75b666c9dbbdf2c094e45f1c69 |
| Wikileaks Release Date: | 2008-01-13 |

14.)

| | |
|---|---|
| Document title: | Julius_Baer_to_Angela_Merkel Description: Forged Letter to Angela Merkel from Bank Julius Baer, dated 12 Sept 2007 |
| URL Link: | http://www.wikileaks.org/wiki/Julius_Baer_to_Angela_Merkel |
| File Name: | angela-merkel.pdf |
| Wikileaks File Identity No: | SHA256 5f201de05f3d8eb32c0a961402be4324b05cea803d58382c0ca814e85dee34ab |
| Wikileaks Release Date: | 2007-11-26 |

/ / /                                                    / / /

/ / /                                                    / / /

/ / /                                                    / / /

**EXHIBIT "A"**    **[PROP] PRELIMINARY INJUNCTION**