MARTIN D. SINGER, ESQ. (BAR NO. 78166)
WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)
EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)
LAVELY & SINGER PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-mail: wbriggs@lavelysinger.com
E-mail: espiegel@lavelysinger.com

Attorneys for Plaintiffs
BANK JULIUS BAER & CO. LTD and
JULIUS BAER BANK AND TRUST CO. LTD

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity,<br><br>Plaintiffs,<br><br>v.<br><br>**WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California limited liability corporation, and **DOES 1 through 10**, inclusive,<br><br>Defendants. | CASE NO. CV08-0824 JSW<br>[Hon. Jeffrey S. White; CRTM 2]<br><br>**PROOF OF SERVICE**<br><br>[Filed Concurrently With: Ex Parte Application for TRO and OSC re Preliminary Injunction; Memorandum of Points & Authorities in Support of Application for TRO and OSC re Preliminary Injunction; Ex Parte Administrative Motion to File Under Seal; Notice of Lodgement; Plaintiffs' Request for Judicial Notice Pursuant to FRCP Rule 44.1 Re: (1) Cayman Islands' Confidential Relationships (Preservation) Law 16 of 1976; and (2) Swiss Federal Law on Banks and Savings Banks, Article 47; and Declarations of Mac Imrie and Christoph Hiestand in Support Thereof; [Proposed] Order to Seal Selected Exhibits; [Proposed] TRO and OSC Re Preliminary Injunction]; and [Proposed] Order Granting Preliminary Injunction]<br><br>DATE: Submission<br>TIME: Submission<br>CTRM: 2, 17th FL |

/ / /

/ / /

**PROOF OF SERVICE**
FRCP 5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2049 Century Park East, Suite 2400, Los Angeles, California  90067-2906.

    On the date listed below, I served the foregoing document described as:

(1)   EX PARTE APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION;

(2)   MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION;

(3)   EX PARTE ADMINISTRATIVE MOTION TO FILE UNDER SEAL SELECTED EVIDENCE EXHIBITS; AND DOCUMENTS LODGED UNDER SEAL

(4)   NOTICE OF LODGEMENT OF EVIDENCE UNDER SEAL PURSUANT TO L.R. 79-5 IN SUPPORT PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION [PURSUANT TO CIVIL L.R. 79-5]

(5)   [PROPOSED] ORDER TO SEAL SELECTED EXHIBITS; REQUEST FOR JUDICIAL NOTICE;

(6)   [PROPOSED] TRO AND OSC RE PRELIMINARY INJUNCTION]; and

(7)   [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

(8)   PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE PURSUANT TO FRCP RULE 44.1 RE: (1) CAYMAN ISLANDS' LAW; AND (2) SWISS LAW

on the interested parties in this action by placing:
    **[X] a true and correct copy** -OR- **[ ] the original document** thereof enclosed in sealed envelopes addressed as follows:

**See below "Service List"**

[ ]   **VIA MAIL:**
    [ ]   I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.
    [ ]   As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date

or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X] VIA PERSONAL SERVICE:**
[ ]  I delivered said document to the offices of the addressee(s), via hand delivery.
[X]  I caused such document to be delivered to the offices of the addressee(s), via hand delivery.

[ ] **BY FACSIMILE:** I served the foregoing document described by facsimile machine located at telephone number 310-556-3615, pursuant to California Rules of Court Rules 2008 and 2009, to the interested parties in this action: The facsimile machine I used complied with California Rules of Court Rule 2003(3). The transmission was complete and no error was reported by the machine. **I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.**

I declare that I am duly employed in the office of a member of the bar of this Court at whose direction the service was made. Executed **February 11, 2008,** at Los Angeles, California.

/s/
Mayra Vera

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature (/s/) within this efiled document.

/s/
WILLIAM J. BRIGGS, II

# SERVICE LIST
CV08-0824 JSW

| | |
|---|---|
| Attorney For Defendants<br>Wikileaks and Wikileaks.org<br><br>Julie S. Turner, Esq.<br>The Turner Law Firm<br>344 Tennessee Ln<br>Palo Alto, CA 94306<br>Phone: (650) 494-1530<br>Fax: (650) 472-8028 | Defendant Dynadot<br><br>Dynadot, LLC<br>c/o Todd Han - Registered Agent<br>205 E 3rd Ave 201<br>San Mateo, CA 94401<br><br>Dynadot, LLC<br>c/o Todd Han - Registered Agent<br>60 E 3rd Ave<br>San Mateo, CA 94401 |

# PROOF OF SERVICE
## FRCP 5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Suite 2400, Los Angeles, California 90067-2906.

    On the date listed below, I served the foregoing document described as:

(1) EX PARTE APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION;

(2) MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION;

(3) EX PARTE ADMINISTRATIVE MOTION TO FILE UNDER SEAL SELECTED EVIDENCE EXHIBITS; AND DOCUMENTS LODGED UNDER SEAL

(4) NOTICE OF LODGEMENT OF EVIDENCE UNDER SEAL PURSUANT TO L.R. 79-5 IN SUPPORT PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION [PURSUANT TO CIVIL L.R. 79-5]

(5) [PROPOSED] ORDER TO SEAL SELECTED EXHIBITS; REQUEST FOR JUDICIAL NOTICE;

(6) [PROPOSED] TRO AND OSC RE PRELIMINARY INJUNCTION]; and

(7) [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

(8) PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE PURSUANT TO FRCP RULE 44.1 RE: (1) CAYMAN ISLANDS' LAW; AND (2) SWISS LAW

on the interested parties in this action by placing:
    **[X] a true and correct copy -OR- [ ] the original document**
thereof enclosed in sealed envelopes addressed as follows:

**See below "Service List"**

[ ]   **VIA MAIL:**
    [ ]   I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
    [ ]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date

or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X] BY OVERNIGHT DELIVERY**
   **[X]** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery service. Under that practice it would be deposited with the overnight delivery service on that same day with all costs fully prepaid at Los Angeles, California in the ordinary course of business.

**[ ] BY FACSIMILE:** I served the foregoing document described by facsimile machine located at telephone number 310-556-3615, pursuant to <u>California Rules of Court</u> Rules 2008 and 2009, to the interested parties in this action: The facsimile machine I used complied with <u>California Rules of Court</u> Rule 2003(3). The transmission was complete and no error was reported by the machine. **I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.**

I declare that I am duly employed in the office of a member of the bar of this Court at whose direction the service was made. Executed **February 11, 2008,** at Los Angeles, California.

/s/
_____
Mayra Vera

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature (/s/) within this efiled document.

/s/
_____
WILLIAM J. BRIGGS, II

4405-2\Ple\POS 020808
CV08-0824 JSW

6

**AMENDED PROOF OF SERVICE**

# SERVICE LIST
CV08-0824 JSW

Agent For Service For Defendants Wikileaks and Wikileaks.org

Wikileaks.org
John Shipton c/o Dynadot Privacy
Dynadot, LLC
P.O. Box 701
San Mateo, CA 94401
Phone: (650) 585-1961