1  **MARTIN D. SINGER, ESQ. (BAR NO. 78166)**
   **WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)**
2  **EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)**
   **LAVELY & SINGER PROFESSIONAL CORPORATION**
3  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
4  Telephone:  (310) 556-3501
   Facsimile: (310) 556-3615
5  E-mail: wbriggs@lavelysinger.com
   E-mail: espiegel@lavelysinger.com
6
   Attorneys for Plaintiffs
7  **BANK JULIUS BAER & CO. LTD and**
   **JULIUS BAER BANK AND TRUST CO. LTD**
8

9              UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 12 **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity, | CASE NO. CV08-0824 JSW [Hon. Jeffrey S. White; CRTM 2] |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | DATE:   Submission<br>TIME:   Submission<br>CTRM:   2, 17th FL |
| **WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California limited liability corporation, and **DOES 1 through 10**, inclusive, | |
| Defendants. | |

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**PROOF OF SERVICE**
FRCP 5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Suite 2400, Los Angeles, California 90067-2906.

    On the date listed below, I served the foregoing document described as:

(1)  ORDER TO SHOW CAUSE RE ISSUANCE OF TEMPORARY RESTRAINING ORDER AND SETTING BRIEFING AND HEARING SCHEDULE

on the interested parties in this action by placing:
    **[X] a true and correct copy -OR- [ ] the original document** thereof enclosed in sealed envelopes addressed as follows:

**See below "Service List"**

[ ]  **VIA MAIL:**
    [ ]  I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
    [ ]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **VIA PERSONAL SERVICE:**
    [ ]  I delivered said document to the offices of the addressee(s), via hand delivery.
    [ ]  I caused such document to be delivered to the offices of the addressee(s), via hand delivery.

[ x ]  **BY FACSIMILE:** I served the foregoing document described by facsimile machine located at telephone number 310-556-3615, pursuant to California Rules of Court Rules 2008 and 2009, to the interested parties in this action: The facsimile machine I used complied with California Rules of Court Rule 2003(3). The transmission was complete and no error was reported by the machine. **I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.**

    I declare that I am duly employed in the office of a member of the bar of this Court at whose direction the service was made. Executed **February 11, 2008,** at Los Angeles, California.

                               /s/
                           Tiffany Vogt

1  I hereby attest that I have on file all holographic signatures for any
2  signatures indicated by a conformed signature (/s/) within this efiled document.

3                              /s/
                        WILLIAM J. BRIGGS, II

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# SERVICE LIST
CV08-0824 JSW

Attorney For Defendants
Wikileaks and Wikileaks.org

Julie S. Turner, Esq.
The Turner Law Firm
344 Tennessee Ln
Palo Alto, CA 94306
Phone: (650) 494-1530
Fax: (650) 472-8028

# LAW OFFICES OF
# LAVELY & SINGER PROFESSIONAL CORPORATION
## 2049 Century Park East, Suite 2400
## Los Angeles, California  90067-2906

**TELEPHONE NO: (310) 556-3501**
**TELECOPY/FAX NO: (310) 556-3615**

## TELECOPY/FAX COVER SHEET

DATE:  February 11, 2008         TIME: _____

TO:      Julie S. Turner
         **THE TURNER LAW FIRM**

FROM:    William J. Briggs, II
         **LAVELY & SINGER**

RE:      Bank Julius Baer/Wikileaks

**NUMBER OF PAGES      7     (including this cover sheet)**

**PLEASE NOTIFY US AS SOON AS POSSIBLE AT (310) 556-3501 OF ANY TRANSMISSION PROBLEMS.  THANK YOU.**

SENT TO TELECOPIER NO.      (650) 472-8028

CLIENT/MATTER/FILE NO.       4405-2

COMMENTS:     Attached is a copy of the Court's Order dated 2/11/08.

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETURN OF THE DOCUMENTS TO US AT NO COST TO YOU.  THANK YOU.**

CONFIRMATION #_____

```
********************
***  TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO                    1403
CONNECTION TEL                        55506916504728028
CONNECTION ID
ST. TIME                    02/11 14:17
USAGE T                     03'28
PGS. SENT                   7
RESULT                      OK
```

# LAW OFFICES OF
# LAVELY & SINGER PROFESSIONAL CORPORATION
## 2049 Century Park East, Suite 2400
## Los Angeles, California 90067-2906

### TELEPHONE NO: (310) 556-3501
### TELECOPY/FAX NO: (310) 556-3615

## TELECOPY/FAX COVER SHEET

**DATE:** February 11, 2008       **TIME:** _____

**TO:**    Julie S. Turner
           **THE TURNER LAW FIRM**

**FROM:**  William J. Briggs, II
           **LAVELY & SINGER**

**RE:**    **Bank Julius Baer/Wikileaks**

**NUMBER OF PAGES** _____7_____ (including this cover sheet)

PLEASE NOTIFY US AS SOON AS POSSIBLE AT (310) 556-3501 OF ANY TRANSMISSION PROBLEMS. THANK YOU.

**SENT TO TELECOPIER NO.**     (650) 472-8028

**CLIENT/MATTER/FILE NO.**     4405-2

**COMMENTS:**     Attached is a copy of the Court's Order dated 2/11/08.