# LAW OFFICES OF
# LAVELY & SINGER PROFESSIONAL CORPORATION
## 2049 Century Park East, Suite 2400
## Los Angeles, California  90067-2906

### TELEPHONE NO: (310) 556-3501
### TELECOPY/FAX NO: (310) 556-3615

## TELECOPY/FAX COVER SHEET

DATE:  February 11, 2008     TIME: _____

TO:     Julie S. Turner
        THE TURNER LAW FIRM

FROM:   William J. Briggs, II
        LAVELY & SINGER

RE:     Bank Julius Baer/Wikileaks

NUMBER OF PAGES      7      (including this cover sheet)

PLEASE NOTIFY US AS SOON AS POSSIBLE AT (310) 556-3501 OF ANY TRANSMISSION PROBLEMS.  THANK YOU.

SENT TO TELECOPIER NO.     (650) 472-8028

CLIENT/MATTER/FILE NO.     4405-2

COMMENTS:     Attached is a copy of the Court's Order dated 2/11/08.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETURN OF THE DOCUMENTS TO US AT NO COST TO YOU.  THANK YOU.

CONFIRMATION #_____