```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                1403
CONNECTION TEL                    555069165047280228
CONNECTION ID
ST. TIME                02/11 14:17
USAGE T                 03'28
PGS. SENT               7
RESULT                  OK
```

# LAW OFFICES OF
# LAVELY & SINGER PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906

**TELEPHONE NO: (310) 556-3501**
**TELECOPY/FAX NO: (310) 556-3615**

## TELECOPY/FAX COVER SHEET

**DATE:** February 11, 2008     **TIME:** _____

**TO:** Julie S. Turner
THE TURNER LAW FIRM

**FROM:** William J. Briggs, II
LAVELY & SINGER

**RE:** Bank Julius Baer/Wikileaks

**NUMBER OF PAGES** ___7___ (including this cover sheet)

PLEASE NOTIFY US AS SOON AS POSSIBLE AT (310) 556-3501 OF ANY TRANSMISSION PROBLEMS. THANK YOU.

**SENT TO TELECOPIER NO.** (650) 472-8028

**CLIENT/MATTER/FILE NO.** 4405-2

**COMMENTS:** Attached is a copy of the Court's Order dated 2/11/08.