Bank Julius Baer & Co. Ltd. et al v. Wikileaks et al | Doc. 17 Att. 2

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                1405
CONNECTION TEL          555507114158692893
CONNECTION ID
ST. TIME                02/11 14:34
USAGE T                 01'58
PGS. SENT               7
RESULT                  OK
```

# LAW OFFICES OF
# LAVELY & SINGER PROFESSIONAL CORPORATION
### 2049 Century Park East, Suite 2400
### Los Angeles, California 90067-2906

## TELEPHONE NO: (310) 556-3501
## TELECOPY/FAX NO: (310) 556-3615

## TELECOPY/FAX COVER SHEET

**DATE:** February 11, 2008      **TIME:** _____

**TO:** Todd Han – Registered Agent
       DYNADOT LLC

**FROM:** William J. Briggs, II
           LAVELY & SINGER

**RE:** Bank Julius Baer/Wikileaks

**NUMBER OF PAGES** ___7___ (including this cover sheet)

**PLEASE NOTIFY US AS SOON AS POSSIBLE AT (310) 556-3501 OF ANY TRANSMISSION PROBLEMS. THANK YOU.**

**SENT TO TELECOPIER NO.** (415) 869-2893

**CLIENT/MATTER/FILE NO.** 4405-2

**COMMENTS:** Attached is a copy of the Court's Order dated 2/11/08.