ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)
WILLIAM J. BRIGGS, II, ESQ. (310) 556-3501
EVAN N. SPIEGEL, ESQ.
LAVELY & SINGER PROFESSIONAL CORPORATION
2049 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CALIFORNIA 90067-2906
**Attorney(s) for:** PLAINTIFFS, BANK JULIUS BAER & CO. LTD and JULIUS BAER BANK AND TRUST CO. LTD
Ref: 43467

FOR COURT USE ONLY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANK JULIUS BAER & CO. LTD, a Swiss entity, et al.
vs. WIKILEAKS, an entity of unknown form, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER: CV 08-00824 JSW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: ORDER TO SHOW CAUSE RE ISSUANCE OF TEMPORARY RESTRAINING ORDER AND SETTING BRIEFING AND HEARING SCHEDULE

2. a. Party served: DYNADOT, LLC, a California limited liability corporation

b. Witness served: BRAD WONG, ACCEPTED SERVICE OF PROCESS ON BEHALF OF DYNADOT, LLC, a California limited liability corporation

c. Address: 20 E. 3RD AVENUE, #201
SAN MATEO, CA 94401

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

(1) on: 02-11-08 (2) at: 2:55PM

4. I received this documents for service on *(date)*: FEBRUARY 11, 2008

5. Person serving:
WILLIAM DOUGLASS
NATIONWIDE LEGAL, INC,
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

a. Fee for service $

d. Registered California process server
(1) Employee or independent contractor
(2) Registration No.: 1033
(3) County : SAN FRANCISCO

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Date: February 11, 2008

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | **FOR COURT USE ONLY** |
|---|---|
| BANK JULIUS BAER & CO. LTD, a Swiss entity, et al.<br>vs. WIKILEAKS, an entity of unknown form, et al. | |
| **ATTORNEY (S) NAME & ADDRESS**<br>WILLIAM J. BRIGGS, II, ESQ. (310) 556-3501<br>EVAN N. SPIEGEL, ESQ.<br>LAVELY & SINGER PROFESSIONAL CORPORATION<br>2049 CENTURY PARK EAST, SUITE 2400<br>LOS ANGELES, CALIFORNIA 90067-2906<br>**Attorney(s) for:** PLAINTIFFS, BANK JULIUS BAER & CO. LTD and JULIUS BAER BANK AND TRUST<br>Ref: 43423 | |
| **DECLARATION OF DUE DILIGENCE** | **CASE #: CV 08 0824 JSW** |

I, ANDRE BONITE, declare that I have personal, first hand knowledge of the following facts, and if called and sworn as a witness, I can and will testify competently thereto. I and any employees or agents retained by NATIONWIDE LEGAL, INC. 1255 POST STREET, SUITE 500, SAN FRANCISCO, CA 94109 (415) 351-0400, are and were on the dates mentioned herein over the age of 18 years and not a party to this action.

On FEBRUARY 11, 2008 Nationwide Legal, Inc. received the following document(s): SEE ATTACHMENT "A", to be served on DYNADOT, LLC, at the following:

**ATTEMPTED SERVICE AT:** **205 E. 3RD AVENUE, #201, SAN MATEO, CA 94401**

02-11-08 AT 2:30PM THE OFFICE IS CLOSED

I declare under penalty of perjury that the foregoing is true and correct.

**Dated: FEBRUARY 11, 2008** **Signature:** [signature]

**ANDRE BONITE**

**ATTACHMENT "A"**

- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
- ECF REGISTRATION INFORMATION HANDOUT
- NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION
- (BLANK) NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS
- (BLANK) WAIVER OF SERVICE OF SUMMONS
- IN ADDITION TO THE LOCAL RULES, THE FOLLOWING GUIDELINES HAVE BEEN PROVIDED TO ENSURE THAT THE FILING PROCESS IS ACCOMPLISHED WITH EASE AND ACCURACY
- PLAINTIFFS' NOTICE OF INTERESTED PARTIES; PROOF OF SERVICE; DOCUMENTS SUBMITTED UNDER SEAL PURSUANT TO L.R. 79-5
- PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE PURSUANT TO FRCP RULE 44.1 RE: (1) CAYMAN ISLANDS' CONFIDENTIAL RELATIONSHIPS (PRESERVATION) LAW 16 OF 1976; AND (2) SWISS FEDERAL LAW ON BANKS AND SAVINGS BANKS, ARTICLE 47; AND DECLARATION OF MAC IMRIE AND CHRISTOPH HEISTAND IN SUPPORT THEREOF
- [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION
- [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
- PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
- NOTICE OF LODGEMENT OF EVIDENCE UNDER SEAL PURSUANT TO L.R. 79-5 IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
- PLAINTIFFS' EX PARTE ADMINISTRATIVE MOTION TO FILE UNDER SEAL SELECTED EVIDENCE EXHIBITS LODGED TO SUPPORT PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; AND DECLARATION OF WILLIAM J. BRIGGS IN SUPPORT THEREOF
- [PROPOSED] ORDER TO SEAL SELECTED EVIDENCE EXHIBITS FILED IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION [PURSUANT TO CIVIL L.R. 79-5]
- PLAINTIFFS' MEMORANDUM ORDER POINTS & AUTHORITIES IN SUPPORT OF APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION; DECLARATIONS OF CHRISTOPH HEISTAND AND EVAN SPIEGEL IN SUPPORT THEREOF