| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WILLIAM J. BRIGGS, II, ESQ.<br>EVAN N. SPIEGEL, ESQ.<br>LAVELY & SINGER PROFESSIONAL CORPORATION<br>2049 CENTURY PARK EAST, SUITE 2400<br>LOS ANGELES, CALIFORNIA 90067-2906<br>**Attorney(s) for:** PLAINTIFFS, BANK JULIUS BAER & CO. LTD and JULIUS BAER BANK AND TRUST CO. LTD<br>Ref: 43466a | (310) 556-3501 | |
| IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| BANK JULIUS BAER & CO. LTD, a Swiss entity, et al.<br>vs. WIKILEAKS, an entity of unknown form, et al. | | |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT | CASE NUMBER:<br>CV 08-00824 JSW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
ORDER TO SHOW CAUSE RE ISSUANCE OF TEMPORARY RESTRAINING ORDER AND SETTING BRIEFING AND HEARING SCHEDULE

2. a. Party served:    WIKILEAKS, an entity of unknown form

   b. Witness served:  SLIPPED UNDER THE DOOR (JULIE S. TURNER, ESQ. THE TURNER LAW FIRM)

   c. Address:         344 TENNESSE LANE
                       PALO ALTO, CA 94306

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on:    02-11-08       (2) at:    2:59PM

4. I received this documents for service on *(date)*: FEBRUARY 11, 2008

5. Person serving:
JASON SMITH
c/o NATIONWIDE LEGAL, INC,
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

   a. Fee for service $

   d. Registered California process server
   (1) Employee or independent contractor
   (2) Registration No.: 1170
   (3) County : SANTA CLARA

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Date: February 11, 2008

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE