WILLIAM J. BRIGGS, II, ESQ.
EVAN N. SPIEGEL, ESQ.
LAVELY & SINGER PROFESSIONAL
CORPORATION
2049 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CALIFORNIA 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
**Attorney(s) for:** PLAINTIFFS, BANK JULIUS BAER
& CO. LTD and JULIUS BAER BANK AND TRUST
CO. LTD
Reference: 43426b

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BANK JULIUS BAER & CO. LTD, a Swiss entity, et al.
**Plaintiff (s)**

v.

WIKILEAKS, an entity of unknown form, et al.
**Defendant (s)**

CASE NUMBER: CV 08 0824 JSW

### PROOF OF SERVICE
### SUMMONS AND COMPLAINT
(Use separate proof of service for each person/party served)

8.    At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
a. ☒ summons                    ☒ complaint                    ☐ alias summons           ☐ first amended complaint
     in a civil case                                                                                                     ☐ second amended complaint
                                                                                                                                ☐ third amended complaint

☒ other *(specify)*: **ATTACHMENT "A"**

9.    Person served:
     a. ☒ Defendant *(name): WIKILEAKS.ORG, an entity of unknown form*
     b. ☒ Other *(specify name and title or relationship to the party/business named)*:
        *JULIE S. TURNER, ESQ., THE TURNER LAW FIRM*
     c. ☒ Address Where papers were served: **344 TENNESSE LANE, PALO ALTO, CA 94306**

10. **M anner of service** in compliance with *(the appropriate box **must** be checked)*:
     a.    ☒    Federal Rules of Civil Procedure
     b.    ☐    California Code of Civil Procedure

11. **I served** the person named in item 2:

     a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent,
          guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

          1. ☒ **Papers were served on** *(date)*:          **FEBRUARY 11, 2008**          at *(time)*:          **3:10PM**

     b. ☐ By **Substituted service**. By leaving copies:

          1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a
                competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

          2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the
                general nature of the papers.

          3. ☐ **Papers were served on** *(date)*: _____          at *(time)*: _____

          4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the
                copies were left in Item 2(c).

          5. ☐ **papers were mailed on** (date): _____

                                                                                                                                                                3

## PROOF OF SERVICE-SUMMONS AND COMPLAINT

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h))** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

12. Service upon t he **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service: *(date):* _____    at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

13. At t he time of service I was at least 18 years of age and not a party to this action.

14. Person ser ving *(name, address and telephone number)*:

**ANDRE BONITE/#996/SAN FRANCISCO**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: FEBRUARY 11, 2008

*(Signature)*

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

# ATTACHMENT "A"

- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL STANDING ORDERS
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
- ECF REGISTRATION INFORMATION HANDOUT
- NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION
- (BLANK) NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS
- (BLANK) WAIVER OF SERVICE OF SUMMONS
- IN ADDITION TO THE LOCAL RULES, THE FOLLOWING GUIDELINES HAVE BEEN PROVIDED TO ENSURE THAT THE FILING PROCESS IS ACCOMPLISHED WITH EASE AND ACCURACY
- PLAINTIFFS' NOTICE OF INTERESTED PARTIES; PROOF OF SERVICE; DOCUMENTS SUBMITTED UNDER SEAL PURSUANT TO L.R. 79-5
- PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE PURSUANT TO FRCP RULE 44.1 RE: (1) CAYMAN ISLANDS' CONFIDENTIAL RELATIONSHIPS (PRESERVATION) LAW 16 OF 1976; AND (2) SWISS FEDERAL LAW ON BANKS AND SAVINGS BANKS, ARTICLE 47; AND DECLARATION OF MAC IMRIE AND CHRISTOPH HEISTAND IN SUPPORT THEREOF
- [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION
- [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
- PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
- NOTICE OF LODGEMENT OF EVIDENCE UNDER SEAL PURSUANT TO L.R. 79-5 IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
- PLAINTIFFS' EX PARTE ADMINISTRATIVE MOTION TO FILE UNDER SEAL SELECTED EVIDENCE EXHIBITS LODGED TO SUPPORT PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; AND DECLARATION OF WILLIAM J. BRIGGS IN SUPPORT THEREOF
- [PROPOSED] ORDER TO SEAL SELECTED EVIDENCE EXHIBITS FILED IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION [PURSUANT TO CIVIL L.R. 79-5]
- PLAINTIFFS' MEMORANDUM ORDER POINTS & AUTHORITIES IN SUPPORT OF APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION; DECLARATIONS OF CHRISTOPH HEISTAND AND EVAN SPIEGEL IN SUPPORT THEREOF