1  MARTIN D. SINGER, ESQ. (BAR NO. 78166)
   WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)
2  EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)
   LAVELY & SINGER PROFESSIONAL CORPORATION
3  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
4  Telephone:  (310) 556-3501
   Facsimile: (310) 556-3615
5  E-mail: wbriggs@lavelysinger.com
   E-mail: espiegel@lavelysinger.com
6
   Attorneys for Plaintiffs
7  BANK JULIUS BAER & CO. LTD and
   JULIUS BAER BANK AND TRUST CO. LTD
8

9              UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12  BANK JULIUS BAER & CO.          )  CASE NO. CV08-0824 JSW
    LTD, a Swiss entity; and JULIUS )  [Hon. Jeffrey S. White; CTRM 2]
13  BAER BANK AND TRUST CO.         )
    LTD, a Cayman Islands entity,   )
14                                  )  DECLARATION OF EVAN SPIEGEL
            Plaintiffs,             )  IN SUPPORT OF PLAINTIFFS'
15                                  )  NOTICE OF NON-OPPOSITION BY
        v.                          )  DEFENDANTS WIKILEAKS AND
16                                  )  WIKILEAKS.ORG TO PLAINTIFFS'
    WIKILEAKS, an entity of unknown )  APPLICATION FOR TRO AND OSC
17  form, WIKILEAKS.ORG, an entity  )
    of unknown form; DYNADOT,       )  [Filed Concurrently With: Plaintiffs'
18  LLC, a California Limited Liability) Notice of Non-Opposition by Defendants
    Corporation, and DOES 1 through )  Wikileaks and Wikileaks.org to Plaintiffs'
19  10, inclusive,                  )  Application for TRO and OSC]
                                    )
20          Defendants.             )
                                    )
21  _____  )

22

23

24

25  / / /                                                      / / /

26  / / /                                                      / / /

27  / / /                                                      / / /

28  / / /                                                      / / /

# DECLARATION OF EVAN SPIEGEL

I, EVAN SPIEGEL, declare as follows:

1.      I an attorney at law duly qualified to practice before the Courts of the State of California, and am an associate with the firm of Lavely & Singer Professional Corporation, attorneys for Plaintiffs Bank Julius Baer & Co. Ltd and Julius Baer Bank and Trust Co. Ltd.  The facts stated herein are stated of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.  As to those matters stated on the basis of information and belief, I am so informed and believe those matters to be true.

2.      This Declaration is made in support of Plaintiffs Bank Julius Baer & Co. Ltd's ("BJB") and Julius Baer Bank and Trust Co. Ltd's ("JBBT") (collectively, "Julius Baer" and/or "Plaintiffs") accompanying Notice of Non-Opposition by Defendants Wikileaks and Wikileaks.org to Plaintiffs' Application for TRO and OSC re Preliminary Injunction (the "Application") and the Order to Show Cause, dated February 11, 2008, as to why a temporary restraining order should not issue against Defendants (the "OSC re TRO").

3.      On February 8, 2008, Plaintiffs filed the Application, the Memorandum of Points and Authorities and supporting documents with this Court.  On February 11, 2008, the Court issued an OSC re Issuance of TRO and Setting Briefing and Hearing Schedule ("OSC re Issuance of TRO").

4.      Plaintiffs served the Wikileaks Defendants with the Application, the Memorandum of Points and Authorities and the supporting documents and OSC re Issuance of TRO on February 11, 2004, via personal service on their counsel. Plaintiffs also, alternatively, served the Wikileaks Defendants on February 11, 2004, via Overnight Priority Mail to their listed contact/agent via their Dynadot registration privacy service listing.  Plaintiffs served defendant Dynadot with the Application, the Memorandum of Points and Authorities and the supporting

2

**DECL. OF EVAN SPIEGEL
RE NTC OF NON-OPPOSITION**

1    documents and OSC re Issuance of TRO on February 11, 2004, via personal service

2    at its place of business.  True and correct copies of the Proofs of Service have been

3    filed with the Court, Docket Numbers 15-17 and 20-25.

4        5.    The OSC re Issuance of TRO set Tuesday, February 12, 2008 at 3:00

5    p.m. as the deadline for Defendants to file and serve any opposition to the

6    Application and OSC re Issuance of TRO.  As of Tuesday, February 12, 2008 at

7    approximately 11:30 p.m., no opposition papers to the Application and OSC re

8    Issuance of TRO have been served by the Wikileaks Defendants to Plaintiff.

9        6.    Dynadot has not filed an Opposition as Dynadot and Plaintiffs have

10    reached an agreement and stipulation in this matter, which will be presented to the

11    Court at the time of hearing on the OSC re Issuance of TRO.  Pursuant to Dynadots'

12    and Plaintiffs' agreement, Dynadot will stipulate to entry of a Permanent Injunction

13    upon terms to be presented to the Court.

