# EXHIBIT E

# Bank Julius Baer vs. Wikileaks

## From Wikileaks

**JULIAN ASSANGE** and **DANIEL SCHMITT**
2008-01-23

The largest Swiss bank specializing in hiding the assets of the ultra-rich, Bank Julius Baer, says it will file federal US proceedings against the transparency group Wikileaks by Friday.

Over the last two weeks, Wikileaks has released several hundred documents from a Swiss banking whistleblower purportedly showing offshore tax evasion and money laundering by extremely wealthy and in some cases, politically sensitive, clients from the US, Europe, China and Peru.

Part of the data was leaked to US and German tax authorities in 2005 and the Wall Street Journal ran an article on the act of leaking but not those mentioned in the material. The detail and specific allegations have previously been unavailable to the public.

The bank concerned, Julius Baer (BJB), which specializes in asset hiding, has briefed Hollywood media lawyers Lavely and Singer, whose client lists include Catherine Zeta Jones and Arnold Schwartzenegger to represent them against Wikileaks.

So far Lavely and Singer have refused to put to paper either the name of their client or name of the documents concerned under the basis that Wikileaks might reveal this information to the public.

However in a telephone call yesterday between Wikileaks' Californian counsel Julie Turner and Lavely and Singer's Evan Spiegel, L&S admitted their client was BJB and claimed that the whistleblower concerned was the former deputy director of the Cayman Islands office, Rudolf Elmer.

Mr. Elmer, who has since returned to Zurich, took a December 2007 anti-stalking case against BJB in an attempt to prevent BJB's private detectives following him. L&S claims that it has its own proceedings against the whistleblower scheduled for hearing this month. L&S made several other allegations against Mr. Elmer to Wikileaks' counsel, however L&S has refused to put these in writing.

The Swiss daily, *Weltwoche*, in its 2005 article, "The Leak in Paradise", confirmed the veracity of several of the files with two BJB Cayman Islands office employees.

Although Wikileaks can not say that the files are identical to those seen by the Swiss paper, in light of BJB's threatened legal attack on Wikileaks over documents that:

> *..constitute violation of trade secrets, conversion and stolen documents by former employee in violation of a written confidentiality agreement and copyright infringement, among other wrongful and tortuous conduct.*

Wikileaks asks that the documents and BJB's practices of asset hiding be given close scrutiny and states that supporters of press freedoms may substantially assist Wikileaks by demonstrating to the

EXHIBIT _E_ PAGE _27_

world that legal attacks on Wikileaks only serve to draw attention to and spread copies of the very documents that are the subject of censorship attempts.

## See

- category:Bank Julius Baer -- the leaked documents
- Bank Julius Baer -- further background to the case
- Bank Julius Baer vs. Rudolf Elmer -- Dec 2007 legal case in Switzerland

## See also

- Northern Rock vs. Wikileaks

Retrieved from "https://secure.wikileaks.org/wiki/Bank_Julius_Baer_vs._Wikileaks"

Categories: Analyses | Switzerland | 2008 | 2008-01 | United States | Grand Cayman | Peru | Germany | Spain | China

Get press releases: [email address]
[Join]

Apply to volunteer: [email address]
[Join]

EXHIBIT _E_ PAGE 28

EXHIBIT F

# Evan Spiegel

| | |
|---|---|
| **From:** | Julie Turner [jturner@julieturnerlaw.com] |
| **Sent:** | Monday, February 11, 2008 5:06 PM |
| **To:** | William J. Briggs II |
| **Cc:** | Evan Spiegel |
| **Subject:** | Order to Show Cause |
| **Attachments:** | 0 556 3615_080211_79911797.pdf |

Dear Mr. Briggs,

I received the attached fax from you today, presumably as a form of "service" on WikiLeaks. Please note that I do not represent WikiLeaks. As I told your colleague, Mr. Spiegel, in no uncertain terms, I am not representing WikiLeaks in this litigation and I am not authorized to accept service on behalf of WikiLeaks.

I suggest that you serve WikiLeaks directly. Mr. Spiegel assured me that he knew exactly who to serve there.

Julie S. Turner
The Turner Law Firm

Office: 650-494-1530
Fax:    650-472-8028
Cell:   408-914-1456

www.julieturnerlaw.com
jturner@julieturnerlaw.com

EXHIBIT _F_ PAGE _39_

2/12/2008