**MARTIN D. SINGER, ESQ. (BAR NO. 78166)**
**WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)**
**EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)**
**LAVELY & SINGER PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-mail: wbriggs@lavelysinger.com
E-mail: espiegel@lavelysinger.com

Attorneys for Plaintiffs
**BANK JULIUS BAER & CO. LTD and**
**JULIUS BAER BANK AND TRUST CO. LTD**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California limited liability corporation, and **DOES 1 through 10**, inclusive,<br><br>　　　　Defendants. | CASE NO. CV08-0824 JSW<br>[Hon. Jeffrey S. White; CRTM 2]<br><br>**PROOF OF SERVICE**<br><br>[Filed Concurrently With: *Ex Parte* Application For Order Deeming Service Effected, *or in the Alternative*, Permitting Alternative Methods of Service of Summons and Complaint, or Additional Time; and Memorandum of Points and Authorities; Declaration Evan N. Spiegel In Support of Thereof; and [Proposed] Order]]<br><br>DATE:　Submission<br>TIME:　Submission<br>CTRM:　2, 17th FL |

/ / /

/ / /

# PROOF OF SERVICE
## FRCP 5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Suite 2400, Los Angeles, California 90067-2906.

On the date listed below, I served the foregoing documents described as:

(1)  *Ex Parte* Application For Order Deeming Service Effected, *or in the Alternative*, Permitting Alternative Methods of Service of Summons and Complaint, or Additional Time; and Memorandum of Points and Authorities;

(2)  Declaration Evan N. Spiegel In Support of Thereof; and

(3)  [Proposed] Order

on the interested parties in this action by placing:
   **[X] a true and correct copy -OR- [ ] the original document**
thereof enclosed in sealed envelopes addressed as follows:

| Attorney For Defendants<br>Wikileaks and Wikileaks.org | Attorney for Defendant Dynadot |
|---|---|
| Julie S. Turner, Esq.<br>The Turner Law Firm<br>344 Tennessee Ln<br>Palo Alto, CA 94306<br>Telephone: (650) 494-1530<br>Facsimile: (650) 472-8028 | Garret D. Murai, Esq.<br>WENDEL, ROSEN, BLACK & DEAN LLP<br>1111 Broadway, 24th Floor<br>Oakland, California 94607<br>Telephone: (510) 834-6600<br>Facsimile: (510) 808-4713 |

[ ]  **VIA MAIL:**
   [ ]  I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
   [ ]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **VIA PERSONAL SERVICE:**
   [ ]  I caused such document to be delivered to the offices of the addressee(s), via hand delivery.

[X]  **BY FACSIMILE:** I served the foregoing document described by facsimile machine located at telephone number 310-556-3615, pursuant to California Rules of Court Rules 2008 and 2009, to the interested parties in this action: The facsimile machine I used complied with California Rules of Court Rule

2003(3). The transmission was complete and no error was reported by the machine. **I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.**

I declare that I am duly employed in the office of a member of the bar of this Court at whose direction the service was made. Executed **February 13, 2008,** at Los Angeles, California.

/s/
Tiffany Vogt

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature (/s/) within this efiled document.

/s/
WILLIAM J. BRIGGS, II

**PROOF OF SERVICE**
                                        FRCP 5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Suite 2400, Los Angeles, California 90067-2906.

     On the date listed below, I served the foregoing documents described as:

(1)     *Ex Parte* Application For Order Deeming Service Effected, *or in the Alternative*, Permitting Alternative Methods of Service of Summons and Complaint, or Additional Time; and Memorandum of Points and Authorities;

(2)     Declaration Evan N. Spiegel In Support of Thereof; and

(3)     [Proposed] Order

on the interested parties in this action by placing:
     **[X] a true and correct copy -OR- [ ] the original document** thereof enclosed in sealed envelopes addressed as follows:

| <u>Agent For Service For Defendants Wikileaks and Wikileaks.org</u> | <u>Agent For Service For Defendants Wikileaks and Wikileaks.org</u> |
|---|---|
| Wikileaks.org<br>John Shipton c/o Dynadot Privacy<br>Dynadot, LLC<br>P.O. Box 701<br>San Mateo, CA 94401<br>Phone: (650) 585-1961 | John Shipton<br>c/o WLK PO Box 8098-00200<br>Nairobi, KENYA |

**[ ]     VIA MAIL:**
    [ ]     I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
    [ ]     As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X]     BY PRIORITY MAIL DELIVERY**
    **[X]**     As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for priority mail delivery service. Under that practice it would be deposited with the overnight delivery service on that same day with all costs fully prepaid at Los Angeles, California in the ordinary course of business.

**[ ]     VIA PERSONAL SERVICE:**

1  [ ]   I caused such document to be delivered to the offices of the addressee(s), via hand delivery.

2  [ ]   **BY FACSIMILE:** I served the foregoing document described by facsimile machine located at telephone number 310-556-3615, pursuant to <u>California Rules of Court</u> Rules 2008 and 2009, to the interested parties in this action: The facsimile machine I used complied with <u>California Rules of Court</u> Rule 2003(3). The transmission was complete and no error was reported by the machine. **I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.**

I declare that I am duly employed in the office of a member of the bar of this Court at whose direction the service was made. Executed **February 13, 2008,** at Los Angeles, California.

_____/s/_____
Tiffany Vogt

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature (/s/) within this efiled document.

_____/s/_____
WILLIAM J. BRIGGS, II