**MARTIN D. SINGER, ESQ. (BAR NO. 78166)**
**WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)**
**EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)**
**LAVELY & SINGER PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone:  (310) 556-3501
Facsimile: (310) 556-3615
E-mail: wbriggs@lavelysinger.com
E-mail: espiegel@lavelysinger.com

Attorneys for Plaintiffs
**BANK JULIUS BAER & CO. LTD and**
**JULIUS BAER BANK AND TRUST CO. LTD**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity, <br><br> Plaintiffs, <br><br> v. <br><br> **WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California limited liability corporation, and **DOES 1 through 10**, inclusive, <br><br> Defendants. | CASE NO. CV08-0824 JSW <br> [Hon. Jeffrey S. White; CRTM 2] <br><br> **PLAINTIFFS' NOTICE OF NON-OPPOSITION BY DEFENDANTS WIKILEAKS AND WIKILEAKS.ORG TO PLAINTIFFS' APPLICATION FOR TRO** <br><br> [Filed Concurrently With: Declaration of Evan Spiegel in Support Thereof] <br><br> DATE: FEBRUARY 14, 2008 <br> TIME: 10:00 a.m. <br> CTRM: 2, 17th FL |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that there has been no written opposition filed by Defendants Wikileaks and Wikileaks.org (collectively, the "Wikileaks Defendants") to Plaintiffs Bank Julius Baer & Co. Ltd's ("BJB") and Julius Baer Bank and Trust

1  Co. Ltd's ("JBBT") (collectively, "Plaintiffs") Application for TRO (the
2  "Application") and the Order to Show Cause, dated February 11, 2008, as to why
3  a temporary restraining order should not issue against Defendants, which is set for
4  hearing on February 14, 2008, at 10:00 a.m. before this Court.

5  On February 8, 2008, Plaintiffs filed the Application, the Memorandum of
6  Points and Authorities and supporting documents with this Court. On February 11,
7  2008, the Court issued an OSC re Issuance of TRO and Setting Briefing and Hearing
8  Schedule ("OSC re Issuance of TRO"). Plaintiffs served the Wikileaks Defendants
9  with the Application, the Memorandum of Points and Authorities and the supporting
10 documents and OSC re Issuance of TRO on February 11, 2004, via personal service
11 on their counsel. Plaintiffs also, alternatively, served the Wikileaks Defendants on
12 February 11, 2004, via Overnight Priority Mail to their listed contact/agent via their
13 Dynadot registration privacy service listing. Plaintiffs served defendant Dynadot
14 with the Application, the Memorandum of Points and Authorities and the supporting
15 documents and OSC re Issuance of TRO on February 11, 2004, via personal service
16 at its place of business. See the accompanying Declaration of Evan N. Spiegel
17 ("Spiegel Decl."), ¶¶3, 4; and see Proofs of Service filed with this Court, Docket
18 Numbers 15-17 and 20-25.

19 The OSC re Issuance of TRO set Tuesday, February 12, 2008 at 3:00 p.m.
20 as the deadline for Defendants to file and serve any opposition to the Application and
21 OSC re Issuance of TRO. As of Tuesday, February 12, 2008 at approximately
22 11:30 p.m., no opposition papers to the Application and OSC re Issuance of TRO
23 have been served by the Wikileaks Defendants to Plaintiff (Spiegel Decl., ¶5).[1]
24 / / /
25

---

26 [1] Dynadot has not filed an Opposition as Dynadot and Plaintiffs have reached an
27 agreement and stipulation in this matter, which will be presented to the Court at the time of hearing on the OSC re Issuance of TRO. Pursuant to Dynadots' and Plaintiffs' agreement, Dynadot will stipulate to entry of a Permanent Injunction
28 upon terms to be presented to the Court. (Id., ¶6).

Based on the foregoing, Plaintiffs requests that the Wikileaks Defendants be precluded from offering oral argument at the hearing on the Application and OSC re Issuance of TRO, and that the Court find that the failure of the Wikileaks Defendants to file any opposition papers creates an inference that the Application is meritorious.

Wherefore, Plaintiffs respectfully request that the Application be granted in its entirety and the TRO issue.

## CONCLUSION

Based on the foregoing, Plaintiffs respectfully request that this Court issue a Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction in the form set forth in the Amended [Proposed] Temporary Restraining Order and Order to Show Cause re Preliminary Injunction submitted herewith, and for such other alternative and further relief as the Court may deem to be just and appropriate.

Respectfully submitted,

DATED: February 13, 2008

LAVELY & SINGER
PROFESSIONAL CORPORATION
MARTIN D. SINGER
WILLIAM J. BRIGGS, II
EVAN N. SPIEGEL

By: /s/ William J. Briggs, II
_____
WILLIAM J. BRIGGS, II
Attorneys for Plaintiffs BANK JULIUS BAER & CO. LTD and JULIUS BAER BANK AND TRUST CO. LTD