MARTIN D. SINGER, ESQ. (BAR NO. 78166)
WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)
EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)
**LAVELY & SINGER PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-mail: wbriggs@lavelysinger.com
E-mail: espiegel@lavelysinger.com

Attorneys for Plaintiffs
**BANK JULIUS BAER & CO. LTD** and
**JULIUS BAER BANK AND TRUST CO. LTD**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity,<br><br>Plaintiffs,<br><br>v.<br><br>**WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California limited liability corporation, and **DOES 1 through 10**, inclusive,<br><br>Defendants. | CASE NO. CV08-0824 JSW<br>[Hon. Jeffrey S. White; CRTM 2]<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION**<br><br>DATE: FEBRUARY 14, 2008<br>TIME: 10:00 a.m.<br>CTRM: 2, 17th FL |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order and Tentative Ruling and Questions, Plaintiffs Bank Julius Baer & Co. Ltd's ("BJB") and Julius Baer Bank and Trust Co. Ltd's ("JBBT") (collectively, "Plaintiffs") hereby provide

notice of the below listed supplemental authorities to be relied upon in support of Plaintiffs' Application for TRO and OSC re Preliminary Injunction (the "Application") and the Order to Show Cause, dated February 11, 2008, as to why a temporary restraining order should not issue against Defendants, which is set for hearing on February 14, 2008, at 10:00 a.m. before this Court.

Authorities relevant to Court's Order and Tentative Ruling and Questions, question #2, on the issue that the mistaken electronic filing of a document listed as and physically filed as "Filed Under Seal," with prompt action after discovery of the mistake, is inconsistent with a finding of waiver:

1. <u>Hussein v. University and Community College Sys. of Nevada</u>, 2008 WL 145162 (D. Nev. 2008) (slip copy).

2. <u>Defenbacher v. Walker</u>, 90 F. Supp. 1, 6 (N.D. Cal. 1950)

3. <u>United States v. Castillo</u>, 496 F.3d 947 (9th Cir. 2007)

4. <u>Royal Air Prop., Inc. v. Smith</u>, 333 F.2d 568 (9th Cir. 1964)

5. <u>Old Republic Ins. Co. v. FSR Brokerage, Inc.</u>, 80 Cal. App. 4th 666 (2000)

6. <u>Oaks Mgmt. Corp. v. Super. Ct.</u>, 145 Cal. App. 4th 453 (2006)

Respectfully submitted,

DATED: February 13, 2008

LAVELY & SINGER
PROFESSIONAL CORPORATION
MARTIN D. SINGER
WILLIAM J. BRIGGS, II
EVAN N. SPIEGEL

By: /s/ William J. Briggs, II
_____
WILLIAM J. BRIGGS, II
Attorneys for Plaintiffs BANK JULIUS BAER & CO. LTD and JULIUS BAER BANK AND TRUST CO. LTD