1  **MARTIN D. SINGER, ESQ. (BAR NO. 78166)**
   **WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)**
2  **EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)**
   **LAVELY & SINGER PROFESSIONAL CORPORATION**
3  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
4  Telephone: (310) 556-3501
   Facsimile: (310) 556-3615
5  E-mail: wbriggs@lavelysinger.com
   E-mail: espiegel@lavelysinger.com
6
   Attorneys for Plaintiffs
7  **BANK JULIUS BAER & CO. LTD and**
   **JULIUS BAER BANK AND TRUST CO. LTD**
8

9                UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 | **BANK JULIUS BAER & CO.** | ) | CASE NO. CV08-0824 JSW
   | **LTD**, a Swiss entity; and **JULIUS** | ) | [Hon. Jeffrey S. White; CRTM 2]
13 | **BAER BANK AND TRUST CO.** | ) |
   | **LTD**, a Cayman Islands entity, | ) | **PROOF OF SERVICE**
14 |                               | ) |
   |          Plaintiffs,          | ) |
15 |                               | ) | DATE:  Submission
   |            v.                 | ) | TIME:  Submission
16 |                               | ) | CTRM:  2, 17th FL
   | **WIKILEAKS**, an entity of unknown | ) |
17 | form, **WIKILEAKS.ORG**, an entity | ) |
   | of unknown form; **DYNADOT,** | ) |
18 | **LLC**, a California limited liability | ) |
   | corporation, and **DOES 1 through** | ) |
19 | **10**, inclusive, | ) |
   |                               | ) |
20 |          Defendants.          | ) |
   |                               | ) |
21 | _____ | ) |

22 / / /

23 / / /

24

25

26

27

28

# PROOF OF SERVICE
## FRCP 5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2049 Century Park East, Suite 2400, Los Angeles, California  90067-2906.

On the date listed below, I served the foregoing document described as:

(1)  PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION

on the interested parties in this action by placing:
**[X] a true and correct copy -OR- [ ] the original document** thereof enclosed in sealed envelopes addressed as follows:

**See attached "Service List"**

[ ] **BY FACSIMILE:** I served the foregoing document described by facsimile machine located at telephone number 310-556-3615, pursuant to California Rules of Court Rules 2008 and 2009, to the interested parties in this action: The facsimile machine I used complied with California Rules of Court Rule 2003(3).  The transmission was complete and no error was reported by the machine. **I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.**

[X] **BY EMAIL**
    [X] As follows:  I am "readily familiar" with the firm's practice of sending email communications.  Under that practice an email addressed to the party above was sent from Los Angeles, California in the ordinary course of business.

I declare that I am duly employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed **February 13, 2008,** at Los Angeles, California.

/s/
-----------------------------
TIFFANY VOGT

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature (/s/) within this efiled document.

/s/
-----------------------------
WILLIAM J. BRIGGS, II

# SERVICE LIST
CV08-0824 JSW

1. 
2. 
3. Daniel Mathews - mathews@math.Stanford.EDU
4. Julie Turner - jturner@julieturnerlaw.com
5. Julie Turner - juliewl@wikileaks.org
6. Garret D. Murai - gmurai@wendel.com
7. Wikileaks - legal@wikileaks.org
8. Wikileaks - wikileaks@wikileaks.org

# Tiffany Vogt

**From:** Tiffany Vogt on behalf of William J. Briggs II
**Sent:** Wednesday, February 13, 2008 5:37 PM
**To:** 'mathews@math.Stanford.EDU'; 'jturner@julieturnerlaw.com'; 'juliewl@wikileaks.org'; 'gmurai@wendel.com'; 'legal@wikileaks.org'; 'wikileaks@wikileaks.org'
**Subject:** CV08-0824 JSW: Bank Julius Baer v. Wikileaks

**Attachments:** NTC-SUPPLEMENTAL-AUTHORITIES 021308.pdf

Attached is a pdf copy of the following document filed with the Court in Case No. CV08-0824 JSW, Bank Julius Baer v. Wikileaks:

(1) Notice of Supplemental Authorities in Support of Application for TRO and OSC re Preliminar Injunction


NTC-SUPPLEM
\L-AUTHORITIE:

---

LAVELY & SINGER PROFESSIONAL CORPORATION
**ATTORNEYS AT LAW**
2049 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CALIFORNIA 90067-2906
TELEPHONE: (310) 556-3501
FACSIMILE: (310) 556-3615
www.LavelySinger.com

---

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE PUBLISHED OR DISSEMINATED IN WHOLE OR IN PART. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE LAW OFFICES OF LAVELY & SINGER PROFESSIONAL CORPORATION IMMEDIATELY BY TELEPHONE (310-556-3501) OR E-MAIL (REPLY TO SENDER'S ADDRESS), AND THEN DESTROY ALL COPIES OF THIS COMMUNICATION AND ANY ATTACHED FILES. THANK YOU.