# Tiffany Vogt

| | |
|---|---|
| **From:** | Tiffany Vogt on behalf of William J. Briggs II |
| **Sent:** | Wednesday, February 13, 2008 5:37 PM |
| **To:** | 'mathews@math.Stanford.EDU'; 'jturner@julieturnerlaw.com'; 'juliewl@wikileaks.org'; 'gmurai@wendel.com'; 'legal@wikileaks.org'; 'wikileaks@wikileaks.org' |
| **Subject:** | CV08-0824 JSW: Bank Julius Baer v. Wikileaks |
| **Attachments:** | NTC-SUPPLEMENTAL-AUTHORITIES 021308.pdf |

Attached is a pdf copy of the following document filed with the Court in Case No. CV08-0824 JSW, Bank Julius Baer v. Wikileaks:

(1) Notice of Supplemental Authorities in Support of Application for TRO and OSC re Preliminar Injunction



NTC-SUPPLEM
\L-AUTHORITIE:

---

LAVELY & SINGER PROFESSIONAL CORPORATION
**ATTORNEYS AT LAW**
2049 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CALIFORNIA 90067-2906
TELEPHONE: (310) 556-3501
FACSIMILE: (310) 556-3615
www.LavelySinger.com

---

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE PUBLISHED OR DISSEMINATED IN WHOLE OR IN PART. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE LAW OFFICES OF LAVELY & SINGER PROFESSIONAL CORPORATION IMMEDIATELY BY TELEPHONE (310-556-3501) OR E-MAIL (REPLY TO SENDER'S ADDRESS), AND THEN DESTROY ALL COPIES OF THIS COMMUNICATION AND ANY ATTACHED FILES. THANK YOU.