1  Richard A. Sipos (Bar No. 126982)
   Garret D. Murai (Bar No. 215667)
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Post Office Box 2047
   Oakland, CA 94607-4036
4  Telephone: (510) 834-6600
   Facsimile: (510) 834-1928
5  E-mail: gmurai@wendel.com

6  Attorneys for Defendant
   DYNADOT, LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | BANK JULIUS BAER & CO. LTD, a | Case No. CV08-0824 JSW
   | Swiss entity; and JULIUS BAER BANK |
13 | AND TRUST CO. LTD, a Cayman Island | **DEFENDANT DYNADOT, LLC'S NOTICE
   | entity,,                           | OF AUTHORITIES PURSUANT TO THE
14 |                                    | COURT'S TENTATIVE RULING AND
   |          Plaintiffs,               | QUESTIONS**
15 |
   |     vs.
16 |
   | WIKILEAKS, an entity of unknown form;
17 | WIKILEAKS.ORG, an entity of unknown
   | form; DYNADOT, LLC, a California
18 | limited liability company; and DOES 1
   | through 10, inclusive,
19 |
   |          Defendants.
20

21

22

23

24

25

26

27

28

*NOTICE OF AUTHORITIES - Case No. CV08-0824 JSW*

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Defendant DYNADOT, LLC submits the following

3  authorities pursuant to the Court's Tentative Ruling and Questions filed February 13, 2008:

4      1.    *Shapo v. Engle*, 463 F.3d 641 (7th Cir. 2006).

5  Dated: February 13, 2008            **WENDEL, ROSEN, BLACK & DEAN LLP**

7      By: /s/ Garret D. Murai
8      Garret D. Murai
    Attorneys for Plaintiff
9      RICHARD TRAVERSO