Richard A. Sipos (Bar No. 126982)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Post Office Box 2047
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Facsimile: (510) 834-1928
E-mail: gmurai@wendel.com

Attorneys for Defendant
DYNADOT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK JULIUS BAER & CO. LTD, a Swiss entity; and JULIUS BAER BANK AND TRUST CO. LTD, a Cayman Island entity,<br><br>Plaintiffs,<br><br>vs.<br><br>WIKILEAKS, an entity of unknown form; WIKILEAKS.ORG, an entity of unknown form; DYNADOT, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV08-0824 JSW<br><br>**PROOF OF SERVICE** |

*CERTIFICATE OF SERVICE - Case No. CV08-0824 JSW*

# PROOF OF SERVICE

I am an active member of the State Bar of California and am not a party to this action. My business address is Wendel, Rosen, Black & Dean LLP, 1111 Broadway, 24th Floor, Oakland, California 94607. On the date set forth below, I served the following document(s):

**DEFENDANT DYNADOT, LLC'S NOTICE OF AUTHORITIES PURSUANT TO THE COURT'S TENTATIVE RULING AND QUESTIONS**

☐ BY MAIL: by placing the document(s) above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California, addressed to the person(s) at the address(es) set forth below.

☐ BY FACSIMILE: by faxing the document(s) above to the person(s) at the fax number(s) set forth below before 5:00 p.m.

☐ BY PERSONAL DELIVERY: by causing personal delivery of the document(s) above to the person(s) at the address(es) set forth below.

☐ BY OVERNIGHT DELIVERY: by causing the document(s) above to be picked up by an overnight delivery service company for delivery to the person(s) at the address(es) set forth below on the next business day.

☒ BY EMAIL: by causing the document(s) above to be electronically served by email pursuant to the Court's order in *Bank Julius Baer & Co. Ltd. v. Wikileaks, et al.*, United States District Court for the Northern District of California, Case no. CV08-0824 to the person(s) at the email address(es) set forth below.

wbriggs@lavelysinger.com

espiegel@lavelysinger.com

mathews@math.stanford.edu

jturner@julieturnerlaw.com

juliewl@wikileaks.org

legal@wikileaks.org

wikileaks@wikileaks.org

☐ STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Dated: February 13, 2008

　　　　　　　　　　　　　　　　　　/s/ Garret D. Murai
　　　　　　　　　　　　　　　　　　Garret D. Murai

## Garret D. Murai

**From:** Garret D. Murai
**Sent:** Wednesday, February 13, 2008 7:29 PM
**To:** 'wbriggs@lavelysinger.com'; 'espiegel@lavelysinger.com'; 'mathews@math.stanford.edu'; 'jturner@julieturnerlaw.com'; 'juliewl@wikileaks.org'; 'legal@wikileaks.org'; 'wikileaks@wikileaks.org'
**Subject:** Bank Julius Baer & Co. Ltd. v. Wikileaks, et al.

Attached please find Defendant DYNADOT, LLC's Notice of Authorities Pursuant to the Court's Tentative Ruling and Questions filed November 13, 2008

GDM

Garret D. Murai
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Facsimile: (510) 808-4713 (direct)
E-mail: gmurai@wendel.com