# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**               **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: February 14, 2008               **Court Reporter:**  KathyWyatt


**CASE NO.:  C-08-824 JSW**

**TITLE:**  Bank Julius Baer, et al.,  v.  Wikileaks, et al,


**COUNSEL FOR PLAINTIFF:**               **COUNSEL FOR DEFENDANT:**

**William Briggs**                       **Garret Murai - DynaDot**
**Evan Spiegel**                         **Julie Turner (appearing on her own behalf by Court order)**
                                         **No appearance by or for WikiLeaks**

**PROCEEDINGS:  Motion for a Temporary Restraining Order**


**RESULTS:**     *The Court **tentatively GRANTS** Plaintiffs' application for a temporary restraining order.*

The Court heard argument from counsel.
After inquiry, the Court excused Ms. Turner from these proceedings.

Plaintiff shall submit a proposed amended order by close of business today.

The Court scheduled the following briefing schedule on the order to show cause re:
preliminary injunction:

   Opposition due:  2-20-08
   Reply due:  2-26-08
   Hearing on OSC re: Preliminary Injunction:  2-29-08 at 9:00 a.m.