1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity,<br><br>Plaintiffs,<br><br>v.<br><br>**WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California limited liability corporation, and **DOES 1 through 10**, inclusive,<br><br>Defendants. | CASE NO. CV08-0824 JSW<br>[Hon. Jeffrey S. White]<br><br>**[PROPOSED] AMENDED TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

/ / /         / / /
/ / /         / / /
/ / /         / / /

**TO DEFENDANTS WIKILEAKS, WIKILEAKS.ORG, DYNADOT, LLC, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This matter having come before the Court on Plaintiffs BANK JULIUS BAER & CO. LTD's and JULIUS BAER BANK AND TRUST CO. LTD's (collectively herein, "Julius Baer" and/or "Plaintiffs") ex parte application for temporary restraining order and order to show cause re preliminary injunction ("Application") against Defendants WIKILEAKS, WIKILEAKS.ORG, DYNADOT, LLC and DOES 1-10;

And, the Court having considered the Complaint, the declarations and memorandum of points and authorities presented by Plaintiffs in support of the Application, and any other papers, evidence or arguments presented by the parties in connection with Plaintiffs' Application;

And, the Court having found that good cause exists therefor, and Plaintiffs having shown that immediate harm will result to Plaintiffs in the absence of the requested relief,

**IT IS HEREBY ORDERED THAT:**

1. DEFENDANTS WIKILEAKS and WIKILEAKS.ORG and DOES 1-10 (collectively the "Wikileaks Defendants"), and all of their respective officers, directors, stockholders, owners, registrants, web host providers, DNS hosts, service providers, website site developers, website operators, website server providers, agents, servants, employees, representatives and attorneys, and all those in active concert or participation with the Wikileaks Defendants, and each of them, and all others who receive notice of this order, are, pending hearing on this Court's below-issued Order to Show Cause, hereby ordered, enjoined and restrained as follows:

(a) RESTRAINED and ENJOINED from displaying, posting, publishing, distributing, linking to and/or otherwise providing any information for the access or other dissemination of copies of and/or images of the JB Property (as defined herein below) and any information or data contained therein, including on

the websites operated at wikileaks.org, wikileaks.org.au, wikileaks.org.uk, wikileaks.la, wikileaks.cn, wikileaks.in, wikileaks.org.nz (collectively the "Wikileaks Websites"), and any other websites under their ownership, control and/or which they can post or edit any content;

   (b) RESTRAINED and ENJOINED from any current and any further use, display, post, publication, distribution, linking to and/or otherwise providing any information for the access or other dissemination of copies of and/or images of the JB Property and any information or data contained therein, including on the Wikileaks websites and any other websites under their ownership, control and/or which they can post or edit any content;

   (c) ORDERED to immediately block and otherwise prevent any current and any further use, display, posting, publication, distribution, linking to and/or other dissemination of copies of and/or images of the JB Property and any other new or additional yet unpublished documents and data that constitute or could reasonably be known to be or considered to constitute JB Property, pending further order of this Court;

   (d) ORDERED to immediately remove from their Wikileaks Websites, including but not limited to wikileaks.org website, and any other websites owned or operated by the Wikileaks Defendants or within their control, any and all copies of and/or images of the JB Property and any information or data contained therein;

   (e) ORDERED to immediately give notice of this Order to all of the Wikileaks Defendants' DNS host service providers, ISP's, domain registrars, website site developers, website operators, website host service providers, and administrative and technical domain contacts, and anyone else responsible or with access to modify the website, and that they are to cease and desist from any current and any further use, display, posting, publication, distribution, linking to and/or other dissemination of copies of and/or images of the JB Property and any

information contained therein pending further order of this Court;

    (f) ORDERED to submit proof to the Court, under penalty of perjury, that all JB Property has been removed from the Wikileaks Websites and any and all links or information for access thereof;

    (g) ORDERED that the Wikileaks Defendants are to immediately provide Plaintiffs' counsel with the name, address, telephone number, and facsimile transmission number for all of their DNS hosting services, ISP's, domain registrars, website site developers, website operators and website host service providers, so Plaintiffs can provide such persons/entities with notice of this Order at Plaintiffs' election.

  2. <u>"JB Property" Defined</u>: JB Property includes any and all documents and information originating from Bank Julius Baer & Co. Ltd's and Julius Baer Bank and Trust Co. Ltd's banks and affiliated bank branches, which are internal non-public company documents and/or which contains private client or customer bank records and/or identifies client or customer names, data, account records and/or bank account numbers, whether or not such documents and information are authentic, semi-altered, semi-fraudulent or forged, and which appears to have originated from or could reasonably be known to be or considered to constitute or have originated from data and documents stolen or misappropriated from one or more of Plaintiff's bank branches and/or computers. For example, but is not limited to, the JB Property posted on or made available through the Wikileaks Websites that is subject to this Order and enjoined from further use, display, post, publication, distribution, linking to and/or other dissemination, is listed and set forth on the attached Exhibit "A".

