1    Richard A. Sipos (Bar No. 126982)
     Garret D. Murai (Bar No. 215667)
2    **WENDEL, ROSEN, BLACK & DEAN LLP**
     1111 Broadway, 24th Floor
3    Post Office Box 2047
     Oakland, CA  94607-4036
4    Telephone:  (510) 834-6600
     Facsimile:  (510) 834-1928
5    E-mail: gmurai@wendel.com

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12   BANK JULIUS BAER & CO. LTD, a          Case No.  CV08-0824 JSW
     Swiss entity; and JULIUS BAER BANK
13   AND TRUST CO. LTD, a Cayman Island     **STIPULATION FOR ENTRY OF**
     entity,                                **PERMANENT INJUNCTION AND ORDER**
14
                 Plaintiffs,
15
            vs.
16
     WIKILEAKS, an entity of unknown form;
17   WIKILEAKS.ORG, an entity of unknown
     form; DYNADOT, LLC, a California
18   limited liability company; and DOES 1
     through 10, inclusive,
19
                 Defendants.
20

21

22

23

24

25

26

27

28

*Wendel, Rosen, Black & Dean LLP*
*1111 Broadway, 24th Floor*
*Oakland, CA  94607-4036*

*STIPULATION FOR PERMANENT INJUNCTION AND*
*ORDER  - Case No.  CV08-0824 JSW*

1  Plaintiffs JULIUS BAER & CO. LTD and JULIUS BAER BANK AND TRUST CO.

2 LTD. and Defendant DYNADOT LLC, by and through their attorneys of record, stipulate as

3 follows:

4  A.  WHEREAS, Plaintiffs JULIUS BAER & CO. LTD and JULIUS BAER BANK

5 AND TRUST CO. LTD (collectively "Julius Baer" and/or "Plaintiffs") have brought an action

6 against Defendant WIKILEAKS, WIKILEAK.ORG, DYNADOT, LLC ("Dynadot" or

7 "Defendant") and DOES 1 through 10 seeking among other things injunctive relief; and

8  B.  WHEREAS, Plaintiffs and Dynadot seek to resolve all issues, claims, and

9 controversies between Plaintiff and Dynadot arising from this action;

10  Plaintiff and Dynadot, by and through their attorneys of record, stipulate as follows:

11  1.  Dynadot stipulates and agrees to immediately lock the wikileaks.org domain name

12 to prevent transfer of the domain name to a different domain registrar, and to disable the

13 wikileaks.org domain name and account to prevent access to and any changes from being made to

14 the domain name and account information, until further order of this Court.

15  2.  Dynadot stipulates and agrees to immediately disable the wikileaks.org domain

16 name and account such that the optional privacy who-is service for the domain name and account

17 remains turned off, until further order of this Court.

18  3.  Dynadot stipulates and agrees to preserve a true and correct copy of both current

19 and any and all prior or previous administrative and account records and data for the

20 wikileaks.org domain name and account.

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

1      4.      Plaintiffs stipulate and agree that upon entry of the order attached hereto as Exhibit

2    A that it will immediately file a dismissal with prejudice in favor of Dynadot.  Provided, however,

3    that Plaintiffs and Dynadot stipulate and agree that the Court shall retain jurisdiction to enforce

4    the attached order.

5           IT IS SO STIPULATED.

6    Dated: February 14, 2008                    **LAVELY & SINGER PROFESSIONAL**
                                                 **CORPORATION**
7

8
                                                 By:      /s/ William J. Briggs, II
9                                                    _____
                                                     William J. Briggs, II
10                                                   Attorneys for Plaintiffs
                                                     BANK JULIUS BAER & CO. LTD. and
11                                                   JULIUS BAER BANK AND TRUST CO.
                                                     LTD.
12   Dated: February 14, 2008                    **WENDEL, ROSEN, BLACK & DEAN LLP**

13

14
                                                 By:      /s/ Garret D. Murai
15                                                   _____
                                                     Garret D. Murai
16                                                   Attorneys for Plaintiff
                                                     DYNADOT, LLC
17

18

19

20

21

22

23

24

25

26

27

28

000010.0001\839241.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036

1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12   BANK JULIUS BAER & CO. LTD, a           Case No.  CV08-0824 JSW
     Swiss entity; and JULIUS BAER BANK
13   AND TRUST CO. LTD, a Cayman Island      **[PROPOSED] ORDER GRANTING**
     entity,                                 **PERMANENT INJUNCTION**
14
                    Plaintiffs,
15
            vs.
16
     WIKILEAKS, an entity of unknown form;
17   WIKILEAKS.ORG, an entity of unknown
     form; DYNADOT, LLC, a California
18   limited liability company; and DOES 1
     through 10, inclusive,
19
                    Defendants.
20

21          The Court, having considered the stipulation between Plaintiffs JULIUS BAER & CO.

22   LTD and JULIUS BAER BANK AND TRUST CO. LTD. (collectively "Julius Baer" and/or

23   "Plaintiff's") and Defendant DYNADOT LLC ("Dynadot"), the complaint, and other papers,

24   evidence, and arguments presented by the parties, and finding that immediate harm will result to

25   Plaintiffs in the absence of injunctive relief,

26          IT IS HEREBY ORDERED:

27          1.      Dynadot shall immediately lock the wikileaks.org domain name to prevent transfer

28   of the domain name to a different domain registrar, and shall immediately disable the

*ORDER GRANTING PERMANENT INJUNCTION  - Case*
*No. CV08-0824 JSW*

1   wikileaks.org domain name and account to prevent access to and any changes from being made to

2   the domain name and account information, until further order of this Court.

3       2.      Dynadot shall immediately disable the wikileaks.org domain name and account

4   such that the optional privacy who-is service for the domain name and account remains turned

5   off, until further order of this Court.

6       3.      Dynadot shall preserve a true and correct copy of both current and any and all

7   prior or previous administrative and account records and data for the wikileaks.org domain name

8   and account.

9       4.      Dynadot shall immediately clear and remove all DNS hosting records for the

10  wikileaks.org domain name and prevent the domain name from resolving to the wikileaks.org

11  website or any other website or server other than a blank park page, until further order of this

12  Court.

13      5.      Dynadot shall immediately produce both current and any all prior or previous

14  administrative and account records and data for the wikileaks.org domain name and account,

15  including, but not limited to, all data for the registrant; billing, technical and administrative

16  contacts; all account and payment records and associated data; and IP addresses and associated

17  data used by any person, other than Dynadot, who accessed the account for the domain name, to

18  the extent such information is maintained by Dynadot.

19      6.      Plaintiffs shall immediately upon entry of this order file a dismissal with prejudice

20  in favor of Dynadot.  Notwithstanding the foregoing, plaintiffs and Dynadot stipulate and agree

21  that the Court shall retain jurisdiction to enforce this order.

22  Dated: February ___, 2008

23

24  _____

25  Jeffrey S. White
    United States District Judge

26

27

28