1 | **MARTIN D. SINGER, ESQ. (BAR NO. 78166)**
**WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)**
2 | **EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)**
**LAVELY & SINGER PROFESSIONAL CORPORATION**
3 | 2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
4 | Telephone: (310) 556-3501
Facsimile: (310) 556-3615
5 | E-mail: wbriggs@lavelysinger.com
E-mail: espiegel@lavelysinger.com
6 |
Attorneys for Plaintiffs
7 | **BANK JULIUS BAER & CO. LTD** and
**JULIUS BAER BANK AND TRUST CO. LTD**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity,<br><br>Plaintiffs,<br><br>v.<br><br>**WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California limited liability corporation, and **DOES 1 through 10**, inclusive,<br><br>Defendants. | CASE NO. CV08-0824 JSW<br>[Hon. Jeffrey S. White; CRTM 2]<br><br>**PROOF OF SERVICE RE: (i) TRO AND OSC RE PRELIMINARY INJUNCTION; and (ii) PERMANENT INJUNCTION**<br><br>DATE: Submission<br>TIME: Submission<br>CTRM: 2, 17th FL |

27 | / / /
28 | / / /

**PROOF OF SERVICE**
FRCP 5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2049 Century Park East, Suite 2400, Los Angeles, California  90067-2906.

On the date listed below, I served the foregoing document described as:

(1) TRO and OSC re Preliminary Injunction re Defendants Wikileaks and Wikileaks.org
(2) Permanent Injunction re Defendant Dynadot
(3) Proof of Service

on the interested parties in this action by placing:
**[X] a true and correct copy** -OR- **[ ] the original document** thereof enclosed in sealed envelopes addressed as follows:

<u>Attorney for Defendant Dynadot LLC</u>
Garret D. Murai, Esq. - gmurai@wendel.com

<u>Defendants Wikileaks and Wikileaks.org</u>
Wikileaks - legal@wikileaks.org
Wikileaks - wikileaks@wikileaks.org
Julian Assange - me@iq.org
Daniel Mathews - mathews@math.Stanford.EDU

[ ] **BY FACSIMILE:**  I served the foregoing document described by facsimile machine located at telephone number 310-556-3615, pursuant to <u>California Rules of Court</u> Rules 2008 and 2009, to the interested parties in this action:  The facsimile machine I used complied with <u>California Rules of Court</u> Rule 2003(3).  The transmission was complete and no error was reported by the machine.  I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

[X] **BY EMAIL**
[X] As follows:  I am "readily familiar" with the firm's practice of sending email communications.  Under that practice an email addressed to the party above was sent from Los Angeles, California in the ordinary course of business.  **A "Sent" receipt copy of which is attached to the filed copy of this Declaration of Service.**

I declare that I am duly employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed **February 15, 2008,** at Los Angeles, California.

/s/
_____
NOELIA ECHESBAL

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature (/s/) within this efiled document.

/s/
_____
WILLIAM J. BRIGGS, II

## Evan Spiegel

| | |
|---|---|
| **From:** | Evan Spiegel on behalf of L&S-Client Protection |
| **Sent:** | Friday, February 15, 2008 12:57 PM |
| **To:** | 'Wikileaks - legal@wikileaks.org'; 'Garret D. Murai - GMurai@wendel.com'; 'Daniel Mathews - mathews@math.Stanford.EDU'; 'Wikileaks - wikileaks@wikileaks.org'; 'Julian Assange - me@iq.org' |
| **Cc:** | William J. Briggs II |
| **Subject:** | CV08-0824 JSW: Bank Julius Baer v. Wikileaks - USDC Court Orders Attached |
| **Attachments:** | TRO-SIGNED ORDER 021508.pdf; PERMANENT INJUNCTION - DYNADOT SIGNED ORDER.pdf; POS - TRO & Per Inj per ct order 021508.pdf |

Pursuant to Court Order, dated February 13, 2008, all parties are hereby deemed served via e-mail with the following attached pleadings in the matter of Bank Julius Baer v. Wikileaks, et. al., USDC ND Case No. CV08-0824:

1) TRO and OSC re Preliminary Injunction re Wikileaks and Wikileaks.org



  TRO-SIGNED
 ER 021508.pdf (

2) Permanent Injunction re Dynadot



  PERMANENT
 CTION - DYNAD

3) Proof of Service



  POS - TRO &
er Inj per ct ord.

-----------------------------------------------------------------------------------
**LAVELY & SINGER PROFESSIONAL CORPORATION**
**ATTORNEYS AT LAW**
2049 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CALIFORNIA 90067-2906
TELEPHONE: (310) 556-3501
FACSIMILE: (310) 556-3615
www.LavelySinger.com
-----------------------------------------------------------------------------------