1  MARTIN D. SINGER, ESQ. (BAR NO. 78166)
   WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)
2  EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)
   LAVELY & SINGER PROFESSIONAL CORPORATION
3  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
4  Telephone: (310) 556-3501
   Facsimile: (310) 556-3615
5  E-mail: wbriggs@lavelysinger.com
   E-mail: espiegel@lavelysinger.com
6
   Attorneys for Plaintiffs
7  BANK JULIUS BAER & CO. LTD and
   JULIUS BAER BANK AND TRUST CO. LTD
8

9           UNITED STATES DISTRICT COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11           SAN FRANCISCO DIVISION

12  BANK JULIUS BAER & CO.          )  CASE NO. CV08-0824 JSW
    LTD, a Swiss entity; and JULIUS )  [Hon. Jeffrey S. White; CRTM 2]
13  BAER BANK AND TRUST CO.         )
    LTD, a Cayman Islands entity,   )  PLAINTIFFS' NOTICE OF
14                                  )  NON-OPPOSITION BY DEFENDANTS
                Plaintiffs,         )  WIKILEAKS AND WIKILEAKS.ORG
15                                  )  TO THE OSC RE PLAINTIFFS'
          v.                        )  APPLICATION FOR PRELIMINARY
16                                  )  INJUNCTION
    WIKILEAKS, an entity of unknown )
17  form, WIKILEAKS.ORG, an entity  )
    of unknown form; DYNADOT,       )  [Filed Concurrently With: Declaration of
18  LLC, a California limited liability )  Evan Spiegel in Support Thereof]
    corporation, and DOES 1 through )
19  10, inclusive,                  )
                                    )
20              Defendants.         )  DATE:   FEBRUARY 29, 2008
                                    )  TIME:   9:00 a.m.
21  _____  )  CTRM:   2, 17th FL

22

23

24  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

25          PLEASE TAKE NOTICE that there has been no written opposition filed by

26  Defendants Wikileaks and Wikileaks.org (collectively, the "Wikileaks Defendants")

27  to Plaintiffs Bank Julius Baer & Co. Ltd's ("BJB") and Julius Baer Bank and Trust

28  Co. Ltd's ("JBBT") (collectively, "Plaintiffs") Application for TRO and Preliminary

1 Injunction (the "Application") and the Court's Temporary Restraining Order and
2 Order to Show Cause ("OSC") as to why a Preliminary Injunction should not issue
3 against Defendants (the "TRO and OSC"), which is set for hearing on February 29,
4 2008, at 9:00 a.m. before this Court.

5        This matter relates primarily to the protection and enforcement of privacy and
6 property rights.  The spread of stolen private bank records, account numbers and
7 information, tax documents and other protected consumer records, significantly
8 harms privacy rights of every single individual in the United States and world-wide,
9 and could have a harmful impact on confidence in the banking industry as a whole.
10 The leak of confidential bank records, including altered and semi-forged documents,
11 by the anonymous Wikileaks Defendants, unchecked, will likely have a devastating
12 impact on financial institutions and the authorities ability to combat credit and
13 identity fraud.[1]  See the accompanying Declaration of Evan N. Spiegel ("Spiegel
14 Decl."), ¶3.  The Wikileaks Defendants, through various unidentified individuals,
15 are the owners, operators and/or registrants of a world wide web website operating
16 under a number of now "mirrored" or duplicative "wikileaks" and other domain
17 names (the "Website"), upon which they post stolen private bank records, account
18 numbers and information, tax documents and other protected consumer records.
19 The Wikileaks Defendants' actions are in violation of a number of foreign and US
20 banking and privacy laws, and violate inalienable privacy rights established under
21 the U.S. and California Constitutions.   Accordingly, based on the facts and
22 arguments set forth in the Plaintiffs' Complaint and Application, on February 14,
23 2008, the Court issued the TRO and OSC.

24        On February 14, 2008, Plaintiffs served a copy of the TRO and OSC on the
25 Wikileaks Defendants via e-mail, per the Court's prior order, at four separate e-mail

26 

_____

27 [1]   Contrary to the Wikileaks Defendants various false statements in their
attempts to spin the press and create a manipulated public perception, this matter
28 does not relate to purported First Amendment rights but to the protection of both
Constitutional and statutory privacy rights of the Plaintiffs, and of every person.

