1  **MARTIN D. SINGER, ESQ. (BAR NO. 78166)**
   **WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)**
2  **EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)**
   **LAVELY & SINGER PROFESSIONAL CORPORATION**
3  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
4  Telephone: (310) 556-3501
   Facsimile: (310) 556-3615
5  E-mail: wbriggs@lavelysinger.com
   E-mail: espiegel@lavelysinger.com
6
   Attorneys for Plaintiffs
7  **BANK JULIUS BAER & CO. LTD and**
   **JULIUS BAER BANK AND TRUST CO. LTD**
8

9                   **UNITED STATES DISTRICT COURT**

10              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                      **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California limited liability corporation, and **DOES 1 through 10**, inclusive,<br><br>　　　　Defendants.<br>_____ | **CASE NO. CV08-0824 JSW**<br>[Hon. Jeffrey S. White; CRTM 2]<br><br>**PROOF OF SERVICE**<br><br>[Filed Concurrently With: Notice of Non-Opposition by Defendants Wikileaks and Wikileaks.org to Plaintiffs' Application for Preliminary Injunction and OSC; Declaration of Evan N. Spiegel]<br><br>DATE:　Submission<br>TIME:　Submission<br>CTRM:　2, 17th FL |

27  / / /
28  / / /

# PROOF OF SERVICE
FRCP 5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Suite 2400, Los Angeles, California 90067-2906.

On the date listed below, I served the foregoing documents described as:

(1)  Plaintiffs' Notice of Non-Opposition by Defendants Wikileaks and Wikileaks.org to the OSC re Plaintiffs' Application for Preliminary Injunction; and

(2)  Declaration Evan N. Spiegel In Support of Thereof;

on the interested parties in this action by placing:
**[X] a true and correct copy -OR- [ ] the original document** thereof enclosed in sealed envelopes addressed as follows:

<u>Attorney for Defendant Dynadot LLC</u>
Garret D. Murai, Esq. - gmurai@wendel.com

<u>Defendants Wikileaks and Wikileaks.org</u>
Wikileaks Legal- legal@sunshinepress.org
Wikileaks Contact - wikileaks@sunshinepress.org
Julian Assange, Wikileaks - me@iq.org
Daniel Mathews - mathews@math.Stanford.edu

**[X] BY EMAIL**
[X]  As follows: I am "readily familiar" with the firm's practice of sending email communications. Under that practice an email addressed to the party above was sent from Los Angeles, California in the ordinary course of business. **A "Sent" receipt copy of which is attached to the filed copy of this Declaration of Service.**

I declare that I am duly employed in the office of a member of the bar of this Court at whose direction the service was made. Executed **February 22, 2008,** at Los Angeles, California.

/s/
Tiffany Vogt

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature (/s/) within this efiled document.

/s/
WILLIAM J. BRIGGS, II

# Tiffany Vogt

| | |
|---|---|
| **From:** | Tiffany Vogt on behalf of Evan Spiegel |
| **Sent:** | Friday, February 22, 2008 3:03 PM |
| **To:** | 'gmurai@wendel.com'; 'legal@sunshinepress.org'; 'wikileaks@sunshinepress.org'; 'me@iq.org'; 'mathews@math.Stanford.EDU' |
| **Subject:** | Bank Julius Baer v. Wikeleaks, Case # CV08-0824 JSW re: Preliminary Injunction re: Non-Opp by Defendants |
| **Attachments:** | DECL-SPIEGEL 021308 re NTC-NON-OPP re INJUNCTION.pdf; NTC-NON-OPP-PRELIM-INJ 022108.pdf; POS 022208 re NTC-NON-OPP RE PRELIM INJ.pdf |

 

DECL-SPIEGEL   NTC-NON-OPP-   POS 022208 re
.308 re NTC-NO...LIM-INJ 02210...C-NON-OPP RE

Please see attached.

---
LAVELY & SINGER PROFESSIONAL CORPORATION
**ATTORNEYS AT LAW**
2049 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CALIFORNIA 90067-2906
TELEPHONE: (310) 556-3501
FACSIMILE: (310) 556-3615
www.LavelySinger.com
---

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW AND MAY NOT BE PUBLISHED OR DISSEMINATED IN WHOLE OR IN PART.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE LAW OFFICES OF LAVELY & SINGER PROFESSIONAL CORPORATION IMMEDIATELY BY TELEPHONE (310-556-3501) OR E-MAIL (REPLY TO SENDER'S ADDRESS), AND THEN DESTROY ALL COPIES OF THIS COMMUNICATION AND ANY ATTACHED FILES.  THANK YOU.