1  **MARTIN D. SINGER, ESQ. (BAR NO. 78166)**
   **WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)**
2  **EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)**
   **LAVELY & SINGER PROFESSIONAL CORPORATION**
3  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
4  Telephone:  (310) 556-3501
   Facsimile: (310) 556-3615
5  E-mail: wbriggs@lavelysinger.com
   E-mail: espiegel@lavelysinger.com
6
   Attorneys for Plaintiffs
7  **BANK JULIUS BAER & CO. LTD and**
   **JULIUS BAER BANK AND TRUST CO. LTD**
8

9              **UNITED STATES DISTRICT COURT**

10          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 12 | **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity, | **CASE NO. CV08-0824 JSW** [Hon. Jeffrey S. White; CRTM 2] |
| 13 | | |
| 14 | Plaintiffs, | **REQUEST FOR DISMISSAL OF DEFENDANT DYNADOT, LLC** |
| 15 | v. | |
| 16 | | |
| 17 | **WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California limited liability corporation, and **DOES 1 through 10**, inclusive, | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |
| 21 | | |

22

23

24

25

26  / / /                                                                 / / /

27  / / /                                                                 / / /

28  / / /                                                                 / / /

1    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2        **PLEASE TAKE NOTICE** that Plaintiffs BANK JULIUS BAER & CO. LTD

3    and JULIUS BAER BANK AND TRUST CO. LTD ("Plaintiffs") request that,

4    pursuant to joint stipulation and stipulated permanent injunction, defendant

5    DYNADOT, LLC (and <u>only</u> defendant Dynadot, LLC) be dismissed with prejudice

6    from the above-entitled action.

7                                    Respectfully submitted,

8    DATED: February 25, 2008          LAVELY & SINGER
                                          PROFESSIONAL CORPORATION

9                                            MARTIN D. SINGER
                                        WILLIAM J. BRIGGS, II

10                                           EVAN N. SPIEGEL

11                               /s/ William J. Briggs, II
                    By:_____

12                                 WILLIAM J. BRIGGS, II

13                       Attorneys for Plaintiffs BANK JULIUS
                    BAER & CO. LTD and JULIUS BAER

14                       BANK AND TRUST CO. LTD

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4405-2\Ple\Request for Dismissal of Dynadot
CV08-0824 JSW         2         **REQUEST FOR DISMISSAL
RE DYNADOT LLC**

**PROOF OF SERVICE**
FRCP 5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2049 Century Park East, Suite 2400, Los Angeles, California  90067-2906.

     On the date listed below, I served the foregoing document described as:

(1) REQUEST FOR DISMISSAL OF DEFENDANT DYNADOT, LLC
(2)  [PROPOSED] ORDER DISMISSING DEFENDANT DYNADOT, LLC

on the interested parties in this action by placing:
     **[X] a true and correct copy -OR- [ ] the original document**
thereof enclosed in sealed envelopes addressed as follows:

**See attached "Service List"**

**[ ]    BY FACSIMILE:  I served the foregoing document described by facsimile machine located at telephone number 310-556-3615, pursuant to** California Rules of Court **Rules 2008 and 2009, to the interested parties in this action: The facsimile machine I used complied with** California Rules of Court **Rule 2003(3).  The transmission was complete and no error was reported by the machine.  I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.**

**[X ]  BY EMAIL**
     **[ X ]**  As follows:  I am "readily familiar" with the firm's practice of sending email communications.  Under that practice an email addressed to the party above was sent from Los Angeles, California in the ordinary course of business.

     I declare that I am duly employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed **February 25, 2008,** at Los Angeles, California.

_____
/s/
TIFFANY VOGT


     I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature (/s/) within this efiled document.

_____
/s/
WILLIAM J. BRIGGS, II

**REQUEST FOR DISMISSAL
RE DYNADOT LLC**

1

## SERVICE LIST
CV08-0824 JSW

2

3

Attorney for Defendant Dynadot, LLC

4

Garret D. Murai, Esq. - gmurai@wendel.com

5

6   Defendants Wikileaks and Wikileaks.org

7   Julian Assange - Wikileaks  < me@iq.org >

8   Wikileaks Contact - < wikileaks@sunshinepress.org >

9   Wikileaks Legal - < legal@sunshinepress.org >

10   Daniel Mathews - Wikileaks  < mathews@math.Stanford.edu >

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR DISMISSAL
RE DYNADOT LLC**