## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity,<br><br>            Plaintiffs,<br><br>     v.<br><br>**WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California limited liability corporation, and **DOES 1 through 10**, inclusive,<br><br>            Defendants. | CASE NO. CV08-0824 JSW<br>[Hon. Jeffrey S. White; CTRM 2]<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT DYNADOT, LLC**<br><br>DATE:      Submision<br>TIME:      Submission<br>PLACE:    Court Room 2, 17th FL<br>              Hon. Jeffrey S. White |

/ / /               / / /

/ / /               / / /

/ / /               / / /

/ / /               / / /

The Court having considered Plaintiffs BANK JULIUS BAER & CO. LTD's and JULIUS BAER BANK AND TRUST CO. LTD's Request for Dismissal of DYNADOT, LLC (and only Dynadot LLC), and pursuant to the joint stipulation and stipulated permanent injunction;

**IT IS HEREBY ORDERED THAT:**

(1) Defendant Dynadot, LLC is hereby dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: _____, 2008          _____
                                                                     HON. JEFFREY S. WHITE
                                                              UNITED STATES DISTRICT JUDGE