1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity,<br><br>Plaintiffs,<br><br>v.<br><br>**WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California limited liability corporation, and **DOES 1 through 10**, inclusive,<br><br>Defendants. | CASE NO. CV08-0824 JSW<br>[Hon. Jeffrey S. White; CTRM 2]<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION (AMENDED)**<br><br>DATE:    February 29, 2008<br>TIME:    9:00 AM<br>PLACE:   Court Room 2, 17th FL<br>         Hon. Jeffrey S. White |

25  / / /                                                                / / /
26  / / /                                                                / / /
27  / / /                                                                / / /
28  / / /                                                                / / /

1    The Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction (the "Application") of Plaintiffs BANK JULIUS BAER & CO. LTD's and JULIUS BAER BANK AND TRUST CO. LTD's (collectively herein, "Plaintiffs") came before the Court upon the Court's grant of Plaintiffs' requested TRO and the issuance of an Order to Show Cause dated February 14, 2008 as to why a preliminary injunction should not issue against defendants WIKILEAKS, WIKILEAKS.ORG, and DOES 1-10 (collectively herein, "Defendants");

AND, the Court having considered the Complaint, the declarations and memorandum of points and authorities presented by Plaintiffs in support of the Application, and any other papers, evidence or arguments presented by the parties in connection with Plaintiffs' Application;

AND, it appearing to the satisfaction of the Court upon hearing that:

(1)    Plaintiff has made a clear showing that they are likely to succeed on the merits at trial in this action;

(2)    Plaintiffs have shown that they are suffering, and will continue to suffer, immediate and irreparable harm if the requested relief is not granted; and

(3)    the balance of hardships tips in the favor of Plaintiffs on the present application for preliminary injunction;

**IT IS HEREBY ORDERED THAT:**

(1)    DEFENDANTS WIKILEAKS, WIKILEAKS.ORG and DOES 1-10, and all of their respective officers, directors, owners, advisors, agents, and representatives (collectively herein, all of whom are referred to as, the "Wikileaks Defendants"), and their registrars, registrants, servants, employees, stockholders, web host providers, DNS hosts, service providers, website developers, website operators and attorneys, and all those in active concert, participation or privy with Defendants, or each of them (collectively, the "Related Third-Parties"), and all others who receive notice of this order, are, pending final disposition of this matter

before the Court, hereby:

(a) RESTRAINED and ENJOINED from displaying, posting, publishing, distributing, linking to and/or otherwise providing any information for the access or other dissemination of unauthorized copies of and/or images of the JB Property (as defined herein below) and any information or data contained therein, including on the Defendants' websites operated at the domain names wikileaks.org, wikileaks.info, wikileaks.org.au, wikileaks.org.uk, wikileaks.la, wikileaks.cn, wikileaks.in, wikileaks.org.nz, wikileaks.be, wikileaks.es, wikileaks.ws, wikileaks.cx, sunshinepress.org, freedomsbell.com, freedomsbell.org and freedomspen.org (collectively the "Wikileaks Websites" and/or "Wikileaks Domain Names"), and any other websites under their ownership, control and/or which they can post or edit content;

(b) RESTRAINED and ENJOINED from any current and any further unauthorized use, display, post, publication, distribution, linking to and/or otherwise providing any information for the access or other dissemination of copies of and/or images of the JB Property and any information or data contained therein, including on the Wikileaks Websites and any other websites under their ownership, control and/or which they can post or edit any content;

(c) ORDERED to immediately block and otherwise prevent any current and any further unauthorized use, display, posting, publication, distribution, linking to and/or other dissemination of copies of and/or images of the JB Property and any other new or additional yet unpublished documents and data that constitute or could reasonably be known to be or considered to constitute JB Property, pending further order of this Court;

(d) ORDERED to immediately remove from the Wikileaks Websites, including but not limited to the wikileaks.org website, and any other websites owned or operated by the Wikileaks Defendants or within their control, any and all copies of and/or images of the JB Property and any information or data contained therein;

