STEVEN L. MAYER (No. 62030)
Email: smayer@howardrice.com
CHRISTOPHER KAO (No. 237716)
Email: ckao@howardrice.com
SHAUDY DANAYE-ELMI (No. 242083)
Email: sdanaye-elmi@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
      FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

ANN BRICK (No. 65296)
AMERICAN CIVIL LIBERTIES UNION
      FOUNDATION OF NORTHERN
      CALIFORNIA, INC.
Email: abrick@aclunc.org
39 Drumm Street
San Francisco, California 94111
Telephone:   415/621-2493
Facsimile:   415/255-8437

Attorneys for PROSPECTIVE INTERVENORS
PROJECT ON GOVERNMENT OVERSIGHT,
et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK JULIUS BAER & CO., LTD, a Swiss entity; and JULIUS BAER BANK & TRUST CO. LTD., a Cayman Island entity,<br><br>Plaintiffs,<br><br>v.<br><br>WIKILEAKS, an entity of unknown form; WIKILEAKS.ORG, an entity of unknown form; DYNADOT. LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. CV-08-0824 JSW<br><br>Action Filed: February 6, 2008<br><br>APPLICATION TO APPEAR AS PROSPECTIVE INTERVENORS OR, IN THE ALTERNATIVE, *AMICI CURIAE*<br><br>Date:   Feb. 29, 2008<br>Time:   9:00 a.m.<br>Place:  Courtroom 2<br>Judge:  Honorable Jeffrey S. White |

| | |
|---|---|
| ADEN J. FINE (No. 186728) | CINDY A. COHN (No. 145997) |
| Email: afine@aclu.org | Email: cindy@eff.org |
| AMERICAN CIVIL LIBERTIES UNION | KURT OPSAHL (No. 191303) |
| 125 Broad Street—18th floor | Email: kurt@eff.org |
| New York, NY 10004 | MATTHEW J. ZIMMERMAN (No. 212423) |
| Telephone:(212) 549-2693 | Email: mattz@eff.org |
| Fax: (212) 549-2651 | ELECTRONIC FRONTIER FOUNDATION |
| | 454 Shotwell St. |
| | San Francisco, California 94110 |
| | Telephone:    415/436-9333 |
| | Fax:    415/436-9993 |

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

The Project on Government Oversight, the American Civil Liberties Union, the American Civil Liberties Union Foundation, the Electronic Frontier Foundation And Jordan McCorkle ("Applicants") respectfully request the Court for leave to appear as prospective intervenors or, in the alternative, *amici curiae* at the hearing in the matter scheduled for February 29, 2008.

Applicants will separately be filing a motion to intervene in this action, as well as a motion to shorten time for the briefing and hearing on that motion, later today. The motion to intervene will be made on the ground that the permanent injunction shutting down the "wikileaks.org" domain name violates Applicants' First Amendment rights to access information on the Wikileaks website that is not related to the subject of this litigation and that Plaintiffs do *not* claim as their property. The grounds for this motion will be more fully set forth in the Memorandum that Applicants will file today in support of the motion.

Applicants' motion to intervene will not have been adjudicated by February 29, when the Court is scheduled to hold a hearing in this matter. Accordingly, Applicants respectfully request the Court for leave to appear as prospective intervenors or, in the alternative, *amici curiae* at the hearing, in order to argue that the continued imposition of the permanent injunction violates their First Amendment rights to access the Wikileaks website.

Applicants' counsel has given notice of this Application to counsel for Plaintiffs, who declined to consent, and to counsel for Dynadot, who does not oppose it.

DATED: February 26, 2008.

Respectfully,

STEVEN L. MAYER
CHRISTOPHER KAO
SHAUDY DANAYE-ELMI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

ANN BRICK
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
    CALIFORNIA, INC.

ADEN J. FINE
AMERICAN CIVIL LIBERTIES UNION

CINDY A. COHN
KURT OPSAHL
MATTHEW J. ZIMMERMAN
ELECTRONIC FRONTIER FOUNDATION

By: _____
            STEVEN L. MAYER

Attorneys for Proposed Intervenors PROJECT ON GOVERNMENT OVERSIGHT, *et al.*