```
 1  STEVEN L. MAYER (No. 62030)
    Email: smayer@howardrice.com
 2  CHRISTOPHER KAO (No. 237716)
    Email: ckao@howardrice.com
 3  SHAUDY DANAYE-ELMI (No. 242083)
    Email: sdanaye-elmi@howardrice.com
 4  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
 5  A Professional Corporation
    Three Embarcadero Center, 7th Floor
 6  San Francisco, California 94111-4024
    Telephone:   415/434-1600
 7  Facsimile:   415/217-5910

 8  ANN BRICK (No. 65296)
    AMERICAN CIVIL LIBERTIES UNION
 9      FOUNDATION OF NORTHERN
        CALIFORNIA, INC.
10  Email: abrick@aclunc.org
    39 Drumm Street
11  San Francisco, California 94111
    Telephone:   415/621-2493
12  Facsimile:   415/255-8437

13  Attorneys for PROSPECTIVE INTERVENORS
    PROJECT ON GOVERNMENT OVERSIGHT,
14  et al.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK JULIUS BAER & CO., LTD, a Swiss entity; and JULIUS BAER BANK & TRUST CO. LTD., a Cayman Island entity,<br><br>Plaintiffs,<br><br>v.<br><br>WIKILEAKS, an entity of unknown form; WIKILEAKS.ORG, an entity of unknown form; DYNADOT. LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. CV-08-0824 JSW<br><br>Action Filed: February 6, 2008<br><br><u>PROOF OF SERVICE</u> |

| | |
|---|---|
| ADEN J. FINE (No. 186728)<br>Email: afine@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION<br>   FOUNDATION<br>125 Broad Street—18th floor<br>New York, NY 10004<br>Telephone: (212) 549-2693<br>Fax: (212) 549-2651 | CINDY A. COHN (No. 145997)<br>Email: cindy@eff.org<br>KURT OPSAHL (No. 191303)<br>Email: kurt@eff.org<br>MATTHEW J. ZIMMERMAN (No. 212423)<br>Email: mattz@eff.org<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell St.<br>San Francisco, California 94110<br>Telephone: 415/436-9333<br>Fax: 415/436-9993 |

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

**PROOF OF SERVICE BY EMAIL**

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.

On February 26, 2008, I served the following document(s) described as: **APPLICATION TO APPEAR AS PROSPECTIVE INTERVENORS OR, IN THE ALTERNATIVE, AMICI CURIAE** on the parties listed below transmitting it via .pdf email to the email addresses set fdorth below.

<u>Defendants Wikileaks and Wikileaks.org</u>

Wikileaks Legal
legal@sunshinepress.org
Wikileaks Contact
wikileaks@sunshinepress.org
Julian Assange, Wikileaks Contact
me@iq.org
Daniel Mathews
mathews@math.Stanford.edu

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on February 26, 2008.

/s/
John C. Carrillo

PROOF OF SERVICE
-1-