Karl Olson (SBN 104760)
Levy, Ram & Olson
639 Front Street, Fourth Floor
San Francisco, California 94111
(415) 433-4949
ko@lrolaw.com

Paul Alan Levy (DC Bar 946400) (*pro hac vice* motion filed)
Deepak Gupta (DC Bar 495451)
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000
plevy@citizen.org, dgupta@citizen.org

Peter Scheer (DC Bar 255950)
California First Amendment Coalition
534 4th Street #B
San Rafael, CA 94901
(415) 460-5060
pscheer@cfac.org

Attorneys for Public Citizen and California First Amendment Coalition

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK JULIUS BAER & CO. LTD, A Swiss entity; and JULIUS BEAR BANK AND TRUST CO,., a Cayman Islands entity, <br><br> Plaintiffs, <br><br> v. <br><br> WIKILEAKS, an entity of unknown form, WIKILEAKS.ORG, an entity of unknown form, DYNADOT, LLC a California limited liability company, and DOES 1 through 10 inclusive, <br><br> Defendants. | No. CV08-0824 JSW <br><br> **[PROPOSED] MOTION OF PUBLIC CITIZEN AND CALIFORNIA FIRST AMENDMENT COALITION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION UNDER RULE 12(b)(1) AND LIFT PERMANENT INJUNCTION** <br><br> DATE: February 29, 2008 <br> TIME: 9:00 a.m. <br> PLACE: Courtroom 2 <br> JUDGE: Honorable Jeffrey S. White |

**NOTICE OF ]PROPOSED] MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION UNDER RULE 12(B)(1)**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on February 29, 2008 at 9:00 a.m., or as soon thereafter as this matter may be heard by this Court, located at 450 Golden Gate Avenue, San Francisco, California, Public Citizen and the California First Amendment Coalition ("Public Citizen/CFAC Intervenors") will and do hereby move to dismiss this entire action for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and to lift the permanent injunction issued in this action on February 15, 2008 (Docket No. 48). The reasons supporting this motion are presented in the Brief of Intervenors/*Amici Curiae* Public Citizen and California First Amendment Coalition in Opposition to Injunctive Relief and in Support of Dismissal for Lack of Subject Matter Jurisdiction, which is being filed concurrently with this proposed motion and which follows.

Dated: February 26, 2008                           Respectfully submitted,

                                                      /s/ Paul Alan Levy
Paul Alan Levy (DC Bar 946400)
Deepak Gupta (DC Bar 495451)
  Public Citizen Litigation Group
  1600 20th Street, N.W.
  Washington, D.C. 20009
  (202) 588-1000
  plevy@citizen.org

                                                      /s/ Peter Scheer
Peter Scheer ((DC Bar 255950)
  California First Amendment Coalition
  534 4th St. #B
  San Rafael, California 94901
  (415) 460-5060
  pscheer@cfac.org

                                                      /s/ Karl Olson
Karl Olson (California Bar 104760)
  Levy, Ram & Olson
  639 Front Street, Fourth Floor
  San Francisco, California 94111
  (415) 433-4949
  ko@lrolaw.com

Attorneys for Public Citizen and California
First Amendment Coalition