Karl Olson (SBN 104760)
ko@lrolaw.com
Levy, Ram & Olson
639 Front Street, Fourth Floor
San Francisco, California 94111
Telephone: (415) 433-4949

Paul Alan Levy (DC Bar 946400) (*pro hac vice* motion being filed)
plevy@citizen.org
Deepak Gupta (DC Bar 495451)
Public Citizen Litigation Group
1600 - 20th Street, N.W.
Washington, D.C. 20009
Telephone: (202) 588-1000

Peter Scheer
pscheer@cfac.org
California First Amendment Coalition
534 4th St. #B, San Rafael, CA 94901
(415) 460.5060

Attorneys for Public Citizen and California First Amendment Coalition

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK JULIUS BAER & CO. LTD, A Swiss entity; and JULIUS BEAR BANK AND TRUST CO., a Cayman Islands entity, <br><br> Plaintiffs, <br><br> v. <br><br> WIKILEAKS, an entity of unknown form, WIKILEAKS.ORG, an entity of unknown form, DYNADOT, LLC a California limited liability company, and DOES 1 through 10 inclusive, <br><br> Defendants. | No. CV08-0824 JSW <br><br> **MOTION FOR ADMINISTRATIVE RELIEF (Local Rule 7-11); DECLARATION OF KARL OLSON** <br><br> Date:   February 29, 2008 <br> Time:  9:00 a.m. <br> Place:  Courtroom 2 |

Public Citizen and the California First Amendment Coalition, as proposed intervenors and/or *amici curiae*, hereby file this administrative motion pursuant to Local Rule 7-11 permitting the filing of their Brief in Opposition to Injunctive Relief and in Support of Dismissal for Lack of Subject Matter Jurisdiction.

As set forth below and in the following Declaration of Karl Olson, the compressed schedule attendant upon plaintiffs' request for injunctive relief, and the fact that counsel was retained a very short time ago, makes it impossible to comply with the regularly-scheduled time frame for motions under Local Rules 7-2 and 7-3. Public Citizen and the California First Amendment Coalition respectfully submit that they have a valuable perspective to add in this matter and accordingly respectfully request that this administrative motion under Local Rule 7-11 be granted.

### DECLARATION OF KARL OLSON (Local Rule 7-11(a))

1. I, Karl Olson, am a member in good standing of the State Bar of California and of this Court, and am a partner at Levy, Ram & Olson, counsel of record for proposed intervenors/amici curiae Public Citizen and California First Amendment Coalition. I make this declaration of personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

2. I was retained by Public Citizen and the California First Amendment Coalition, on a pro bono basis, late in the afternoon of February 25, 2008, four days before the February 29, 2008 hearing in this court. Given that and the compressed time frame attending the plaintiffs' request for injunctive relief, it would be impossible to follow the time frame set forth in Local Rules 7-2 and 7-3 for regularly-scheduled motions, hence this motion for administrative relief permitting the filing of our papers three days before the February 29, 2008 hearing.

/ / /
/ / /
/ / /
/ / /

1       3.    On February 26, 2008, at 11:15 a.m., I called William Joseph Briggs II, one of the lawyers for plaintiff, to ask whether he would stipulate to the filing of our papers today.  Mr. Briggs said he would not so stipulate.

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed in San Francisco, California, on February 26, 2008.

     */s/ **Karl Olson***
     Karl Olson

Karl Olson (SBN 104760)
ko@lrolaw.com
Levy, Ram & Olson
639 Front Street, Fourth Floor
San Francisco, California 94111
Telephone: (415) 433-4949

Paul Alan Levy (DC Bar 946400) (*pro hac vice* motion being filed)
plevy@citizen.org
Deepak Gupta (DC Bar 495451)
Public Citizen Litigation Group
1600 - 20th Street, N.W.
Washington, D.C. 20009
Telephone: (202) 588-1000

Peter Scheer
pscheer@cfac.org
California First Amendment Coalition
534 4th St. #B, San Rafael, CA 94901
(415) 460.5060

Attorneys for Public Citizen and California First Amendment Coalition

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK JULIUS BAER & CO. LTD, A Swiss entity; and JULIUS BEAR BANK AND TRUST CO., a Cayman Islands entity,<br><br>Plaintiffs,<br><br>v.<br><br>WIKILEAKS, an entity of unknown form, WIKILEAKS.ORG, an entity of unknown form, DYNADOT, LLC a California limited liability company, and DOES 1 through 10 inclusive,<br><br>Defendants. | No. CV08-0824 JSW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Date:   February 29, 2008<br>Time:  9:00 a.m.<br>Place:  Courtroom 2 |

Good cause having been shown, the Motion for Administrative Relief of Public Citizen and California First Amendment Coalition is GRANTED and the court permits the filing of their papers in Opposition to Injunctive Relief and in support of dismissal for lack of subject matter jurisdiction.

Dated: February _____, 2008

_____
The Honorable Jeffrey S. White
Judge, United States District Court
Northern District of California