1  Karl Olson (SBN 104760)
   ko@lrolaw.com
2  Levy, Ram & Olson
3  639 Front Street, Fourth Floor
   San Francisco, California 94111
4  Telephone:  (415) 433-4949

5  Paul Alan Levy (DC Bar 946400) (*pro hac vice* motion being filed)
   plevy@citizen.org
6  Deepak Gupta (DC Bar 495451)
7  Public Citizen Litigation Group
   1600 - 20th Street, N.W.
8  Washington, D.C. 20009
   Telephone:  (202) 588-1000
9
   Peter Scheer
10 pscheer@cfac.org
11 California First Amendment Coalition
   534 4th St. #B, San Rafael, CA 94901
12 (415) 460.5060

13 Attorneys for Public Citizen and California First Amendment Coalition

14

15            UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
16              SAN FRANCISCO DIVISION

17

18 BANK JULIUS BAER & CO. LTD, A Swiss      No. CV08-0824 JSW
   entity; and JULIUS BEAR BANK AND
19 TRUST CO., a Cayman Islands entity,      **[PROPOSED] ORDER GRANTING**
                                            **MOTION FOR ADMINISTRATIVE**
20            Plaintiffs,                    **RELIEF**

21     v.                                    Date:    February 29, 2008
                                             Time:    9:00 a.m.
22 WIKILEAKS, an entity of unknown form,     Place:   Courtroom 2
23 WIKILEAKS.ORG, an entity of unknown
   form, DYNADOT, LLC a California limited
24 liability company, and DOES 1 through 10
   inclusive,
25
   Defendants.
26

27

28

   _____
   Case No. CV08-0824 JSW – [PROPOSED] ORDER GRANTING                    1
   MOTION FOR ADMINISTRATIVE RELIEF

1    Good cause having been shown, the Motion for Administrative Relief of Public Citizen

2  and California First Amendment Coalition is GRANTED and the court permits the filing of their

3  papers in Opposition to Injunctive Relief and in support of dismissal for lack of subject matter

4  jurisdiction.

5  Dated: February _____, 2008

6

7

8                                                          The Honorable Jeffrey S. White
                                                           Judge, United States District Court
                                                           Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28