1  STEVEN L. MAYER (No. 62030)
   Email: smayer@howardrice.com
2  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California 94111-4024
   Telephone:    415/434-1600
5  Facsimile:    415/217-5910

6  ANN BRICK (No.65296)
   Email: abrick@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION
        FOUNDATION OF NORTHERN
8       CALIFORNIA, INC.
   39 Drumm Street
9  San Francisco, California 94111
   Telephone:    415/621-2493
10 Facsimile:    415/255-8437

11 ADEN J. FINE (No. 186728)                     MATTHEW J. ZIMMERMAN (No. 212423)
   Email: afine@aclu.org                         Email: mattz@eff.org
12 AMERICAN CIVIL LIBERTIES UNION                ELECTRONIC FRONTIER
        FOUNDATION                                    FOUNDATION
13 125 Broad Street—18th Floor                   454 Shotwell Street
   New York, New York 10004                      San Francisco, California 94110
14 Telephone:    212/549-2693                    Telephone:    415/436-9333
   Facsimile:    212/549-2651                    Facsimile:    415/436-9993
15
   Attorneys for Movants and Prospective Intervenors
16 PROJECT ON GOVERNMENT OVERSIGHT et al.

17 *Additional Counsel Listed On Signature Page*

18                          UNITED STATES DISTRICT COURT

19                         NORTHERN DISTRICT OF CALIFORNIA

20                               SAN FRANCISCO DIVISION

21 | BANK JULIUS BAER & CO. LTD, a Swiss entity, *et al.*, | No. CV-08-0824 JSW |
22 | | Action Filed: February 6, 2008 |
23 | Plaintiffs, | [Proposed] ORDER GRANTING MOTION TO INTERVENE |
24 | v. | [Fed R. Civ. P. 24(a), 24(b)] |
25 | WIKILEAKS, an entity of unknown form, *et al.*, | Date: May 9, 2008 |
26 | Defendants. | Time: 9:00 a.m.<br>Place: Courtroom 2<br>Judge: Honorable Jeffrey S. White |

27
28

[PROPOSED] ORDER GRANTING MOTION TO INTERVENE        CV-08-0824 JSW

On February 26, 2008, Movants Project on Government Oversight, American Civil Liberties Union, Inc., American Civil Liberties Union Foundation, Inc., Electronic Frontier Foundation and Jordan McCorkle ("Movants") filed a Motion to Intervene ("Motion"). Having considered the Motion, the opposition and the reply, and the oral arguments of counsel, IT IS HEREBY ORDERED that the Motion is GRANTED. Movants are entitled to intervene as of right in this action pursuant to Rule 24(a) of the Federal Rules of Civil Procedure. The proposed Answer and Cross-Complaint in Intervention may be filed forthwith.

IT IS SO ORDERED.

DATED: _____, 2008.

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT