STEVEN L. MAYER (No. 62030)
Email: smayer@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

ANN BRICK (No.65296)
Email: abrick@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
    CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111
Telephone: 415/621-2493
Facsimile: 415/255-8437

ADEN J. FINE (No. 186728)
Email: afine@aclu.org
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
125 Broad Street—18th Floor
New York, New York 10004
Telephone: 212/549-2693
Facsimile: 212/549-2651

MATTHEW J. ZIMMERMAN (No. 212423)
Email: mattz@eff.org
ELECTRONIC FRONTIER
    FOUNDATION
454 Shotwell Street
San Francisco, California 94110
Telephone: 415/436-9333
Facsimile: 415/436-9993

Attorneys for Movants and Prospective Intervenors
PROJECT ON GOVERNMENT OVERSIGHT *et al.*

*Additional Counsel Listed On Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK JULIUS BAER & CO. LTD, a Swiss entity, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WIKILEAKS, an entity of unknown form, *et al.*,<br><br>Defendants. | No. CV-08-0824 JSW<br><br>Action Filed: February 6, 2008<br><br>PROOF OF SERVICE<br><br>Date: May 9, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2<br>Judge: Honorable Jeffrey S. White |

<strong>PROOF OF SERVICE BY EMAIL</strong>

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.

On February 26, 2008, I served the following document(s) described as: **MOTION TO INTERVENE AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ANSWER AND CROSS-COMPLAINT IN INTERVENTION; AND [PROPOSED] ORDER GRANTING MOTION TO INTERVENE** on the parties listed below transmitting it via .pdf email to the email addresses set forth below.

Defendants Wikileaks and Wikileaks.org

Wikileaks Legal
legal@sunshinepress.org
Wikileaks Contact
wikileaks@sunshinepress.org
Julian Assange, Wikileaks Contact
me@iq.org
Daniel Mathews
mathews@math.Stanford.edu

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on February 26, 2008.

/s/
Joanne Caruso

PROOF OF SERVICE
-1-