STEVEN L. MAYER (No. 62030)
Email: smayer@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

ANN BRICK (No.65296)
Email: abrick@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
    CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111
Telephone: 415/621-2493
Facsimile: 415/255-8437

ADEN J. FINE (No. 186728)
Email: afine@aclu.org
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
125 Broad Street—18th Floor
New York, New York 10004
Telephone: 212/549-2693
Facsimile: 212/549-2651

MATTHEW J. ZIMMERMAN (No. 212423)
Email: mattz@eff.org
ELECTRONIC FRONTIER
    FOUNDATION
454 Shotwell Street
San Francisco, California 94110
Telephone: 415/436-9333
Facsimile: 415/436-9993

Attorneys for Prospective Intervenors
PROJECT ON GOVERNMENT OVERSIGHT *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK JULIUS BAER & CO., LTD., a Swiss entity, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br>WIKILEAKS, an entity of unknown form, *et al.*, <br><br>    Defendants. | No. CV-08-0824 JSW <br><br> Action Filed: February 6, 2008 <br><br> <u>NOTICE OF APPEARANCE</u> |

1  PLEASE TAKE NOTICE that Ann Brick, an attorney with the American Civil Liberties Union Foundation of Northern California, Inc., will be appearing in this action on behalf of Prospective Intervenors Project on Government Oversight, *et al.*.

DATED:  February 27, 2008.

                                                Respectfully,

                                                ANN BRICK
                                                AMERICAN CIVIL LIBERTIES UNION
                                                        FOUNDATION OF NORTHERN
                                                        CALIFORNIA, INC.

                                              By:  _____/s/_____
                                                        ANN BRICK

Attorneys for Prospective Intervenors PROJECT ON GOVERNMENT OVERSIGHT *et al.*