Clerk's Use Only

Initial for fee pd.:

_____

1  (Name, address, and phone
2  number of applicant)

3                UNITED STATES DISTRICT COURT

4                NORTHERN DISTRICT OF CALIFORNIA

5  Bank Julius Baer & Co. Ltd and
   Baer Bank and Trust Co. Ltd
6                                            CASE NO. CV08-0824 JSW
            Plaintiff(s),
7
         v.                                  APPLICATION FOR
8  Wikileaks, Wikileaks.org,                 ADMISSION OF ATTORNEY
   Dynadot, LLC and Does 1 through           *PRO HAC VICE*
9  10
            Defendant(s).       /
10
         Pursuant to Civil L.R. 11-3, Laura Rose Handman, an active member in
11
good standing of the bar of the District of Columbia, hereby applies
12
for admission to practice in the Northern District of California on a pro hac vice basis
13
representing   Media Amici   in the above-entitled action.
14
         In support of this application, I certify on oath that:
15
         1.    I am an active member in good standing of a United States Court or of the highest
16
               court of another State or the District of Columbia, as indicated above;
17
         2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
18
               Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
19
               become familiar with the Local Rules and the Alternative Dispute Resolution
20
               programs of this Court; and,
21
         3.    An attorney who is a member of the bar of this Court in good standing and who
22
               maintains an office within the State of California has been designated as co-
23
               counsel in the above-entitled action. The name, address and telephone number of
24
               that attorney is:   Thomas R. Burke
25                                 Davis Wright Tremaine LLP
                                   505 Montgomery Street, Suite 800
26                                 San Francisco, CA 94111-6533
                                   415-276-6552
27
         I declare under penalty of perjury that the foregoing is true and correct.
28

Dated: Feb 26, 2008                    [signature]

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016247
Cashier ID: almaceh
Transaction Date: 02/26/2008
Payer Name: DAVIS WRIGHT TREMAINE LLP
------------------------------------
PRO HAC VICE
 For: L R HANDMAN
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 4705
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-0824 JSW
L R HANDMAN

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

Reset Form

United States District Court
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4
5  Bank Julius Baer & Co. Ltd and
   Baer Bank and Trust Co. Ltd,
6                Plaintiff(s),
                                        CASE NO. CV08-0824 JSW
7      v.
   Wikileaks, Wikileaks.org,
                                        (Proposed)
   Dynadot, LLC and Does 1 through
                                        ORDER GRANTING APPLICATION
8  10
                                        FOR ADMISSION OF ATTORNEY
9                                       *PRO HAC VICE*
10               Defendant(s).      /
11     Laura Rose Handman            , an active member in good standing of the bar of
       the District of Columbia
12                                    whose business address and telephone number
   (particular court to which applicant is admitted)
13 is  Davis Wright Tremaine LLP
       1919 Pennsylvania Ave., NW, Suite 200
14     Washington, D.C. 20006
       202-973-4224
15     Laura Rose Handman                                        , having applied in the

16 above-entitled action for admission to practice in the Northern District of California on a *pro hac*

17 *vice* basis, representing    Media Amici

18     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

19 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

20 *vice*. Service of papers upon and communication with co-counsel designated in the application

21 will constitute notice to the party. All future filings in this action are subject to the requirements

22 contained in General Order No. 45, *Electronic Case Filing*.

23
24 Dated:
25                                                   United States           Judge
26     Hon. Jeffrey S. White
27
28