```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016247
Cashier ID: almaceh
Transaction Date: 02/26/2008
Payer Name: DAVIS WRIGHT TREMAINE LLP
------------------------------------
PRO HAC VICE
 For: L R HANDMAN
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 4705
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-0824 JSW
L R HANDMAN

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

Dockets.Justia.c