UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Bank Julius Baer & Co. Ltd and
Baer Bank and Trust Co. Ltd,
    Plaintiff(s),
  v.
Wikileaks, Wikileaks.org,
Dynadot, LLC and Does 1 through 10
    Defendant(s).

CASE NO. CV08-0824 JSW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Laura Rose Handman, an active member in good standing of the bar of the District of Columbia (particular court to which applicant is admitted) whose business address and telephone number is

Davis Wright Tremaine LLP
1919 Pennsylvania Ave., NW, Suite 200
Washington, D.C. 20006
202-973-4224

Laura Rose Handman, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Media Amici

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                 United States Judge

Hon. Jeffrey S. White