**MARTIN D. SINGER, ESQ. (BAR NO. 78166)**
**WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)**
**EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)**
**LAVELY & SINGER PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-mail: wbriggs@lavelysinger.com
E-mail: espiegel@lavelysinger.com

Attorneys for Plaintiffs
**BANK JULIUS BAER & CO. LTD and**
**JULIUS BAER BANK AND TRUST CO. LTD**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity,<br><br>Plaintiffs,<br><br>v.<br><br>**WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California Limited Liability Corporation, and **DOES 1 through 10**, inclusive,<br><br>Defendants. | CASE NO. CV08-0824 JSW<br>[Hon. Jeffrey S. White; CTRM 2]<br><br>**DECLARATION OF EVAN SPIEGEL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF APPLICATION FOR PRELIMINARY INJUNCTION RE RESPONSE TO THE REPORTERS COMMITTEE ET. AL.'S PROPOSED AMICI CURIAE BRIEF** |

/ / /

/ / /

/ / /

/ / /

# DECLARATION OF EVAN SPIEGEL

I, EVAN SPIEGEL, declare as follows:

1. I an attorney at law duly qualified to practice before the Courts of the State of California, and am an attorney with the firm of Lavely & Singer Professional Corporation, attorneys for Plaintiffs Bank Julius Baer & Co. Ltd and Julius Baer Bank and Trust Co. Ltd. The facts stated herein are stated of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto. As to those matters stated on the basis of information and belief, I am so informed and believe those matters to be true.

2. This Declaration is made in support of Plaintiffs Bank Julius Baer & Co. Ltd's ("BJB") and Julius Baer Bank and Trust Co. Ltd's ("JBBT") (collectively, "Julius Baer" and/or "Plaintiffs") Supplemental Brief In Support of Application for Preliminary Injunction re Response to the Reporters Committee et. al.'s Proposed Amici Curiae Brief and issued raised therein, in the above captioned matter.

3. The facts of this matter are more fully set forth in the Complaint, in Plaintiffs' Application for TRO and Preliminary Injunction, Application for Alternative Service, and Plaintiffs' other pleadings on file in this matter, which are incorporated herein by reference. This brief does not attempt to address all of the points raised by the Amici Curiae The Reporters Committee for Freedom of the Press et. al. because of obvious time constraints. Instead, it focuses on the core issue presented to this Court. Namely, whether Wikileaks' posting of stolen confidential bank and financial information constitutes a grave threat to the constitutional privacy rights of the JB bank customers sufficient to justify issuance of an injunction. The brief also briefly addresses the fact that Wikileaks is not protected by any immunity, and that the Amici Curiae lack standing to raise new issues or to seek to manage the case through motion practice.

4. Wikileaks and Wikileaks.org and Does 1-10 (collectively, the "Wikileaks Defendants") are admittedly hiding their true identities and physical whereabouts, and that of their owners, operators and registrants. At the same time, despite notice of the Temporary Restraining Order (the "TRO") and their own written acknowledgment of the TRO, the Wikileaks Defendants continue under their veil of anonymity to operate and display, post and disseminate the JB Property.

5. The Complaint and Application for TRO and OSC re Preliminary Injunction allege and provide supporting exhibit evidence that the Defendants did not merely provide an online forum upon which, without their involvement, a third-party posted harmful speech or engaged in harmful conduct. The pleadings allege and evidence supports the allegations that, in this matter, a third-party did not solely himself post harmful speech, nor even the stolen content, the Wikileaks Defendants did so. The Wikileaks have admitted that they are actively engaged in the publication of the documents at issue, and have stated that they will "<u>keep on publishing</u>, …, <u>Wikileaks will step up publication of documents</u> …" Attached hereto as <u>Exhibit "A"</u> is a true and correct copy of printouts from the Wikileaks Websites, containing Wikileaks statement that "Wikileaks will keep on publishing" the stolen property and other documents. Attached hereto as <u>Exhibit "B"</u> is a true and correct copy of printouts from the Wikileaks Websites, an example, from many, evidencing content and extensive edits provided by Wikileaks. See also, Application for TRO, Documents Filed Under Seal, Exhs. "A" through "O" for further examples of content provided by Wikileaks.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

6. The imminent threat to each individual whose bank account information is displayed is real, not speculative, as reported numerous of the Amici, including The Los Angeles Times. Attached hereto as <u>Exhibit "C"</u> is a true and correct copy of sample copies of a few of the numerous articles published by the Amici parties with regard to data security and identity theft.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27nd day of February 2008, at Los Angeles, California.

