1  **MARTIN D. SINGER, ESQ. (BAR NO. 78166)**
   **WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)**
2  **EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)**
   **LAVELY & SINGER PROFESSIONAL CORPORATION**
3  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
4  Telephone: (310) 556-3501
   Facsimile: (310) 556-3615
5  E-mail: wbriggs@lavelysinger.com
   E-mail: espiegel@lavelysinger.com
6
   Attorneys for Plaintiffs
7  **BANK JULIUS BAER & CO. LTD and**
   **JULIUS BAER BANK AND TRUST CO. LTD**

8

9                      **UNITED STATES DISTRICT COURT**

10                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                              **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 12  **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity, | CASE NO. CV08-0824 JSW [Hon. Jeffrey S. White; CRTM 2] |
| 14                Plaintiffs, | **PLAINTIFFS' NOTICE OF INTENT TO OPPOSE THIRD-PARTY APPLICATIONS TO INTERVENE AND/OR TO FILE AMICI CURIAE** |
| 15       v. | |
| 16  **WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California limited liability corporation, and **DOES 1 through 10**, inclusive, | DATE: Submission  TIME: Submission  CTRM: 2, 17th FL |
| 20                Defendants. | |

26  / / /

27  / / /

28  / / /

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Bank Julius Baer & Co. Ltd's ("BJB") and Julius Baer Bank and Trust Co. Ltd's ("JBBT") (collectively, "Plaintiffs") state their intention to oppose, in whole or in part, the third-party motions and applications to appear as prospective intervenors and/or for leave to file *Amici Curiae* filed with the Court on February 25, 2008 (collectively, the "Amici-Intervenor Parties"). As of the time of this Notice, the Amici-Intervenor Parties have submitted the following applications and motions to the Court:

(i) Application to Appear as Prospective Intervenors Or, in the Alternative, *Amici Curiae* of Prospective Intervenors Project on Government Oversight, the American Civil Liberties Union, the American Civil Liberties Union Foundation, the Electronic Frontier Foundation and Jordan McCorkle, and related filings (the "Project on Government Oversight Application");

(ii) Motion for Leave to File Brief of *Amici Curiae* of The Reporters Committee for Freedom of the Press, The American Society of Newspaper Editors, The Associated Press, Citizen Media Law Project, The E.W. Scripps Co, Gannett Co., Inc., The Hearst Corporation, The Los Angeles Times, National Newspaper Association, Newspaper Association of America, Radio-Television News Directors Association, and The Society of Professional Journalists, and related filings (the "The Reporters Committee Motion");

(iii) Motion to Intervene as Defendants or, in the Alternative, to Appear as *Amici Curiae* of California First Amendment Coalition and Public Citizen, and related filings (the "Public Citizen Motion");

(the Project on Government Oversight Application, The Reporters Committee Motion and the Public Citizen Motion are collectively referred to as, the "Amici-Intervenor Parties' Applications").

1 | Plaintiffs intend to formally oppose, in whole or in part, the Amici-Intervenor Parties' Applications.  Plaintiffs request that the Court set a hearing and a briefing schedule with respect to the Amici-Intervenor Parties' Applications, with sufficient time for Plaintiffs to prepare oppositions, in whole or in part, to the various Amici-Intervenor Parties' Applications.

Plaintiffs further request that the Court proceed as scheduled with the hearing on the Court's Temporary Restraining Order and Order to Show Cause ("OSC") as to why a Preliminary Injunction should not issue against Defendants, which is set for hearing on February 29, 2008, at 9:00 a.m. before this Court.

Respectfully submitted,

DATED: February 27, 2008

LAVELY & SINGER
PROFESSIONAL CORPORATION
MARTIN D. SINGER
WILLIAM J. BRIGGS, II
EVAN N. SPIEGEL

By: /s/ William J. Briggs, II
_____
WILLIAM J. BRIGGS, II
Attorneys for Plaintiffs BANK JULIUS BAER & CO. LTD and JULIUS BAER BANK AND TRUST CO. LTD