1  STEVEN L. MAYER (No. 62030)
   Email: smayer@howardrice.com
2  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California 94111-4024
   Telephone:  415/434-1600
5  Facsimile:  415/217-5910

6  ANN BRICK (No.65296)
   Email: abrick@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION OF NORTHERN
8      CALIFORNIA, INC.
   39 Drumm Street
9  San Francisco, California 94111
   Telephone:  415/621-2493
10 Facsimile:  415/255-8437

11 ADEN J. FINE (No. 186728)                        MATTHEW J. ZIMMERMAN (No. 212423)
   Email: afine@aclu.org                            Email: mattz@eff.org
12 AMERICAN CIVIL LIBERTIES UNION                   ELECTRONIC FRONTIER
       FOUNDATION                                       FOUNDATION
13 125 Broad Street—18th Floor                      454 Shotwell Street
   New York, New York 10004                         San Francisco, California 94110
14 Telephone:  212/549-2693                         Telephone:  415/436-9333
   Facsimile:  212/549-2651                         Facsimile:  415/436-9993

15
   Attorneys for Movants and Prospective Intervenors
16 PROJECT ON GOVERNMENT OVERSIGHT *et al.*

17 *Additional Counsel Listed On Signature Page*

18
19                          UNITED STATES DISTRICT COURT
20                        NORTHERN DISTRICT OF CALIFORNIA
21                              SAN FRANCISCO DIVISION

22 BANK JULIUS BAER & CO., LTD., a Swiss        | No. CV-08-0824 JSW
   entity, *et al.*,
23                                              | Action Filed: February 6, 2008
                   Plaintiffs,
24                                              | STIPULATED REQUEST FOR ORDER
         v.                                     | SHORTENING TIME
25                                              | [Local Rule 6-2]
   WIKILEAKS, an entity of unknown form, *et al.*,
26
                   Defendants.
27

28

Pursuant to Local Rule 6-2, Prospective Intervenors Project on Government Oversight, American Civil Liberties Union Foundation, Inc., American Civil Liberties Union, Inc., Electronic Frontier Foundation and Jordan McCorkle ("Movants"), Plaintiffs Bank Julius Baer & Co. Ltd. and Julius Baer Bank & Trust Co. Ltd. and Defendant Dynadot, LLC, respectfully request an order from the Court setting the following schedule for briefing and hearing on Movants' Motion to Intervene in the above-captioned matter, which was filed on February 26, 2008 and set for hearing on May 9, 2008.

| | |
|---|---|
| Opposition: | Thursday, March 6, 2008 (by noon) |
| Reply: | Tuesday, March 11, 2008 (by noon) |
| Hearing: | Friday, March 14, 2008 (at 9:00 a.m.) |

As required by Local Rule 6-2(a), the grounds for this Stipulated Request are more fully stated in the Declaration of Steven L. Mayer that follows. Nothing in this Stipulated Request shall affect the timing of the motion for preliminary injunction now set for February 29, 2008.

DATED: February 27, 2008.

STEVEN L. MAYER
CHRISTOPHER KAO
SHAUDY DANAYE-ELMI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

ANN BRICK
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
    CALIFORNIA, INC.

ADEN J. FINE
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION

CINDY A. COHN
KURT OPSAHL
MATTHEW J. ZIMMERMAN
ELECTRONIC FRONTIER FOUNDATION

By: _____
    STEVEN L. MAYER

Attorneys for Movants PROJECT ON GOVERNMENT OVERSIGHT *et al.*

DATED: February 26, 2008.

LAVELY & SINGER
Professional Corporation
MARTIN D. SINGER
WILLIAM J. BRIGGS, II
EVAN N. SPIEGEL

By: _____
EVAN N. SPIEGEL

Attorneys for Plaintiffs BANK JULIUS BAER & CO. LTD. and JULIUS BAER BANK & TRUST CO. LTD.

DATED: February 26, 2008.

WENDEL, ROSEN, BLACK & DEAN, LLC
RICHARD A. SIPOS
GARRET D. MURAI

By: _____/s/_____
GARRET D. MURAI

Attorneys for Defendant DYNADOT, LLC

I, STEVEN L. MAYER, hereby attest, pursuant to N.D. Cal. General Order No. 45, that concurrence to the filing of this document has been obtained from the other signatories hereto.

_____
STEVEN L. MAYER