STEVEN L. MAYER (No. 62030)
Email: smayer@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

ANN BRICK (No.65296)
Email: abrick@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
    CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111
Telephone:    415/621-2493
Facsimile:    415/255-8437

ADEN J. FINE (No. 186728)
Email: afine@aclu.org
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
125 Broad Street—18th Floor
New York, New York 10004
Telephone:    212/549-2693
Facsimile:    212/549-2651

MATTHEW J. ZIMMERMAN (No. 212423)
Email: mattz@eff.org
ELECTRONIC FRONTIER
    FOUNDATION
454 Shotwell Street
San Francisco, California 94110
Telephone:    415/436-9333
Facsimile:    415/436-9993

Attorneys for Movants and Prospective Intervenors
PROJECT ON GOVERNMENT OVERSIGHT *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK JULIUS BAER & CO. LTD, a Swiss entity, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WIKILEAKS. an entity of unknown form, *et al.*,<br><br>    Defendants. | No. CV-08-0824 JSW<br><br>Action Filed: February 6, 2008<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER SHORTENING TIME |

Having considered the Stipulated Request for Order Shortening Time relating to the motion to intervene ("Motion") filed by the Project on Government Oversight, the American Civil Liberties Union Foundation, the American Civil Liberties Union, the Electronic Frontier Foundation, and Jordan McCorkle, the Court hereby GRANTS the Request and orders as follows:

1. Any opposition to the Motion shall be filed no later than Thursday, March 6, 2008, at noon.

2. Any reply to the opposition shall be filed no later than Tuesday, March 11, 2008 at noon.

3. The Motion shall be heard by this Court on Friday, March 14, 2008 at 9:00 a.m.

IT IS SO ORDERED.

DATED: February ___, 2008

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE