1  STEVEN L. MAYER (No. 62030)
   Email: smayer@howardrice.com
2  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California 94111-4024
   Telephone:   415/434-1600
5  Facsimile:   415/217-5910

6  ANN BRICK (No.65296)
   Email: abrick@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION OF NORTHERN
8      CALIFORNIA, INC.
   39 Drumm Street
9  San Francisco, California 94111
   Telephone:   415/621-2493
10 Facsimile:   415/255-8437

11 ADEN J. FINE (No. 186728)                    MATTHEW J. ZIMMERMAN (No. 212423)
   Email: afine@aclu.org                         Email: mattz@eff.org
12 AMERICAN CIVIL LIBERTIES UNION                ELECTRONIC FRONTIER
       FOUNDATION                                    FOUNDATION
13 125 Broad Street—18th Floor                   454 Shotwell Street
   New York, New York 10004                      San Francisco, California 94110
14 Telephone:   212/549-2693                     Telephone:   415/436-9333
   Facsimile:   212/549-2651                     Facsimile:   415/436-9993
15
   Attorneys for Movants and Prospective Intervenors
16 PROJECT ON GOVERNMENT OVERSIGHT *et al.*

17 *Additional Counsel Listed On Signature Page*

18                      UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                          SAN FRANCISCO DIVISION

21 BANK JULIUS BAER & CO. LTD, a Swiss          No. CV-08-0824 JSW
   entity, *et al.*,
22                                              Action Filed: February 6, 2008
               Plaintiffs,
23                                              PROOF OF SERVICE
        v.
24                                              Date:   May 9, 2008
   WIKILEAKS, an entity of unknown form, *et al.*,  Time:   9:00 a.m.
25                                              Place:  Courtroom 2
               Defendants.                      Judge:  Honorable Jeffrey S. White
26

27

28

**PROOF OF SERVICE BY EMAIL**

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.

On February 27, 2008, I served the following document(s) described as: **STIPULATED REQUEST FOR ORDER SHORTENING TIME; DECLARATION OF STEVEN L. MAYER IN SUPPORT OF STIPULATED REQUEST FOR ORDER SHORTENING TIME; [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER SHORTENING TIME** on the parties listed below transmitting it via .pdf email to the email addresses set forth below.

<u>Defendants Wikileaks and Wikileaks.org</u>

Wikileaks Legal
legal@sunshinepress.org
Wikileaks Contact
wikileaks@sunshinepress.org
Julian Assange, Wikileaks Contact
me@iq.org
Daniel Mathews
mathews@math.Stanford.edu

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on February 27, 2008.

/s/
John C. Carrillo

PROOF OF SERVICE
-1-