**MARTIN D. SINGER, ESQ. (BAR NO. 78166)**
**WILLIAM J. BRIGGS, II, ESQ. (BAR NO. 144717)**
**EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)**
**LAVELY & SINGER PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone:  (310) 556-3501
Facsimile: (310) 556-3615
E-mail: wbriggs@lavelysinger.com
E-mail: espiegel@lavelysinger.com

Attorneys for Plaintiffs
**BANK JULIUS BAER & CO. LTD** and
**JULIUS BAER BANK AND TRUST CO. LTD**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **BANK JULIUS BAER & CO. LTD**, a Swiss entity; and **JULIUS BAER BANK AND TRUST CO. LTD**, a Cayman Islands entity,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**WIKILEAKS**, an entity of unknown form, **WIKILEAKS.ORG**, an entity of unknown form; **DYNADOT, LLC**, a California limited liability corporation, and **DOES 1 through 10**, inclusive,<br><br>　　　　Defendants. | CASE NO. CV08-0824 JSW<br>[Hon. Jeffrey S. White; CRTM 2]<br><br>**PROOF OF SERVICE**<br><br>[Filed Concurrently With: Plaintiffs' Brief in Opposition to Multiple Applications and Motions by Proposed Amici and/or Requests to Intervene; and Declaration of Evan Spiegel in Support thereof]<br><br>DATE:  February 29, 2008<br>TIME:   9:00 a.m.<br>CTRM:  2, 17th FL |

/ / /

/ / /

# PROOF OF SERVICE
FRCP 5

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Suite 2400, Los Angeles, California 90067-2906.

On the date listed below, I served the foregoing documents described as:

(1) Plaintiffs' Brief in Opposition to Multiple Applications and Motions by Proposed Amici and/or Requests to Intervene; and

(2) Declaration of Evan Spiegel in Support of Plaintiffs' Brief in Opposition to Multiple Applications and Motions by Proposed Amici and/or Requests to Intervene

on the interested parties in this action by placing:
   **[X] a true and correct copy -OR- [ ] the original document**
thereof enclosed in sealed envelopes addressed as follows:

<u>Attorney for Defendant Dynadot LLC</u>
Garret D. Murai, Esq. - gmurai@wendel.com

<u>Defendants Wikileaks and Wikileaks.org</u>
Wikileaks Legal- legal@sunshinepress.org
Wikileaks Contact - wikileaks@sunshinepress.org
Julian Assange, Wikileaks Contact - me@iq.org
Daniel Mathews - mathews@math.Stanford.edu

**[X] BY EMAIL**
   [X] As follows: I am "readily familiar" with the firm's practice of sending email communications. Under that practice an email addressed to the party above was sent from Los Angeles, California in the ordinary course of business.

I declare that I am duly employed in the office of a member of the bar of this Court at whose direction the service was made. Executed **February 28, 2008,** at Los Angeles, California.

/s/
Tiffany Vogt

I hereby attest that I have on file all holographic signatures for any signatures indicated by a conformed signature (/s/) within this efiled document.

/s/
WILLIAM J. BRIGGS, II