
1  STEVEN L. MAYER (No. 62030)
   Email: smayer@howardrice.com
2  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California 94111-4024
   Telephone:    415/434-1600
5  Facsimile:    415/217-5910

6  ANN BRICK (No.65296)
   Email: abrick@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION OF NORTHERN
8      CALIFORNIA, INC.
   39 Drumm Street
9  San Francisco, California 94111
   Telephone:    415/621-2493
10 Facsimile:    415/255-8437

11 ADEN J. FINE (No. 186728)                    MATTHEW J. ZIMMERMAN (No. 212423)
   Email: afine@aclu.org                        Email: mattz@eff.org
12 AMERICAN CIVIL LIBERTIES UNION               ELECTRONIC FRONTIER
       FOUNDATION                                   FOUNDATION
13 125 Broad Street—18th Floor                  454 Shotwell Street
   New York, New York 10004                     San Francisco, California 94110
14 Telephone:    212/549-2693                   Telephone:    415/436-9333
   Facsimile:    212/549-2651                   Facsimile:    415/436-9993
15
   Attorneys for Movants and Prospective Intervenors
16 PROJECT ON GOVERNMENT OVERSIGHT *et al.*

17

18                         UNITED STATES DISTRICT COURT

19                       NORTHERN DISTRICT OF CALIFORNIA

20                              SAN FRANCISCO DIVISION

21 BANK JULIUS BAER & CO. LTD, a Swiss          No. CV-08-0824 JSW
   entity, *et al.*,
22                                              Action Filed: February 6, 2008
              Plaintiffs,
23                                              [PROPOSED] ORDER GRANTING
       v.                                       STIPULATED REQUEST FOR ORDER
24                                              SHORTENING TIME
   WIKILEAKS. an entity of unknown form, *et al.*,
25
              Defendants.
26

27

28

                    [PROPOSED] ORDER GRANTING REQUEST FOR SHORTENED TIME    CV-08-0824 JSW

     Having considered the Stipulated Request for Order Shortening Time relating to the motion to intervene ("Motion") filed by the Project on Government Oversight, the American Civil Liberties Union Foundation, the American Civil Liberties Union, the Electronic Frontier Foundation, and Jordan McCorkle, the Court hereby GRANTS the Request and orders as follows:

    1.    Any opposition to the Motion shall be filed no later than Thursday, March 6, 2008, at noon.

    2.    Any reply to the opposition shall be filed no later than Tuesday, March 11, 2008 at noon.

    3.    The Motion shall be heard by this Court on Friday, March 14, 2008 at 9:00 a.m.

IT IS SO ORDERED.

DATED: February 28, 2008

*/s/ Jeffrey S. White*
The Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN

[PROPOSED] ORDER GRANTING REQUEST FOR SHORTENED TIME     CV-08-0824 JSW

1