SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JAMES M. CHADWICK, Cal. Bar No. 157114
jchadwick@sheppardmullin.com
GUYLYN R. CUMMINS, Cal. Bar No. 122445
gcummins@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

HOLME ROBERTS & OWEN LLP
ROGER R. MYERS, Cal. Bar No. 146164
roger.myers@hro.com
RACHEL MATTEO-BOEHM Cal. Bar No. 195492
rachel.matteo-boehm@hro.com
ADAM BREZINE Cal. Bar No. 220852
adam.brezine@hro.com
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415-268-2000
Facsimile: 415-268-1999

Attorneys for JOHN SHIPTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK JULIUS BAER & CO., LTD., a Swiss entity, and JULIUS BAER BANK AND TRUST CO., a Cayman Isllands entity,, | Case No. CV-08-0824 JSW |
| Plaintiffs, | |
| v. | The Hon. Jeffrey S. White |
| WIKILEAKS, WIKILEAKS.ORG,and DYNADOT, LLC, a California limited liability company,, | Date:   Feb. 29, 2009<br>Time:   9:00 AM<br>Ctrm.:  2 |
| Defendants. | [Complaint Filed: Feb. 6, 2008] |

**NOTICE OF INTENT TO APPEAR**

**AND JOINDER IN MOTIONS AND OPPOSITIONS OF**

**AMICI/INTERVENORS**

TO THE PARTIES, POTENTIAL INTERVENORS AND AMICI, AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that John Shipton, a citizen of Australia currently residing in Kenya, will appear in this action to assert his interests as the owner and registrant of the Internet domain "wikileaks.org." Mr. Shipton will and hereby does reserve all defenses and objections to the claims asserted by Plaintiffs in this action. In particular, Mr. Shipton reserves and does not waive his defenses and objections to the Court's jurisdiction over the subject matter of this action or the Court's personal jurisdiction over him.

PLEASE ALSO TAKE NOTICE that Mr. Shipton will and hereby does join in the motions and briefs of the potential intervenors and amici: Public Citizen and the California First Amendment Coalition; Project on Government Oversight, American Civil Liberties Union, Electronic Frontier Foundation, and Jordan McCorkle; and The Reporter's Committee for Freedom of the Press, *et al.* Federal courts have recognized the right to join in motions filed by other parties, particularly in motions asserting First Amendment rights. *See, e.g., Seattle Times Company v. United States Dist. Court*, 845 F.2d 1513, 1514 (9th Cir. 1988) (Hearst Corporation and Tacoma News, Inc. joined in The Seattle Times' motion asserting First Amendment right of access to court records, and the Ninth Circuit recognized their standing to seek review of orders denying them access to judicial proceedings or documents); *Willis v. Pacific Maritime Ass'n*, 1997 WL 488581, at p. *2 (N.D. Cal. 1997) ("It is a common occurence for parties to join in the motions of other parties on the same side in a case. Parties join in motions in both civil and criminal cases before this court. While no local or federal rule specifically provides for this practice, no obvious reason exists for prohibiting it. If the grounds stated in the motion are applicable to the joining party as well as the moving party, it would be wasteful for them to file separate motions.") Mr. Shipton will and hereby does join their oppositions to the temporary restraining order and permanent injunction previously issued, their oppositions to the requested preliminary injunction, and their request to dismiss this action.

Mr. Shipton respectfully requests that the Court grant the applications and motions of the potential intervenors and amici, vacate the injunctions previously entered, and dismiss the action in its entirety. Should the matter not be dismissed in its entirety and both the temporary restraining order and permanent injunction vacated, this Court should not grant Plaintiffs' request to dismiss co-defendant Dynadot, LLC until all issues relating to the injunctive relief affecting the domain name "wikileaks.org" are resolved.

Dated: February 27, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*James M. Chadwick*
--------------------------------
JAMES M. CHADWICK

Attorneys for JOHN SHIPTON

HOLME ROBERTS & OWEN LLP

*Roger R. Myers*
--------------------------------
ROGER R. MYERS

Attorneys for JOHN SHIPTON