14        I declare under penalty of perjury under the laws of the United States of

15    America that the foregoing is true and correct.

16        Executed this 13th day of February 2008, at Los Angeles, California.

17

18        _____
                        /s/
19                EVAN N. SPIEGEL

20

21        I hereby attest that I have on file all holographic signatures for any signatures
      indicated by a conformed signature (/s/) within this efiled document.
22

23        _____
                        /s/
              WILLIAM J. BRIGGS, II
24

25

26

27

28

**DECL. OF EVAN SPIEGEL**
**RE NTC OF NON-OPPOSITION**

# EXHIBIT A

# Wikileaks:Contact

**From Wikileaks**

General
> wikileaks@wikileaks.org

## Contents

- 1 Africa
- 2 Australia
    - 2.1 Melbourne
    - 2.2 Sydney
- 3 China
- 4 Egypt
- 5 France
- 6 Germany
    - 6.1 Berlin
    - 6.2 Frankfurt
- 7 Kenya
- 8 Korea (north and south)
- 9 Russia
- 10 Taiwan
- 11 United Kingdom
- 12 United States
    - 12.1 Bay area
    - 12.2 Boston
    - 12.3 Washington DC

> (mailto:%77%69%6b%69%6c%65%61%6b%73%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67) - any
> inquiry.

Press
> press@wikileaks.org (mailto:%70%72%65%73%73%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)
> Get notified about our press releases

> Email address: [                    ]  [ Submit ]

Legal
> See Legal
> Leaks / document disclosures
> editor@wikileaks.org
> (mailto:%65%64%69%74%6f%72%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67) - leaks
> playstation@destiny.mooo.com
> (mailto:%70%6c%61%79%73%74%61%74%69%6f%6e%40%64%65%73%74%69%6e%79%2e%6d%6f%6f%6f%2e%
> - discreet submission address.

Submissions upto 1000Mb in size (but your mail provider may only support a few Mb. Gmail supports 20Mb). For further
details and other submission mechanisms please see Submissions.

Phone
> +1 (202) 657-6222 (Washington, DC)
Fax
> (866) 904-4598 (toll free, US only)
Skype

EXHIBIT _A_ PAGE _8_

wikileaks
Gtalk / Jabber
    wikileaks@chat.wikileaks.org
Live chat
    See Chat for more
Facebook
    http://harvard.facebook.com/group.php?gid=2257397452&ref=mf
PGP key
    Wikileaks PGP key

# Africa

africa@wikileaks.org (mailto:%61%66%72%69%63%61%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

Post

    To: Pick any name likely to evade postal censorship in your country.
    PO Box 8098-00200
    Nairobi
    Kenya

# Australia

australia@wikileaks.org
(mailto:%61%75%73%74%72%61%6c%69%61%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

Post

    To: Pick any name likely to evade postal censorship in your country.
    BOX 4080
    University of Melbourne
    Victoria 3052
    Australia

## Melbourne

melbourne@wikileaks.org
(mailto:%6d%65%6c%62%6f%75%72%6e%65%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

## Sydney

sydney@wikileaks.org (mailto:%73%79%64%6e%65%79%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

# China

china@wikileaks.org (mailto:%63%68%69%6e%61%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

# Egypt

egypt@wikileaks.org (mailto:%65%67%79%70%74%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

# France

france@wikileaks.org (mailto:%66%72%61%6e%63%65%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

# Germany

germany@wikileaks.org
(mailto: %67%65%72%6d%61%6e%79%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

### Berlin

berlin@wikileaks.org (mailto: %62%65%72%6c%69%6e%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

### Frankfurt

frankfurt@wikileaks.org
(mailto: %66%72%61%6e%6b%66%75%72%74%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

# Kenya

kenya@wikileaks.org (mailto: %6b%65%6e%79%61%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

Post
>    To: Pick any name likely to evade postal censorship in your country.
>    PO Box 8098-00200
>    Nairobi
>    Kenya

# Korea (north and south)

korea@wikileaks.org (mailto: %6b%6f%72%65%61%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

# Russia

russia@wikileaks.org (mailto: %72%75%73%73%69%61%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

# Taiwan

taiwan@wikileaks.org (mailto: %74%61%69%77%61%6e%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

# United Kingdom

uk@wikileaks.org (mailto: %75%6b%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

# United States

usa@wikileaks.org (mailto: %75%73%61%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

Phone
>    (+1) (202) 657-6222 (Washington, DC)
Fax (toll free)
>    (866) 904-4598
Post (legal only)
>    344 Tennessee Lane
>    Palo Alto, California 94306