  3. Defendants are hereby ORDERED TO SHOW CAUSE and to appear before this Court in Courtroom 2 (17th Floor), located at 450 Golden Gate Ave., San Francisco, California 94102, at __:__ _.m., or as soon thereafter as this matter may be heard on February ___, 2008, then and there to show cause (the "OSC

1  Hearing"), if any, that the Wikileaks Defendants, and each of them, and their
2  respective officers, directors, stockholders, owners, subsidiaries, agents, servants,
3  employees and attorneys and all those in active concert or participation with the
4  Wikileaks Defendants or them, and each of them, while pending the determination
5  of this action and further Order of this Court, why a preliminary injunction should
6  not issue continuing the above Temporary Restraining Order.

## EFFECTIVE DATE/TIME

The above Temporary Restraining Order is effective immediately upon issuance; and Plaintiffs' are ordered to file an undertaking within five-business days in the sum of $_____ Dollars.

## SERVICE OF PROCESS

A copy of this Order shall be served upon the Defendants via email by not later than _____, 2008.

Any Opposition papers shall be served and filed by \_\_:00 \_\_.m. on _____, 2008, and any Reply papers shall be filed and served via any of the same listed means by \_\_:00 \_\_.m. on _____, 2008.

**IT IS SO ORDERED.**

Dated: _____, 2008     _____
                              HON. JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

# EXHIBIT "A"

The following is an identifying list of certain of the JB Property which was posted on or made available through the wikileaks.org website and which is subject to the Court's Order and enjoined from further use, display, post, publication, distribution, linking to and/or other dissemination:

1.)

| | |
|---|---|
| Document title: | BJB_-_Roberto_de_Andrade_-_Gaynor_Jaguar_Angel_Yara_Trusts |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Roberto_de_Andrade_-_Gaynor_Jaguar_Angel_Yara_Trusts |
| File Name: | bjb-andrade.zip |
| Wikileaks File Identity No: | SHA256 39010e85348a18b7cd091d3dc7b94ffdea076203a08df0d93822a486416b2e3e |
| Wikileaks Release Date: | 2008-01-18 |

2.)

| | |
|---|---|
| Document title: | BJB_-_Luis_Nozaleda_-_Blanca_R_avena_-_Madrid_-_USD_18_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Luis_Nozaleda_-_Blanca_R_avena_-_Madrid_-_USD_18_mil |
| File Name: | bjb-luis-avenvas.zip |
| Wikileaks File Identity No: | SHA256 eac16b8eb17f21e6cfa496dff61aea1d11bd223739e6f093fb9411df4603cb51 |
| Wikileaks Release Date: | 2008-01-18 |

3.)

| | |
|---|---|
| Document title: | BJB_-_Juan_Carlos_Cespedes_-_SF_holdings_-_11_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Juan_Carlos_Cespedes_-_SF_holdings_-_11_mil |
| File Name: | bjb-peru.zip |
| Wikileaks File Identity No: | SHA256 ffac47f723724cf36a1f8a015ea81648e70806225fce5af0c182fde6c3480a71 |
| Wikileaks Release Date: | 2008-01-18 |

4.)

| | |
|---|---|
| Document title: | BJB_-_Mr._Lewis_-_George_Charles_Lampitt_-_tax_avoidance_-_Cayman_-_5_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Mr._Lewis_-_George_Charles_Lampitt_-_tax_avoidance_-_Cayman_-_5_mil |
| File Name: | bjb-lewis2.zip |
| Wikileaks File Identity No: | SHA256 cccdc8fd8e24721470f28b3f25f89a69bbf85999dff354cabeb87571bfe5d4e3 |
| Wikileaks Release Date: | 2008-01-17 |

5.)

| | |
|---|---|
| Document title: | BJB_-_Mr._Lewis_-_George_Charles_Lampitt_-_confusion_of_beneficiary |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Mr._Lewis_-_George_Charles_Lampitt_-_confusion_of_beneficiary |
| File Name: | bjb-lewis1.zip |
| Wikileaks File Identity No: | SHA256 e41b7eada762d35555b0493e1fe36235cf3f97d06382479d233140e212f0570c |
| Wikileaks Release Date: | 2008-01-17 |

6.)