1   addresses.[2]  A Proof of Service has been filed with the Court. (Spiegel Decl., ¶4;

2   and see Proofs of Service filed with this Court, Docket Numbers 50).

3        After service of the TRO and OSC, the Wikileaks Defendants confirmed and

4   acknowledged in writing on their back-up mirrored Websites their receipt of and

5   knowledge of the Court's Orders. (Id., ¶5, Exhs. "A", "B" and "C").  Although

6   their "counsel" Julie Turner represented to the Court that Wikileaks was without

7   counsel and was seeking new counsel, Wikileaks has in fact stated on its Website

8   that "Wikileaks has six pro-bono attorney's in S.F on roster to deal with a legal

9   assault …" (Id., Exh. "A").  Despite notice of the TRO and their written

10  acknowledgment of the Court's Orders, the Wikileaks Defendants' owners and

11  operators have continued to openly display, post and disseminate the JB Property on

12  their Wikileaks Websites.   Under their veil of anonymity, the Wikileaks Defendants

13  continue to operate and have stated their blatant and open contempt for the Court,

14  the U.S. legal system and privacy rights of all persons everywhere.[3] (Id., ¶6).

15       The TRO and OSC set Wednesday, February 20, 2008 at 12:00 p.m. as the

16  deadline for Defendants and anyone else to file and serve any opposition to the

17  issuance of the Preliminary Injunction.  As of Friday, February 22, 2008 at

18  approximately 1:30 p.m., no opposition papers to the Application and the TRO and

19  OSC have been filed or served by the Wikileaks Defendants, or any third-parties,

20  to Plaintiffs (Spiegel Decl., ¶7).

21  / / /

22

---

23  [2]  The e-mail addresses included two of the wikileaks.org e-mail addresses
24  (believed transmitted prior to removal of the removal of the related domain name
     DNS services), but regardless, also to the personal e-mail address for Julian
25  Assange, a joint founder of Wikileaks and the person represented by Julie Turner
     to the Court to be the direct contact person for Wikileaks, and to the personal e-
26  mail address for a listed officer of Wikileaks. (Spiegel Decl., ¶4).

27  [3] Despite the TRO, Wikileaks has stated that they will "keep on publishing,
     in-fact, given the level of suppression involved in this case, Wikileaks will step
     up publication of documents …", that "Backups are on-line" and that "Wikileaks
28  has many backup sites … which remain active." (Id. ¶5, Exh. "A").

1    Based on the foregoing, Plaintiffs requests that the Wikileaks Defendants and
2    any other persons be precluded from offering oral argument at the hearing on the
3    Application and TRO and OSC re issuance of the Preliminary Injunction, and that
4    the Court find that the failure of the Wikileaks Defendants to file any opposition
5    papers creates an inference that the Application is meritorious.    *Gwaduri v. I.N.S.*,
6    362 F.3d 1144, 1146 (9th Cir. 2004) (Where a party fails to file timely opposition
7    to a motion, it is "well-within" the court's discretion to determine that such failure
8    is "tantamount to a concession that its position in the litigation was not substantially
9    justified."); *Weil v. Seltzer*, 873 F.2d 1453, 1459 (D.C. Cir. 1989) (Holding that a
10   party who fails to file an opposition to a motion is deemed to have waived opposition
11   and may not be heard to complain on appeal).

12   Wherefore, Plaintiffs respectfully request that the Application and TRO and
13   OSC re issuance of the Preliminary Injunction be granted in its entirety and the
14   Preliminary Injunction issue.

15                               **CONCLUSION**

16   Based on the foregoing, Plaintiffs respectfully request that this Court issue a
17   Preliminary Injunction in the form set forth in the Amended [Proposed] Preliminary
18   Injunction submitted herewith, and for such other alternative and further relief as the
19   Court may deem to be just and appropriate.

20
                                            Respectfully submitted,
21
     DATED: February 22, 2008              LAVELY & SINGER
22                                         PROFESSIONAL CORPORATION
                                           MARTIN D. SINGER
23                                         WILLIAM J. BRIGGS, II
                                           EVAN N. SPIEGEL
24
                                                 /s/ William J. Briggs, II
25                                         By:_____
                                                WILLIAM J. BRIGGS, II
26                                         Attorneys for Plaintiffs BANK JULIUS
                                           BAER & CO. LTD and JULIUS BAER
27                                         BANK AND TRUST CO. LTD
28