       (e)    ORDERED that the Wikileaks Defendants' Related Third-Parties, including without limitation their registrars and DNS hosts and host server providers, are to immediately, pending further order of this Court: (i) preserve what they know or reasonably should know will be relevant evidence in the pending lawsuit, including any and all electronically stored information related to the Wikileaks Website and Wikileaks Domain Names; (ii) cease and desist from providing any further services (including, DNS and web host services, and any domain name account and administration services by locking and disabling the accounts) which facilitate or allow any current and any further use, display, posting, publication, distribution, linking to and/or other dissemination of copies of and/or images of the JB Property and any information contained therein; and (ii) as may is within their control or ability, to lock the Wikileaks Domain Names from transfer, disable the associated account to prevent modification of any domain settings and contact information, and remove/clear the DNS listings/setting;

    (2)    The Wikileaks Defendants are hereby further:

       (a)    ORDERED to submit proof to the Court, under penalty of perjury by an authorized representative of the Wikileaks Defendants under jurisdiction of this Court, that all JB Property has been removed from the Wikileaks Websites and any and all links or information for access thereof; at which time the Court shall, upon confirmation of the foregoing, allow the Wikileaks Websites, including wikileaks.org, to resume operation so long as Defendants continue to comply with the provisions of this Order (and shall, to that purpose, issue a modifying order to be served upon the Related Third-Parties);

       (b)    ORDERED to immediately give notice of this Order to all of the Wikileaks Defendants' DNS host service providers, ISP's, domain registrars, website site developers, website operators, website host service providers, and administrative and technical domain contacts, and anyone else responsible or with access to modify the Wikileaks Websites, and that each of them are to cease and

desist from providing any further services which facilitate or allow any current and any further use, display, posting, publication, distribution, linking to and/or other dissemination of copies of and/or images of the JB Property and any information contained therein pending further order of this Court;

    (c) ORDERED, if not previously done so by Defendants pursuant to the Order on the TRO, to immediately provide Plaintiffs' counsel with the name, address, telephone number, and facsimile transmission number for each and all of their DNS hosting services, ISP's, domain registrars, website site developers, website operators and website host service providers, so Plaintiff can provide such persons/entities with notice of this Order if Plaintiff elects to do so;

    (d) ORDERED to immediately provide Plaintiffs' counsel with the names, addresses, e-mail addresses, telephone numbers, and facsimile transmission numbers for each of the Wikileaks Defendants' respective officers, directors, owners, operators, agents, "Board of Advisors" and representatives;

    (e) ORDERED to preserve what they know or reasonably should know will be relevant evidence in the pending lawsuit, including any and all electronically stored information related to the Wikileaks Website, the Wikileaks Domain Names and the JB Property, including, but not limited to, all communications between the Wikileaks Defendants and any and all of its Related Third-Parties;

   3. <u>"JB Property" Defined</u>: JB Property includes any and all documents and information originating from Bank Julius Baer & Co. Ltd's and Julius Baer Bank and Trust Co. Ltd's banks and affiliated bank branches, which are internal non-public company documents and/or which contains private client or customer bank records and/or identifies client or customer names, data, account records and/or bank account numbers, whether or not such documents and information are authentic, semi-altered, semi-fraudulent or forged, and which appears to have originated from or could reasonably be known to be or considered to constitute or

have originated from data and documents stolen or misappropriated from one or more of Plaintiff's bank branches and/or computers. For example, but is not limited to, the JB Property posted on or made available through the Wikileaks Websites that is subject to this Order and enjoined from further use, display, post, publication, distribution, linking to and/or other dissemination, is listed and set forth on the attached Exhibit "A".

**IT IS FURTHER ORDERED THAT:**

Within ten (10) days after entry of this Order of Preliminary Injunction, the Defendants shall file with the Court and serve upon Plaintiff's counsel a report setting forth the manner and form in which Defendants have complied with this Preliminary Injunction.

**IT IS FURTHER ORDERED THAT:**

The bond in connection with the Temporary Restraining Order in this Action shall constitute the bond on this Preliminary Injunction.

## SERVICE OF PROCESS

A copy of this Order shall be served upon the Defendants via email at/to Julian Assange - Wikileaks <me@iq.org>, Wikileaks Contact - <wikileaks@sunshinepress.org>, Wikileaks Legal - <legal@sunshinepress.org> and Daniel Mathews - Wikileaks <mathews@math.Stanford.edu>, and _____ by not later than _____ on _____, 2008.