_____/s/_____
EVAN N. SPIEGEL

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature (/s/) within this efiled document.

_____/s/_____
WILLIAM J. BRIGGS, II

# EXHIBIT A

# Wikileaks.org under injunction

From Wikileaks

**Wikileaks Press Release**

WIKILEAKS.ORG DOWN AFTER EX-PARTE LEGAL ATTACK BY CAYMAN ISLANDS BANK

http://wikileaks.be/wiki/Wikileaks.org_under_injunction

Contacts: http://wikileaks.be/wiki/Contact

Mon Feb 18 00:00:00 GMT 2008

The following release has not been proofed due to time constraints.

*Transparency group Wikileaks forcibly censored at ex-parte Californian hearing -- ordered to print blank pages -- 'wikileaks.org' name forcibly deleted from Californian domain registrar -- the best justice Cayman Islands money launderers can buy?*

When the transparency group Wikileaks was censored in China last year, no-one was too surprised. After all, the Chinese government also censors the Paris based Reporters Sans Frontiers and New York Based Human Rights Watch. And when Wikileaks published the secret censorship lists of Thailand's military Junta, no-one was too surprised when people in that country had to go to extra lengths to read the site. But on Friday the 15th, February 2008, in the home of the free and the land of the brave, and a constitution which states "Congress shall make no law... abridging the freedom of speech, or of the press", the Wikileaks.org press was shutdown:

```
BANK JULIUS BAER & CO. LTD, a
Swiss entity; and JULIUS BAER BANK
AND TRUST CO. LTD, a Cayman Island       ORDER GRANTING
entity,                                  PERMANENT INJUNCTION

WIKILEAKS, an entity of unknown form;
WIKILEAKS.ORG, an entity of unknown
form; DYNADOT, LLC, a California
limited liability company; and DOES 1
through 10, inclusive,
```

[..]

```
                    IT IS HEREBY ORDERED:
```

[..]

```
Dynadot shall immediately clear and remove all DNS hosting
records for the wikileaks.org domain name and prevent the
domain name from resolving to the wikileaks.org website or
any other website or server other than a blank park page,
until further order of this Court.
```

http://www.wikileaks.la/wiki/Wikileaks.org_under_injunction       EXHIBIT A  PAGE 5       2/21/2008

The Cayman Islands is located between Cuba and Honduras. In July 2000, the United States Department of the Treasure Financial Crimes Enforcement Network issued an advisory states stating that there were "serious deficiencies in the counter-money laundering systems of the Cayman Islands", "Cayman Islands law makes it impossible for the supervisory and regulatory authority to obtain information held by financial institutions regarding their client's identity", "Failure of financial institutions in the Cayman Islands to report suspicious transactions is not subject to penalty" and that "These deficiencies, among others, have caused the Cayman Islands to be identified by the Financial Action Task Force on Money Laundering (The 'FATF') as non-cooperative in the fight against money laundering". As of 2006 the U.S. State Department listed the Cayman Islands in its money laundering "Countries of Primary Concern".

The Cayman's case is not the first time Wikileaks has tackled bad banks. In the second half of last year Wikileaks exposed over $4,500,000,000's worth of money laundering including by the former president of Kenya, Daniel Arap Moi (see http://wikileaks.be/wiki/The_looting_of_Kenya_under_President_Moi which became the Guardian's front page story in September 2007 and swung the Kenyan vote by 10% leading into the December 2007 election and http://wikileaks.be/wiki/A_Charter_House_of_horrors reported in the Nairobi paper The Standard and now the subject of a High Court Case in Kenya).

To find an injunction similar to the Cayman's case, we need to go back to Monday June 15, 1971 when the New York Times published excepts of of Daniel Ellsberg's leaked "Pentagon Papers" and found itself enjoined the following day. The Wikileaks injunction is the equivalent of forcing the Times' printers to print blank pages and its power company to turn off press power. The supreme court found the Times censorship injunction unconstitutional in a 6-3 decision.

The Wikileaks.org injunction is ex-parte, engages in prior restraint and is clearly unconstitutional. It was granted on Thursday afternoon by California district court judge White, Bush appointee and former prosecutor.