EXHIBIT  A  PAGE  10

**Bay area**

bayarea@wikileaks.org
(mailto:%62%61%79%61%72%65%61%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

**Boston**

boston@wikileaks.org (mailto:%62%6f%73%74%6f%6e%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

**Washington DC**

washingtondc@wikileaks.org
(mailto:%77%61%73%68%69%6e%67%74%6f%6e%64%63%40%77%69%6b%69%6c%65%61%6b%73%2e%6f%72%67)

Retrieved from "https://secure.wikileaks.org/wiki/Wikileaks:Contact"

Category: Vital pages

Get press releases: [email address] [Join]          Apply to volunteer: [email address] [Join]

EXHIBIT A PAGE II

# Wikileaks:Legal

**From Wikileaks**

(Difference between revisions)

| Revision as of 20:49, 17 July 2007 (edit) | Revision as of 20:54, 17 July 2007 (edit) (undo) |
|---|---|
| Wikileaks (Talk \| contribs) | Wikileaks (Talk \| contribs) |
| m (→Complaint Notice Procedures for Copyright Owners) | m (→Send all USA legal service correspondence to our lawyers) |
| ← Previous diff | Next diff → |

**Line 1:**                                         **Line 1:**

| | | |
|---|---|---|
| - | ==Send all USA legal <u>service</u> correspondence to our lawyers== | + ==Send all USA legal correspondence to our lawyers== |
| - | <pre> | + Julie S. Turner |
| - | Julie S. Turner | + Julie Turner Law |
| - | Julie Turner Law | + Palo Alto, California |
| - | Palo Alto, California | + Phone: 650-494-1530 |
| - | Phone: 650-494-1530 | + Fax: 650-472-8028 |
| - | Fax: 650-472-8028 | + |
| - | | + jturner@julieturnerlaw.com |
| - | jturner@julieturnerlaw.com | + |
| - | </pre> | + '''We do not accept electronic servicing of legal documents.''' |

==Digital Millennium Copyright Act==              ==Digital Millennium Copyright Act==

## Revision as of 20:54, 17 July 2007

## Contents

- 1 Send all USA legal correspondence to our lawyers
- 2 Digital Millennium Copyright Act
  - 2.1 Designated Agent
  - 2.2 Complaint Notice Procedures for Copyright Owners

## Send all USA legal correspondence to our lawyers

EXHIBIT A PAGE 12

http://www.wikileaks.org/wiki/index.php?title=Wikileaks:Legal&dif...

leaks:Legal - Wikileaks

```
Julie S. Turner
Julie Turner Law
Palo Alto, California
Phone: 650-494-1530
Fax:   650-472-8028

jturner@julieturnerlaw.com

We do not accept electronic servicing of legal documents.
```

# Digital Millennium Copyright Act

This policy is intended to implement the procedures set forth in 17 U.S.C. Section 512 and the Digital Millennium Copyright Act ("DMCA") for the reporting of alleged copyright infringement.

## Designated Agent

Wikileaks (USA)'s Designated Agent to receive notification of alleged infringement under the DMCA is:

```
Julie S. Turner
Julie Turner Law
Palo Alto, California
Phone: 650-494-1530
Fax:   650-472-8028

jturner@julieturnerlaw.com
```

## Complaint Notice Procedures for Copyright Owners

The following elements must be included in your copyright infringement notice:

1. A written signature of the copyright owner or a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
2. An accurate identification of the copyrighted work claimed to have been infringed.
3. Proof of Wikileaks (USA) ongoing facilitation of the infringement and a description of the DCMA subsection applying. Be sure not confuse independent Wikileaks organizations in other jurisdictions with Wikileaks (USA).
4. Information reasonably sufficient to permit the Wikileaks (USA) to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.
5. A statement from the complaining party that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law (including first amendment protections).
6. A statement, under a penalty of perjury, that the information in the notice is accurate, including that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Failure to include all of the above information may result in a delay of the processing of the DCMA notification.

All material which is, in the opinion of Wikileaks (USA), covered by 1st amendment or other protections may be counter suited by Wikileaks (USA). Wikileaks (USA) does not have the technical or legal ability to remove infringing works without the full co-operation of its sister organizations in other jurisdictions. However Wikileaks (USA) will pass on in good faith any request that meets the notification requirements set out above.