| | |
|---|---|
| Document title: | BJB_-_Heinri_Steinberger,_Frankfurt_Steuerbetrug_EUR_15_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Heinri_Steinberger,_Frankfurt_Steuerbetrug_EUR_15_mil |
| File Name: | bjb-heinri-steinberger.zip |
| Wikileaks File Identity No: | SHA256 51dbed21a2072f3e68c6093c2e08a7e506d0136fba82209eb230dabe32bc51e0 |
| Wikileaks Release Date: | 2008-01-13 |

7.)

| | |
|---|---|
| Document title: | BJB_-_Vigier_Fintex_-_tax_evasion_Cayman |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Vigier_Fintex_-_tax_evasion_Cayman |
| File Name: | schwarze-kasse.zip |

| Wikileaks File Identity No: | SHA256 2409a1953291e9eeec33af0cc949688bf44b3007e2ee77e4ab13496b3b6fb565 |
|---|---|
| Wikileaks Release Date: | 2008-01-09 |

8.)

| Document title: | BJB_-_JK_Peng_-_Dragon_Trust_-_Cayman_hidden_money |
|---|---|
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_JK_Peng_-_Dragon_Trust_-_Cayman_hidden_money |
| File Name: | jk-peng.zip |
| Wikileaks File Identity No: | SHA256 f571984e852292cd3cdff4eba2c0a8e4684045440a28fd6dfd700a20f6f4e9b9 |
| Wikileaks Release Date: | 2008-01-09 |

9.)

| Document title: | BJB_-_Swisspartner_Offshore_Tax_Scheme_-_USD_150_mil |
|---|---|
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Swisspartner_Offshore_Tax_Scheme_-_USD_150_mil |
| File Name: | bjb-swisspartner-tax-scheme.xls |
| Wikileaks File Identity No: | SHA256 c678a68c006f27651c363ae55c133cfcd3127f99bcea12a4212a63178719df41 |
| Wikileaks Release Date: | 2008-01-13 |

10.)

| Document title: | BJB_-_Greek_shipowners_Anna_Kanellakis_Alpha_Tankers_-_USD_30_mil_per_year |
|---|---|
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Greek_shipowners_Anna_Kanellakis_Alpha_Tankers_-_USD_30_mil_per_year |
| File Name: | bjb-alpha-tankers.zip |
| Wikileaks File Identity No: | SHA256 375ebe8f8249c23a32290c6a424680df39f677707d5a449927f15f5a34c6408c |
| Wikileaks Release Date: | 2008-01-13 |

/ / /

11.)

| | |
|---|---|
| Document title: | BJB_-_Steuerbetrug_Juergen_Grossmann_Architekt_-_EUR_25_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Steuerbetrug_Juergen_Grossmann_Architekt_-_EUR_25_mil |
| File Name: | bjb-juergen-grossmann.zip |
| Wikileaks File Identity No: | SHA256 bee41d33756939188dfccbaf5eb824b218225f55ebf91067150d4362b5f306dc |
| Wikileaks Release Date: | 2008-01-13 |

12.)

| | |
|---|---|
| Document title: | BJB_-_Winston_Layne,_New_York_-_USD_10_mil_tax_fraud |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Winston_Layne,_New_York_-_USD_10_mil_tax_fraud |
| File Name: | bjb-winston-layne.zip |
| Wikileaks File Identity No: | SHA256 bac726339b1423535ac0bb6336312669d139230e3b089e3533204fc185e77855 |
| Wikileaks Release Date: | 2008-01-13 |

13.)

| | |
|---|---|
| Document title: | BJB_-_Lord_L._Kadoorie_-_China_Light_and_Power |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Lord_L._Kadoorie_-_China_Light_and_Power |
| File Name: | bjb-lord-kadoorie.zip |
| Wikileaks File Identity No: | SHA256 59cc8c9575a07e1928bc4117059d6e74be404c75b666c9dbbdf2c094e45f1c69 |
| Wikileaks Release Date: | 2008-01-13 |

14.)

| | |
|---|---|
| Document title: | Julius_Baer_to_Angela_Merkel<br>Description: <u>Forged</u> Letter to Angela Merkel from Bank Julius Baer, dated 12 Sept 2007 |
| URL Link: | http://www.wikileaks.org/wiki/Julius_Baer_to_Angela_Merkel |
| File Name: | angela-merkel.pdf |

| Wikileaks File Identity No: | SHA256 5f201de05f3d8eb32c0a961402be4324b05cea803d58382c0ca814e85dee34ab |
|---|---|
| Wikileaks Release Date: | 2007-11-26 |

1. / / /     / / /
2. / / /     / / /
3. / / /     / / /