**IT IS SO ORDERED.**

Dated: _____, 2008     _____
                             HON. JEFFREY S. WHITE
                             UNITED STATES DISTRICT JUDGE

# EXHIBIT "A"

The following is an identifying list, <u>as example</u>, of certain of the JB Property which was posted on or made available through the Wikileaks Websites and which is subject to the Court's Order and enjoined from current and further unauthorized use, display, post, publication, distribution, linking to and/or other dissemination:

1.)

| | |
|---|---|
| Document title: | BJB_-_Roberto_de_Andrade_-_Gaynor_Jaguar_Angel_Yara_Trusts |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Roberto_de_Andrade_-_Gaynor_Jaguar_Angel_Yara_Trusts |
| File Name: | bjb-andrade.zip |
| Wikileaks File Identity No: | SHA256 39010e85348a18b7cd091d3dc7b94ffdea076203a08df0d93822a486416b2e3e |
| Wikileaks Release Date: | 2008-01-18 |

2.)

| | |
|---|---|
| Document title: | BJB_-_Luis_Nozaleda_-_Blanca_R_avena_-_Madrid_-_USD_18_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Luis_Nozaleda_-_Blanca_R_avena_-_Madrid_-_USD_18_mil |
| File Name: | bjb-luis-avenvas.zip |
| Wikileaks File Identity No: | SHA256 eac16b8eb17f21e6cfa496dff61aea1d11bd223739e6f093fb9411df4603cb51 |
| Wikileaks Release Date: | 2008-01-18 |

3.)

| | |
|---|---|
| Document title: | BJB_-_Juan_Carlos_Cespedes_-_SF_holdings_-_11_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Juan_Carlos_Cespedes_-_SF_holdings_-_11_mil |
| File Name: | bjb-peru.zip |

| | | |
|---|---|---|
| 1, 2 | Wikileaks File Identity No: | SHA256 ffac47f723724cf36a1f8a015ea81648e70806225fce5af0c182fde6c3480a71 |
| 3, 4 | Wikileaks Release Date: | 2008-01-18 |

4.)

| | | |
|---|---|---|
| 6 | Document title: | BJB_-_Mr._Lewis_-_George_Charles_Lampitt_-_tax_avoidence_-_Cayman_-_5_mil |
| 7, 8 | URL Link: | http://www.wikileaks.org/wiki/BJB_-_Mr._Lewis_-_George_Charles_Lampitt_-_tax_avoidence_-_Cayman_-_5_mil |
| 9 | File Name: | bjb-lewis2.zip |
| 10, 11 | Wikileaks File Identity No: | SHA256 cccdc8fd8e24721470f28b3f25f89a69bbf85999dff354cabeb87571bfe5d4e3 |
| 12 | Wikileaks Release Date: | 2008-01-17 |

5.)

| | | |
|---|---|---|
| 14 | Document title: | BJB_-_Mr._Lewis_-_George_Charles_Lampitt_-_confusion_of_beneficiary |
| 15, 16 | URL Link: | http://www.wikileaks.org/wiki/BJB_-_Mr._Lewis_-_George_Charles_Lampitt_-_confusion_of_beneficiary |
| 17 | File Name: | bjb-lewis1.zip |
| 18 | Wikileaks File Identity No: | SHA256 e41b7eada762d35555b0493e1fe36235cf3f97d06382479d233140e212f0570c |
| 19, 20 | Wikileaks Release Date: | 2008-01-17 |

6.)

| | | |
|---|---|---|
| 22, 23 | Document title: | BJB_-_Heinri_Steinberger,_Frankfurt_Steuerbetrug_EUR_15_mil |
| 24 | URL Link: | http://www.wikileaks.org/wiki/BJB_-_Heinri_Steinberger,_Frankfurt_Steuerbetrug_EUR_15_mil |
| 25 | File Name: | bjb-heinri-steinberger.zip |
| 26, 27 | Wikileaks File Identity No: | SHA256 51dbed21a2072f3e68c6093c2e08a7e506d0136fba82209eb230dabe32bc51e0 |

| | |
|---|---|
| Wikileaks Release Date: | 2008-01-13 |

7.)