The order was written by Cayman Island's Bank Julius Baer lawyers and was accepted by judge White without amendment, or representations by Wikileaks or amicus. The case is over several Wikileaks articles, public commentary and documents dating prior to 2003. The documents allegedly reveal secret Julius Baer trust structures used for asset hiding, money laundering and tax evasion. The bank alleges the documents were disclosed to Wikileaks by offshore banking whistleblower and former Vice President the Cayman Island's operation, Rudolf Elmer. Unable to lawfully attack Wikileaks servers which are based in several countries, the order was served on the intermediary Wikileaks purchased the 'Wikileaks.org' name through -- California registrar Dynadot, who then used its access to the internet website name registration system to delete the records for 'Wikileaks.org'. The order also enjoins every person who has heard about the order from from even linking to the documents.

In order to deal with Chinese censorship, Wikileaks has many backup sites such as wikileaks.be (Belgium) and wikileaks.de (Germany) which remain active. Wikileaks never expected to be using the alternative servers to deal with censorship attacks, from, of all places, the United States.

The order is clearly unconstitutional and exceeds its jurisdiction.

Wikileaks will keep on publishing, in-fact, given the level of suppression involved in this case, Wikileaks will step up publication of documents pertaining to illegal or unethical banking practices.

Wikileaks has six pro-bono attorney's in S.F on roster to deal with a legal assault, however Wikileaks was given only hours notice "by email" prior to the hearing. Wikileaks was NOT represented. Wikileaks pre-litigation California council Julie Turner attended the start of hearing in a personal capacity but was then

asked to leave the court room.

White signed the order, drafted by the Cayman Islands bank's lawyers without a single amendment.

The injunction claims to be permanent, although the case is only preliminary.

Wikileaks remains available publishing from non-US, non-Chinese jurisdictions including http://wikileaks.cx/ and http://wikileaks.be/. See http://wikileaks.cx/wiki/Wikileaks:Cover_Names for more.

http://wikileaks.cx/wiki/Bank_Julius_Baer_vs._Wikileaks

http://wikileaks.cx/wiki/images/Dynadot-injunction.pdf

http://wikileaks.cx/wiki/Die_Akten_des_Hurricane_Man

http://wikileaks.cx/wiki/Clouds_on_the_Cayman_tax_heaven

Retrieved from "https://wikileaks.be/wiki/Wikileaks.org_under_injunction"

Categories: Analyses | United States | Grand Cayman

| Get press releases: | | Apply to volunteer: | |
|---|---|---|---|
| email address | Join | email address | Join |

# EXHIBIT B

# BJB - H▓▓▓▓ ▓▓▓▓▓▓▓▓, Frankfurt Steuerbetrug EUR 15 mil

## From Wikileaks

**File**
  bjb-h▓▓▓▓ ▓▓▓▓▓▓▓▓.zip (click to view full file)

**Summary**
  Mr ▓▓▓▓▓▓▓▓ of Frankfurt, Germany is allegedly holding up to EUR 15.000.000,00 related to Bowspirit Investments in a bank account with Bank Julius Baer in Cayman Islands, tax-evaded. The leaker encourages journalists to investigate into money laundry via the Cayman Islands.

Unless otherwise specified the document described here:

- Was first publicly revealed by Wikileaks
- At that time was classified, confidential, censored or otherwise withheld from the public.
- Is of substantial political, diplomatic or ethical significance.
- Has been verified if the *analysis*, *summary* or *note* fields indicate, otherwise has not (yet) been verified. Most documents come in from journalists. Frauds are extremely rare, but possible.

**Context**
  Germany

**Wikileaks release date**
  Sunday January 13, 2008

**Note**
  Bank Julius Baer appears to be involved in at lease one acrimonious legal dispute (Bank Julius Baer vs. Rudolf Elmer) with a former employee. Stakes are high on both sides and mis-attributed messages have been posted to the the public 'Talk' pages associated with these documents. Readers are reminded that the veracity of the material and in particular its interpretation are still open questions.