Retrieved from "https://secure.wikileaks.org/wiki/Wikileaks:Legal"

EXHIBIT A PAGE 13

1/16/2008 5:39 PM

Get press releases: |email address          |  Join          Apply to volunteer: |email address          |  Join

EXHIBIT A PAGE 14

# EXHIBIT B

Wikileaks.org - Wiki Leaks                                    http://whois.domaintools.com/wikileaks.org



## Whois Record for Wikileaks.org ( Wiki Leaks )

**Front Page Information**

**Website Title:** ⌛ Wikileaks - Wikileaks
**Title Relevancy:** 100%
**AboutUs:** Ⓝ Wiki article on Wikileaks.org
**SEO Score:** 76%
**Terms:** 1031 (Unique: 663, Linked: 732)
**Images:** 8 (Alt tags missing: 8)
**Links:** 289   (Internal: 278, Outbound: 8)

**Indexed Data**

**Y! Directory:** 1 listings
**Visitors by Country:** United States 50.9%    United Kingdom 9.1%
Canada 7.7%    Germany 5.5%
Australia 1.8%    Spain 1.8%
**Visitors by City:** 1) San Francisco, CA, US 6.4%
2) New York, NY, US 5.5%
3) Los Angeles, CA, US 2.9%
**Alexa Trend/Rank:** #114,481 ⬇ 22,712 ranks over the last three months.
**Compete Rank:** �📊 #41,895 with 40,622 U.S. visitors per month
**Quantcast Rank:** #98,268
**Wikipedia:** Listed on 12 pages

**Registry Data**

**Created:** 2006-10-04
**Expires:** 2008-10-04
**Whois Server:** whois.pir.org

**Server Data**

**IP Address:** 88.80.13.160 [W] [R] [P] [D] [T]
**IP Location:** 🇸🇪 - Stockholm - Stockholm - Prq Inet - Access
**Response Code:** 200
**Blacklist Status:** Clear
**SSL Cert:** secure.wikileaks.org expires in 113 days.
**Domain Status:** Registered And Active Website

**DomainTools Exclusive**

**Registrant Search:** "John Shipton c/o Dynadot Privacy" owns about 9

**Thumbnail:**

Queue this Domain for Update

**SEO Text Browser**

Loading...    SEO Text Browser

**Wikileaks**
**From Wikileaks**
Jump to: navigation, search

**English** •العربية •Deutsch •Español
•Français •日本語 •한국어 •Norsk
(bokmål) •Português •Русский •Türkçe
•Українська

• Africa • Asia • Europe • Islands • Latin
America • Middle East • North America •
Oceania •

" ... could become as important a
journalistic tool
as the Freedom of Information Act.

— Time Magazine
Wikileaks

http://www.wikileaks.org
Disable SEO Text Browser ( Beta )

**Other TLDs**

.com   .net   .org   .biz

*EXHIBIT B PAGE 15*

other domains

**Email Search:** privacy@dynadot.com is associated with about 15,493
domains

**NS History:** 4 changes on 4 unique name servers over 2 years.

**IP History:** 8 changes on 7 unique name servers over 2 years.

**Whois History:** 53 records have been archived since 2006-12-20.

**Dedicated Hosting:** wikileaks.org is hosted on a dedicated server.

**Monitor Domain:** ✈ Set Free Alerts on wikileaks.org

**Free Tool:** 🖥 Download DomainTools for Windows

### Whois Record

```
Domain ID:D130035267-LROR
Domain Name:WIKILEAKS.ORG
Created On:04-Oct-2006 05:54:19 UTC
Last Updated On:23-Apr-2007 12:58:38 UTC
Expiration Date:04-Oct-2008 05:54:19 UTC
Sponsoring Registrar:Dynadot, LLC (R1266-LROR)
Status:OK
Registrant ID:CP-13000
Registrant Name:John Shipton c/o Dynadot Privacy
Registrant Street1:PO Box 701
Registrant Street2:
Registrant Street3:
Registrant City:San Mateo
Registrant State/Province:CA
Registrant Postal Code:94401
Registrant Country:US
Registrant Phone:+1.6505851961
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email: privacy@dynadot.com
Admin ID:CP-13000
Admin Name:John Shipton c/o Dynadot Privacy
Admin Street1:PO Box 701
Admin Street2:
Admin Street3:
Admin City:San Mateo
Admin State/Province:CA
Admin Postal Code:94401
Admin Country:US
Admin Phone:+1.6505851961
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email: privacy@dynadot.com
Tech ID:CP-13000
Tech Name:John Shipton c/o Dynadot Privacy
Tech Street1:PO Box 701
Tech Street2:
Tech Street3:
Tech City:San Mateo
Tech State/Province:CA
Tech Postal Code:94401
Tech Country:US
Tech Phone:+1.6505851961
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email: privacy@dynadot.com
Name Server:NS1.EVERYDNS.NET
Name Server:NS2.EVERYDNS.NET
Name Server:NS3.EVERYDNS.NET
Name Server:NS4.EVERYDNS.NET
```

### Symbol Key

Available

Available (Previously registered)

Registered (Active website)

Registered (Parked or redirected)

Registered (No website)

On-Hold (Generic)

On-Hold (Redemption Period)

On-Hold (Pending Delete)

Monitor

Preview

No preview

Buy this (Available)

Buy this (Bid at auction)

### Back Order

Set a backorder so you can own
wikileaks.org when it becomes availabl

### Customize This Page

Select the items you want to be sho
on this page.