| | |
|---|---|
| Document title: | BJB_-_Vigier_Fintex_-_tax_evasion_Cayman |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Vigier_Fintex_-_tax_evasion_Cayman |
| File Name: | schwarze-kasse.zip |
| Wikileaks File Identity No: | SHA256 2409a1953291e9eeec33af0cc949688bf44b3007e2ee77e4ab13496b3b6fb565 |
| Wikileaks Release Date: | 2008-01-09 |

8.)

| | |
|---|---|
| Document title: | BJB_-_JK_Peng_-_Dragon_Trust_-_Cayman_hidden_money |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_JK_Peng_-_Dragon_Trust_-_Cayman_hidden_money |
| File Name: | jk-peng.zip |
| Wikileaks File Identity No: | SHA256 f571984e852292cd3cdff4eba2c0a8e4684045440a28fd6dfd700a20f6f4e9b9 |
| Wikileaks Release Date: | 2008-01-09 |

9.)

| | |
|---|---|
| Document title: | BJB_-_Swisspartner_Offshore_Tax_Scheme_-_USD_150_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Swisspartner_Offshore_Tax_Scheme_-_USD_150_mil |
| File Name: | bjb-swisspartner-tax-scheme.xls |
| Wikileaks File Identity No: | SHA256 c678a68c006f27651c363ae55c133cfcd3127f99bcea12a4212a63178719df41 |
| Wikileaks Release Date: | 2008-01-13 |

10.)

| | |
|---|---|
| Document title: | BJB_-_Greek_shipowners_Anna_Kanellakis_Alpha_Tankers_-_USD_30_mil_per_year |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Greek_shipowners_Anna_Kanellakis_Alpha_Tankers_-_USD_30_mil_per_year |
| File Name: | bjb-alpha-tankers.zip |
| Wikileaks File Identity No: | SHA256 375ebe8f8249c23a32290c6a424680df39f677707d5a449927f15f5a34c6408c |
| Wikileaks Release Date: | 2008-01-13 |

11.)

| | |
|---|---|
| Document title: | BJB_-_Steuerbetrug_Juergen_Grossmann_Architekt_-_EUR_25_mil |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Steuerbetrug_Juergen_Grossmann_Architekt_-_EUR_25_mil |
| File Name: | bjb-juergen-grossmann.zip |
| Wikileaks File Identity No: | SHA256 bee41d33756939188dfccbaf5eb824b218225f55ebf91067150d4362b5f306dc |
| Wikileaks Release Date: | 2008-01-13 |

12.)

| | |
|---|---|
| Document title: | BJB_-_Winston_Layne,_New_York_-_USD_10_mil_tax_fraud |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Winston_Layne,_New_York_-_USD_10_mil_tax_fraud |
| File Name: | bjb-winston-layne.zip |
| Wikileaks File Identity No: | SHA256 bac726339b1423535ac0bb6336312669d139230e3b089e3533204fc185e77855 |
| Wikileaks Release Date: | 2008-01-13 |

/ / /

/ / /

13.)

| | |
|---|---|
| Document title: | BJB_-_Lord_L._Kadoorie_-_China_Light_and_Power |
| URL Link: | http://www.wikileaks.org/wiki/BJB_-_Lord_L._Kadoorie_-_China_Light_and_Power |
| File Name: | bjb-lord-kadoorie.zip |
| Wikileaks File Identity No: | SHA256 59cc8c9575a07e1928bc4117059d6e74be404c75b666c9dbbdf2c094e45f1c69 |
| Wikileaks Release Date: | 2008-01-13 |

14.)

| | |
|---|---|
| Document title: | Julius_Baer_to_Angela_Merkel<br>Description: Forged Letter to Angela Merkel from Bank Julius Baer, dated 12 Sept 2007 |
| URL Link: | http://www.wikileaks.org/wiki/Julius_Baer_to_Angela_Merkel |
| File Name: | angela-merkel.pdf |
| Wikileaks File Identity No: | SHA256 5f201de05f3d8eb32c0a961402be4324b05cea803d58382c0ca814e85dee34ab |
| Wikileaks Release Date: | 2007-11-26 |

/ / /                                                                                                 / / /

/ / /                                                                                                 / / /

/ / /                                                                                                 / / /