**File size in bytes**
  139355

**File type information**
  Zip archive data, at least v2.0 to extract

**Cryptographic identity**
  SHA256 51dbed21a2072f3e68c6093c2e08a7e506d0136fba82209eb230dabe32bc51e0

**Description (as provided by the original submitter)**

Herr ▓▓▓▓▓▓▓▓ haelt in der Gesellschaft Bowsprit in den Cayman Islands EUR 15 Mio, die er am deutschen Steuerfiskus nicht offengelegt hatte. Dies ist von Wichtigkeit, den es zeigt wie eine Deutscher seine Gelder ueber die groesste Schweiz Privatbank auf der Pirateninsel Cayman versteckt. Es geht hier um die Deutschen Buerger, die sich bewusst werden muessen, dass man aus ethischen und moralischen Gruenden keinen Steuerbetrug betreibt und man auch erwischt wird. Herr ▓▓▓▓▓▓▓▓, Freiherr von Stein 16, 6000 Frankfurt 70 wird die Richtigkeit der Daten verifizieren. Journalisten sollten offenlegen, dass die Caymans immer noch fuer aktive Steuerhinterziehung, -betrug und sogar Geldwaescherei genutzt werden. Herr ▓▓▓▓▓▓▓▓ ist im Sinne des deutschen Gesetzes hier bereits ein Geldwaescher und muss wahrscheinlich mit einer mehrjaehrigen Haftstrafe rechnen, sollten man ihn als schuldig werten. Tatsache ist, dass er es ist, aber vielleicht kommt er mit der Verjaehrungsfrist von 5 Steuerjahre weg oder andere unsaubere Methoden.

Klar es handelt sich wieder um die Bank Julius Baer und wir denken, dass dies ein weiterer Fall ist, der die deutschen Steuerfluechtlinge verunsichern soll.

Retrieved from "https://wikileaks.be/wiki/BJB_-_H▓▓▓_▓▓▓▓▓%2C_Frankfurt_Steuerbetrug_EUR_15_mil"

Categories: Leaked files | Analysis requested | Germany | 2008 | 2008-01 | English | Switzerland | Grand Cayman

Get press releases: [email address] [Join]   Apply to volunteer: [email address] [Join]

# BJB - Heinri Steinberger, Frankfurt Steuerbetrug EUR 15 mil

From Wikileaks

Revision history
View logs for this page
(Latest | Earliest) View (previous 50) (next 50) (20 | 50 | 100 | 250 | 500).

Diff selection: mark the radio boxes of the versions to compare and hit enter or the button at the bottom.
Legend: (cur) = difference with current version, (last) = difference with preceding version, M = minor edit.

[Compare selected versions]

- (cur) (last) ● 22:51, 15 January 2008 Souls (Talk | contribs) (2,590 bytes)
- (cur) (last) ○ 21:59, 15 January 2008 Wikileaks (Talk | contribs) (2,304 bytes)
- (cur) (last) ○ 17:30, 14 January 2008 Souls (Talk | contribs) (1,893 bytes)
- (cur) (last) ○ 17:24, 14 January 2008 Souls (Talk | contribs) (1,884 bytes)
- (cur) (last) ○ 16:32, 14 January 2008 Souls (Talk | contribs) (1,661 bytes)
- (cur) (last) ○ 22:50, 13 January 2008 Wikileaks (Talk | contribs) m (BJB - H▓▓▓▓▓▓▓, Frankfurt Steuerbetrug EUR 15 Mil moved to BJB - H▓▓▓▓▓▓▓, Frankfurt Steuerbetrug EUR 15 mil)
- (cur) (last) ○ 21:44, 13 January 2008 Wikileaks (Talk | contribs) (1,534 bytes)
- (cur) (last) ○ 21:14, 13 January 2008 Wikileaks (Talk | contribs) (228 bytes) (Importing text file)

[Compare selected versions]
(Latest | Earliest) View (previous 50) (next 50) (20 | 50 | 100 | 250 | 500).
Retrieved from "https://wikileaks.be/wiki/BJB_-_H▓▓▓▓▓▓▓%2C_Frankfurt_Steuerbetrug_EUR_15_mil"

Get press releases: [email address] [Join]   Apply to volunteer: [email address] [Join]

EXHIBIT B   PAGE 10

# EXHIBIT C




Save money on calls TO MEXICO. CLICK HERE

**Los Angeles Times**

http://www.latimes.com/technology/la-me-dwp16feb16,0,1281904.story
From the Los Angeles Times

## Stolen hardware held DWP employees' personal information

Officials say there's no evidence of identity theft so far, but many workers and retirees are angry that the utility outsourced sensitive data to a contractor.