☑ Front Page      ☑ Indexed Data

☑ Server Data     ☑ Registry Data

☑ Exclusive Data ☑ Whois Record

### Domains for Sale

**Domain**

PreventLeaks.com

GameLeaks.com

LineLeaks.com

EndLeaks.com

Leaks.Info

PipelineLeaks.com

PressLeaks.com

Leaks.org

BuildingLeaks.com

Leaks.de

WindowLeaks.com

### Compare Similar Domains

**Domain**

Wiki Learn

Wiki Le

Wiki Learner

Wiki Lead

Wiki Learners

Wiki Leadership

Wiki Leads

Wiki Learing

EXHIBIT *B* PAGE *16*

Wikileaks.org - Wiki Leaks

| Name Server: | | Wiki Lear Ming | 2006-11- |
| Name Server: | | Wiki Lean | 2007-01- |
| Name Server: | | Wiki Leaks | 2007-01- |
| Name Server: | | Wiki Leak | 2007-01- |
| Name Server: | | Wiki Leak Sorg | 2007-02- |
| Name Server: | | Wiki Leakes | 2007-02- |
| Name Server: | | Wiki League | 2007-02- |
| Name Server: | | | |
| Name Server: | | | |

EXHIBIT B PAGE 17



## Wikileaks.org on 2008-02-06 - Domain History

| | |
|---|---|
| **Domain:** | **wikileaks.org** - Domain History |
| **Cache Date:** | 2008-02-06 |
| **Registrar:** | |

**Registrant Search:** Click on an email address we found in this whois record
to see which other domains the registrant is associated with:
privacy@dynadot.com

```
Domain ID:D130035267-LROR
Domain Name:WIKILEAKS.ORG
Created On:04-Oct-2006 05:54:19 UTC
Last Updated On:23-Apr-2007 12:58:38 UTC
Expiration Date:04-Oct-2008 05:54:19 UTC
Sponsoring Registrar:Dynadot, LLC (R1266-LROR)
Status:OK
Registrant ID:CP-13000
Registrant Name:John Shipton c/o Dynadot Privacy
Registrant Street1:PO Box 701
Registrant Street2:
Registrant Street3:
Registrant City:San Mateo
Registrant State/Province:CA
Registrant Postal Code:94401
Registrant Country:US
Registrant Phone:+1.6505851961
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:privacy@dynadot.com
Admin ID:CP-13000
Admin Name:John Shipton c/o Dynadot Privacy
Admin Street1:PO Box 701
Admin Street2:
Admin Street3:
Admin City:San Mateo
Admin State/Province:CA
Admin Postal Code:94401
Admin Country:US
Admin Phone:+1.6505851961
Admin Phone Ext.:
```

EXHIBIT B PAGE 16

```
Admin FAX:
Admin FAX Ext.:
Admin Email:privacy@dynadot.com
Tech ID:CP-13000
Tech Name:John Shipton c/o Dynadot Privacy
Tech Street1:PO Box 701
Tech Street2:
Tech Street3:
Tech City:San Mateo
Tech State/Province:CA
Tech Postal Code:94401
Tech Country:US
Tech Phone:+1.6505851961
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:privacy@dynadot.com
Name Server:NS1.EVERYDNS.NET
Name Server:NS2.EVERYDNS.NET
Name Server:NS3.EVERYDNS.NET
Name Server:NS4.EVERYDNS.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

EXHIBIT B PAGE 19

# EXHIBIT C

Whois Domain Name Lookup - Dynadot LLC

 DYNADOT



Home   Account Area

Welcome | Domain Names | Web Hosting | Marketplace | SSL | Resources | Company

## *Whois Domain Name Lookup*

You can look up the Whois information for domain names registered at Dynadot. This
search does not return information for domains registered at other registrars. If you
want to register a domain name, you should go here.

**What is the code**

The code is to make
someone to automat
the entire whois data
do this to harvest err
send junk mail. This
person to read, but h
computer to deciphei

```
Domain Name: wikileaks.org
Registered at http://www.dynadot.com

Registrant:
John Shipton
c/o WLK PO Box 8098-00200
Nairobi
Kenya

Administrative Contact:
John Shipton
c/o WLK PO Box 8098-00200
Nairobi
Kenya
an1984@hush.com
+1 2026576222

Technical Contact:
John Shipton
c/o WLK PO Box 8098-00200
Nairobi
Kenya
an1984@hush.com
+1 2026576222