By David Zahniser
Los Angeles Times Staff Writer

February 16, 2008

Computer equipment containing the private financial data of every employee of the Los Angeles Department of Water and Power was stolen earlier this week, prompting the utility to pay for a credit monitoring service for each of its 8,275 workers.

DWP General Manager H. David Nahai sent employees an e-mail and an interoffice memo Wednesday informing them that computer equipment containing each worker's name, date of birth, Social Security number, employee identification number and deferred compensation balance was stolen from a private DWP contractor.

The letter, which contained an apology from Nahai, advised DWP employees to watch their credit reports and look for accounts that they did not open themselves. Still, DWP spokesman Joe Ramallo said the utility had no evidence that the missing information had been misused.

"We're required by law to notify our employees that this theft occurred," he said. "But we don't have any knowledge at this point that the data was the target, and law enforcement said they don't believe that it is."

Mayor Antonio Villaraigosa's appointees on the five-member DWP commission on Tuesday plan to discuss the burglary, which occurred Monday in the Fullerton office of the data-processing company Systematic Automation Inc.

A company representative did not return a call. But a spokesman for the International Brotherhood of Electrical Workers Local 18, the union that represents DWP employees, said Friday that his workers were "shocked and upset" by the loss of the data.

"They believe this is a direct result of the mania for outsourcing that the DWP has had," said Bob Cherry, a communications consultant for the union. "The DWP should have been paying more attention to the potential impact of sensitive data like this getting sent to outside vendors."

The issue of employee privacy at the DWP has been a sensitive one since September, when the Los Angeles Daily News published on its website the names and salaries of each utility worker.

Vince Foley, who serves on the board of the DWP Retired Employees Assn., said he has received anxious calls from retirees. The stolen computer equipment also contained financial data on employees who retired between July 1, 2006, and June 30, 2007.

"It's the first time I've ever heard of anything like this because, typically, people outside of the DWP don't have that information available," Foley said. "DWP's computers are, of course, encrypted and protected. But this is a situation where they had . . . a consultant who's given all this data so they can prepare the [benefits] statements."

david.zahniser@latimes.com

---

If you want other stories on this topic, search the Archives at latimes.com/archives.
**TMSReprints**
Article licensing and reprint options

Copyright 2008 Los Angeles Times | Privacy Policy | Terms of Service
Home Delivery | Advertise | Archives | Contact | Site Map | Help
partners: ktla5cw Hoy

EXHIBIT __C__ PAGE __11__

On holiday? Be wary -- identity thieves could be lurking - Travel - LATimes.com                    Page 1 of 2

Case 3:08-cv-00824-JSW    Document 78-2    Filed 02/27/2008    Page 3 of 5

LAT Home | My LATimes | Print Edition | All Sections                                    Jobs | Cars.com | Real Estate | More Classifieds

## Los Angeles Times | Travel

You are here: LAT Home > Travel > Articles > On holiday? Be wary -- identity thie . . . . .

TRAVEL INSIDER
### On holiday? Be wary -- identity thieves could be lurking
Two recent incidents involving sensitive customer data drive home the need for caution while traveling.
By James Gilden, Special to The Times
June 18, 2006



EXPERIENCED travelers know it's critical to keep important documents, cash and credit cards close at hand to keep them out of unscrupulous hands. Nothing can spoil a vacation faster than the theft of your passport or money.

Nothing, that is, except the theft of your personal information.

More than a third of the 686,000 complaints that the Federal Trade Commission received in 2005 were about identity theft, making it the No. 1 reported problem. Although many of us have heeded the warnings to guard our Social Security numbers and shred documents that contain sensitive information, two recent incidents have given travelers pause.

Last month, Hotels.com notified 243,000 customers that their names, addresses and credit card information had been compromised when a laptop with that data, belonging to an employee of the accounting firm Ernst & Young, was stolen from a parked car in Texas. (Ernst & Young was performing a routine audit of online travel agency Expedia, the parent company of Hotels.com.) Most of the customer information was from transactions in 2004, although a few were from 2002 and 2003.

Although the theft occurred in February, Ernst & Young did not notify Hotels.com until May 3. Notices to affected customers were mailed May 26.