Record expires on 2008/10/04 UTC
Record created on 2006/10/04 UTC

Domain servers in listed order:
ns4.everydns.net
ns1.everydns.net
ns2.everydns.net
ns3.everydns.net
```

Domain Name  | wikileaks.org |

Code  | |

Search Whois

*EXHIBIT C PAGE 20*

# EXHIBIT D

## Evan Spiegel

| | |
|---|---|
| **From:** | juliewl@wikileaks.org |
| **Sent:** | Monday, January 21, 2008 4:26 PM |
| **To:** | Evan Spiegel |
| **Cc:** | Wikileaks Legal; Wikileaks |
| **Subject:** | RE: Legal Notice & Demands |

Dear Mr. Spiegel,

My name is Julie Turner and I have agreed to represent WikiLeaks in connection with this matter.

Please provide me with an identification of the documents that your client is requesting be withdrawn and the basis for the request. If you claim that any of the documents is protected by copyright, please provide me with the copyright registration numbers for such documents.

Please communicate with me at my regular email address, which is jturner@julieturnerlaw.com.

Regards,
Julie Turner

On Wed, January 16, 2008 8:27 pm, Evan Spiegel wrote:
> Dear Wikileaks:
>
>
> Your continued failure and refusal to provide designated DMCA agent
> contact information, despite request from counsel and our statement of
> location/jurisdiction, is now documented and will be included in our
> evidence exhibits in our complaint and application with the court for
> an injunction against wikileaks.
>
> As a result of your failure and continued refusal to comply with the
> requirements of the copyright act, you have thus waived the
> safe-harbor provisions therein and will be held liable for copyright
> infringement. You have no legal right to demand advance knowledge of
> the name of our client and the documents at issue -- that is the
> information that is to be and will be included in a DMCA notice and
> demand letter. The copyright act DMCA requirements are quite clear.
>
>
> Your site promotes, encourages and facilitates the publication and
> distribution of stolen, illegally and/or tortiously obtained corporate
> records and private records of third-party consumers, including that
> of my client and its consumers. In furtherance thereof, you hide your
> identity and refuse to provide legal contact information.
> Accordingly, we have been instructed to proceed with an action against
> you in federal court in California.
>
>

EXHIBIT _D_ PAGE _21_

> This is your final warning -- if you desire to resolve this matter
> without the necessity of litigation, your counsel may contact the
> undersigned within twenty-four hours.
>
> You act at your own peril.
>
>
> Govern yourselves accordingly.
>
>
> Nothing contained herein is intended as, nor should it be deemed to
> constitute, a waiver or relinquishment of any of our client's rights
> or remedies, whether legal or equitable, all of which are hereby
> expressly reserved.
>
> Sincerely,
> Evan N. Spiegel
>
>
> ------------------------------------------------------------------
> --
> ----------------
> EVAN N. SPIEGEL, ESQ.
> LAVELY & SINGER PROFESSIONAL CORPORATION ATTORNEYS AT LAW
> 2049 CENTURY PARK EAST, SUITE 2400
> LOS ANGELES, CALIFORNIA 90067-2906
> TELEPHONE: (310) 556-3501
> FACSIMILE: (310) 556-3615
> www.LavelySinger.com E-MAIL: espiegel@lavelysinger.com
> ------------------------------------------------------------------
> --
> ----------------
> THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY
> TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS
> PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE
> LAW AND MAY NOT BE PUBLISHED OR DISSEMINATED IN WHOLE OR IN PART. IF
> THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE
> EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE
> INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE,
> COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE
> CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE
> RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE LAW OFFICES OF
> LAVELY & SINGER PROFESSIONAL CORPORATION IMMEDIATELY BY TELEPHONE
> (310-556-3501) OR E-MAIL (REPLY TO SENDER'S ADDRESS), AND THEN DESTROY
> ALL COPIES OF THIS COMMUNICATION AND ANY ATTACHED FILES. THANK YOU.
>
>
>
> -----Original Message-----
> From: Wikileaks Legal [mailto:legal@wikileaks.org]

2

EXHIBIT _D_ PAGE 22

> Sent: Wednesday, January 16, 2008 12:01 PM
> To: Evan Spiegel
> Cc: Wikileaks; legal@wikileaks.org
> Subject: Re: Legal Notice & Demands
>
>
> Dear Mr Spiegel,
>
>
> Thank you for your part answer.
>
>
> We receive many notices from different jurisdictions. We ask that you
> as a matter of efficiency and politeness read carefully our responses.
> We asked that you provide a list of the documents concerned and the