In explaining the delay, Ernst & Young spokesman Charles Perkins said, "There was a great deal of data on the computer, and it took an extensive analysis to identify it." No other sensitive customer data were lost, Perkins said.

In a letter sent to affected customers, Ernst & Young said it believed that the theft was random and that the specific information was not targeted. Law enforcement personnel were notified, and no illegal activity has been associated with the theft, Ernst & Young said.

The computer was password-protected, but the information was not encrypted — that is, it was accessible to anybody who could get past the password. The data on all 30,000 Ernst & Young computers have since been encrypted, Perkins said.

Why the data were on a laptop outside the office is another question.

"We have a large mobile workforce that often works with their laptops in our client offices and other locations," Perkins said.

That answer doesn't satisfy at least one consumer advocate.

"The 'why' question is never addressed," said Beth Givens, director of the San Diego-based Privacy Rights Clearinghouse, a nonprofit consumer information and advocacy organization.

"Why was this sensitive data in the car in the first place? It makes them look more negligent than they are already perceived as being."

Givens was one of the affected customers and received a letter from Hotels.com.

"It didn't really explain much," she said. "None of those letters give much information to the affected individual."

Ernst & Young is providing affected customers with a toll-free hotline to answer any questions as well as free credit monitoring for a year.

Although the data did not include Social Security numbers, which is the key to successful identity theft, customers should still take advantage of the free credit-monitoring offer, Givens said.

"I don't think [identity theft is] a potential risk unless there is something they're not telling us," she said. "Usually, people want to monitor their credit when there is potential for fraudulent new accounts."

Travelers should also be careful where they discard boarding passes, because some contain information.

This spring, data security expert Adam Laurie performed an experiment for the Guardian newspaper in London. Using only the information on a British Airways boarding pass found in the trash at a London train station, he bought a ticket in the passenger's name and accessed his information using the frequent-flier number on the boarding pass. Never asked for a password, Laurie was able to access the passenger's passport number, issue date, issuing office, nationality, country of residence and date of birth.

"The security flaw was due to an interaction between B.A.'s collection of data for both their loyalty program □ and advance passenger information," Laurie, technical director of the Bunker, a hardware and software security firm based in Kent, England, said in an e-mail interview. (Advance passenger information is a program of the U.S. government that gathers data on foreigners traveling to the U.S.)

Laurie said he had not tried to reproduce these results on other airline websites, and British Airways said it corrected the security flaws on its site. Still, Laurie urged caution when discarding documents that contain identifying information.

"Any channel by which personal information can leak and/or be exploited should be taken very seriously," he said.

Here are some tips offered by the Privacy Rights Clearinghouse:

EXHIBIT C PAGE 12

• Clean out your wallet before a trip. Remove unnecessary credit cards, your Social Security card and other unneeded documents that could compromise your identity if they are lost or stolen.



# BRIEFS

February 13, 2008

**LOS ANGELES**
### Council passes spay, neuter law

The City Council voted 14 to 1 Tuesday to pass an ordinance mandating that most pet dogs and cats in the city be sterilized at as early as 4 months.

The dissenter was Councilman Bill Rosendahl, who commented a week and a half ago that he had problems with requiring that dogs be altered so young and that he believed the city should focus first on licensing more dogs.

Exemptions will be available for animals of licensed breeders, show animals, service animals and those pets whose veterinarians believe the procedure too risky.

The bill goes into effect 45 days after Mayor Antonio Villaraigosa signs it, which he is expected to do. The city shelter system offers discount vouchers for spay-neuter services. In addition, pet owners can make an appointment for free spaying and neutering procedures at various locations throughout the city on Spay Day LA, Feb. 24. For information or to make appointments: www.spaydayla.com or (877) 893-4547.

--

**LOS ANGELES**
### Man is burned in refinery fire

A man was injured Tuesday in an electrical flash fire at a Wilmington oil refinery, authorities said.

A contractor suffered first- and second-degree burns in a flash fire at Ultramar Refinery, possibly caused by a short-circuit in an electrical panel, said Ron Myers, a spokesman for the Los Angeles Fire Department.

Fire officials responded shortly after noon in the 2400 block of Anaheim Street but found the fire extinguished, Myers said.

"Whenever you have, for some reason, a short, it flashes and gives off heat momentarily. It's like lightning," Myers said. "Fortunately, he did not suffer any life-threatening injuries."