> client or clients represented. We will then provide you with the legal
> contact details of the most appropriate counsel from our pool.
>
> Failure to provide the information requested in a timely manner may
> introduce additional delays and processing costs. Our counsel may
> claim these costs from your client should the matter proceed.
>
> I have asked one of our DCMA counsel to follow up on the DCMA the
> specific DMCA technicalities you mention which may have been
> introduced when we went from a single counsel to a pool.
>
> In the mean time, we note that your client(s) have and have always had
> an automatic public right of reply to any material made available
> through any Wikileaks website.
>
> Best wishes,
> K Lim.
>
>
> On Tue, Jan 15, 2008 at 09:33:36PM +0000, Evan Spiegel wrote:
>
> >
> > Dear K Lim:
> > The jurisdictions at issue include California, the UK and Switzerland.
> > Legal proceedings will be commenced separately in each location
> > should the stolen documents at issue not be removed.  Please provide
> > contact information for your legal representatives in each of the
> > three locations in order that we may transmit formal legal demands
> > and
> notices
> > with detailed information with regard to the claims and identifying
> the
> > documents at issue.  As you should be aware, under US federal
> copyright
> > law, it is your legal obligation to provide contact information for a

3  EXHIBIT  D  PAGE 23

\> \> designated DMCA agent - this is our second request. Sincerely, Evan
\> \> N. Spiegel
\> \>
\> \>
\> \>
\> \>
\> ------------------------------------------------------------------
\> --
\>
\> \> ----------------
\> \> EVAN N. SPIEGEL, ESQ.
\> \> LAVELY & SINGER PROFESSIONAL CORPORATION ATTORNEYS AT LAW
\> \> 2049 CENTURY PARK EAST, SUITE 2400
\> \> LOS ANGELES, CALIFORNIA 90067-2906
\> \> TELEPHONE: (310) 556-3501
\> \> FACSIMILE: (310) 556-3615
\> \> www.LavelySinger.com E-MAIL: espiegel@lavelysinger.com
\> \>
\> \>
\> ------------------------------------------------------------------
\>
\> \> ----------------
\> \>
\> \>
\> \> -----Original Message-----
\> \> From: Wikileaks [mailto:wikileaks@wikileaks.org]
\> \> Sent: Tuesday, January 15, 2008 12:57 PM
\> \> To: Evan Spiegel
\> \> Cc: legal@wikileaks.org
\> \> Subject: Re: Legal Notice & Demands
\> \>
\> \>
\> \> Dear Mr. Spiegel,
\> \>
\> \>
\> \> Wikileaks is run over multiple national jurisdictions. So we can
\> \> assign your request to the appropriate group for processing, please
\> \> inform us which document(s) you are referring to, the name and
\> \> jurisdiction of your client and the jurisdiction under which L&S is
\> \> making legal claims or demands.
\> \>
\> \> Best wishes,
\> \> K Lim.
\> \>
\> \>
\> \> On Tue, Jan 15, 2008 at 08:28:11PM +0000, Evan Spiegel wrote:
\> \>
\> \> \> Dear Sir or Madam:
\> \> \>
\> \> \>

4    EXHIBIT _D_ PAGE 24

> > > Please immediately send the undersigned your full contact details
> > >
> for
> > > transmission of legal notices with regard to content posted on
> > wikileaks
> > > that constitute violation of tradesecrets, conversion and stolen
> > > documents by former employee in violation of a written
> confidentiality
> > > agreement and copyright infringement, among other wrongful and
> > tortuous
> > > conduct.
> > >
> > > Thank you.
> > >
> > >
> > > Sincerely,
> > > Evan N. Spiegel
> > >
> > >
> > >
> > >
> >
> ------------------------------------------------------------------------
>
> > > ----------------
> > > EVAN N. SPIEGEL, ESQ.
> > > LAVELY & SINGER PROFESSIONAL CORPORATION
> > > ATTORNEYS AT LAW
> > > 2049 CENTURY PARK EAST, SUITE 2400
> > > LOS ANGELES, CALIFORNIA 90067-2906
> > > TELEPHONE: (310) 556-3501
> > > FACSIMILE: (310) 556-3615
> > > www.LavelySinger.com E-MAIL: espiegel@lavelysinger.com
> > >
> > >
> >
> ------------------------------------------------------------------------
>
> > > ----------------
> > > THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
> > >
> ENTITY
>
> > TO
> >
> > > WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS
> > >
> PRIVILEGED,
>
> > > CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND

5    EXHIBIT __D__ PAGE __25__

MAY
> > >
> > NOT
> >
> > > BE PUBLISHED OR DISSEMINATED IN WHOLE OR IN PART.  IF THE READER OF
> > >
> > THIS
> >
> > > MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT
> > > RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT,
> > >
> YOU
>
> > > ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR
> > >
> THE
>
> > > TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS
> > >
> COMMUNICATION
>
> > > IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