The injured man was taken to St. Mary Medical Center in Long Beach.

--

**LOS ANGELES COUNTY**
### Deal cuts cost of green vehicles

Supervisors approved a discount program for county employees Tuesday that shaves the price off fuel-efficient vehicles.

Officials say the move is an effort to encourage the nearly 100,000 county workers and their immediate families to buy more environmentally friendly forms of transportation.

The program, which so far is valid only at El Monte-based Longo Toyota, will place a price cap on all hybrid vehicles sold at the dealership. The base price for a Toyota Prius, which the dealership sells for $23,184, would be lowered to $21,746, for example.

Supervisor Yvonne B. Burke also asked county staff to study the possibility of extending discounts to retired employees, as well as those who contract with the county.

--

**LOS ANGELES COUNTY**
### Count ballots, supervisors say

EXHIBIT C  PAGE 13

County elections officials should devise a way to count as many of the estimated 50,000 disqualified ballots as possible from last week's primary election as soon as possible, supervisors told Interim Registrar-Recorder Dean Logan on Tuesday.

The votes were disqualified when independent voters who wanted to vote in the Democratic primary failed to mark a bubble that indicated they were voting as a Democrat.

Logan told the board that the practice, which was used only in Los Angeles County, would be discontinued. Most of the disqualified ballots, about 57%, originated in the 37th Congressional District, which includes Long Beach, Compton and Signal Hill, Logan said.

Supervisors also approved a $1.7-million online system to better train poll workers.

--

**FULLERTON**
### Modesto school IDs are stolen

A computer drive holding names, addresses, birth dates and Social Security numbers of all 3,500 Modesto city schools employees has been stolen from a local data processing firm, authorities said Tuesday.

Sgt. Linda King of the Fullerton Police Department said a hard drive and three monitors were stolen in a burglary at Systematic Automation Inc.

No cases of identity theft connected with the data breach have been reported.

-- From the Associated Press

**LAKE MEAD**
### Reservoirs may dry up, study says

The West's great reservoirs, Lake Mead and Lake Powell, could run dry by 2021 without a drastic change in water consumption, according to an analysis released Tuesday.

The two reservoirs, which now contain 25 million acre-feet of water, are losing about 1 million acre-feet a year as a result of rising demand and persistent drought.

The study, to be published in the journal Water Resources Research, analyzed how global warming is likely to increase the strain on the Colorado River. Climate models predict that precipitation will decline and evaporation will increase across much of the western United States.

The reservoirs serve as protection against drought for the 27 million people who rely on water from the Colorado.

"The only option is to not take as much water out," said Tim Barnett, a marine geophysicist at Scripps Institution of Oceanography in La Jolla and lead author of the study.

The U.S. Bureau of Reclamation, which manages the Colorado River, has a plan to reduce allocations if the reservoirs drop below certain levels.

--

**SACRAMENTO**
### CHP leader quits; successor named

California Highway Patrol Commissioner Mike Brown is resigning after three years heading the department.

Gov. Arnold Schwarzenegger appointed Deputy Commissioner Joseph Farrow to replace Brown as head of the agency and its more than 10,000 employees. Farrow, 52, takes over March 1.

Brown has been criticized repeatedly by some state lawmakers. The state auditor recently found that the CHP wasted money in buying new guns, motorcycles, patrol car equipment and in using an executive aircraft.

Farrow became a Highway Patrol officer in 1979 and has been deputy commissioner since November 2004. He will earn $169,500.

-- From the Associated Press

**MALIBU**
### Barron Hilton is arrested

Barron Hilton, younger brother of socialite Paris Hilton, was arrested and booked on suspicion of drunken driving Tuesday morning.

Shortly before 8 a.m., a driver reported Hilton, 18, of Beverly Hills, driving erratically and on the wrong side of the road, on Pacific Coast Highway near Latigo Canyon Road, according to a sheriff's report.

Hilton, driving a black Mercedes-Benz, eventually pulled over and the witness told him to sit on a bus bench until sheriff's deputies arrived, according to the report.

It said Hilton's blood-alcohol level registered 0.14%.

He was booked into jail and posted a $20,000 bond. He also was charged with possession of a counterfeit driver's license, according to the report.

--

EXHIBIT C PAGE 14