> > > ERROR, PLEASE NOTIFY THE LAW OFFICES OF LAVELY & SINGER PROFESSIONAL
> > > CORPORATION IMMEDIATELY BY TELEPHONE (310-556-3501) OR E-MAIL (REPLY
> > >
> > TO
> >
> > > SENDER'S ADDRESS), AND THEN DESTROY ALL COPIES OF THIS COMMUNICATION
> > >
> > AND
> >
> > > ANY ATTACHED FILES.  THANK YOU.
> > >
> > >
>

6    EXHIBIT _D_ PAGE _26_

# EXHIBIT E

# Bank Julius Baer vs. Wikileaks

**From Wikileaks**

**JULIAN ASSANGE** and **DANIEL SCHMITT**
2008-01-23

The largest Swiss bank specializing in hiding the assets of the ultra-rich, Bank Julius Baer, says it will file federal US proceedings against the transparency group Wikileaks by Friday.

Over the last two weeks, Wikileaks has released several hundred documents from a Swiss banking whistleblower purportedly showing offshore tax evasion and money laundering by extremely wealthy and in some cases, politically sensitive, clients from the US, Europe, China and Peru.

Part of the data was leaked to US and German tax authorities in 2005 and the Wall Street Journal ran an article on the act of leaking but not those mentioned in the material. The detail and specific allegations have previously been unavailable to the public.

The bank concerned, Julius Baer (BJB), which specializes in asset hiding, has briefed Hollywood media lawyers Lavely and Singer, whose client lists include Catherine Zeta Jones and Arnold Schwartzenegger to represent them against Wikileaks.

So far Lavely and Singer have refused to put to paper either the name of their client or name of the documents concerned under the basis that Wikileaks might reveal this information to the public.

However in a telephone call yesterday between Wikileaks' Californian counsel Julie Turner and Lavely and Singer's Evan Spiegel, L&S admitted their client was BJB and claimed that the whistleblower concerned was the former deputy director of the Cayman Islands office, Rudolf Elmer.

Mr. Elmer, who has since returned to Zurich, took a December 2007 anti-stalking case against BJB in an attempt to prevent BJB's private detectives following him. L&S claims that it has its own proceedings against the whistleblower scheduled for hearing this month. L&S made several other allegations against Mr. Elmer to Wikileaks' counsel, however L&S has refused to put these in writing.

The Swiss daily, *Weltwoche*, in its 2005 article, "The Leak in Paradise", confirmed the veracity of several of the files with two BJB Cayman Islands office employees.

Although Wikileaks can not say that the files are identical to those seen by the Swiss paper, in light of BJB's threatened legal attack on Wikileaks over documents that:

> *..constitute violation of trade secrets, conversion and stolen documents by former employee in violation of a written confidentiality agreement and copyright infringement, among other wrongful and tortuous conduct.*

Wikileaks asks that the documents and BJB's practices of asset hiding be given close scrutiny and states that supporters of press freedoms may substantially assist Wikileaks by demonstrating to the

EXHIBIT _E_ PAGE _28_

world that legal attacks on Wikileaks only serve to draw attention to and spread copies of the very documents that are the subject of censorship attempts.

# See

- category:Bank Julius Baer -- the leaked documents
- Bank Julius Baer -- further background to the case
- Bank Julius Baer vs. Rudolf Elmer -- Dec 2007 legal case in Switzerland

# See also

- Northern Rock vs. Wikileaks

Retrieved from "https://secure.wikileaks.org/wiki/Bank_Julius_Baer_vs._Wikileaks"

Categories: Analyses | Switzerland | 2008 | 2008-01 | United States | Grand Cayman | Peru | Germany | Spain | China

Get press releases: email address
Join

Apply to volunteer: email address
Join

EXHIBIT E PAGE 28

# EXHIBIT F

## Evan Spiegel

| | |
|---|---|
| **From:** | Julie Turner [jturner@julieturnerlaw.com] |
| **Sent:** | Monday, February 11, 2008 5:06 PM |
| **To:** | William J. Briggs II |
| **Cc:** | Evan Spiegel |
| **Subject:** | Order to Show Cause |
| **Attachments:** | 0 556 3615_080211_79911797.pdf |

Dear Mr. Briggs,

I received the attached fax from you today, presumably as a form of "service" on WikiLeaks. Please note that I do not represent WikiLeaks. As I told your colleague, Mr. Spiegel, in no uncertain terms, I am not representing WikiLeaks in this litigation and I am not authorized to accept service on behalf of WikiLeaks.

I suggest that you serve WikiLeaks directly. Mr. Spiegel assured me that he knew exactly who to serve there.

Julie S. Turner
The Turner Law Firm

Office: 650-494-1530
Fax:   650-472-8028
Cell:  408-914-1456

www.julieturnerlaw.com
jturner@julieturnerlaw.com

EXHIBIT _F_ PAGE 39