1  STEVEN L. MAYER (No. 62030)
   Email:  smayer@howardrice.com
2  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California  94111-4024
   Telephone:     415/434-1600
5  Facsimile:     415/217-5910

6  ANN BRICK (No.65296)
   Email:  abrick@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION
        FOUNDATION OF NORTHERN
8       CALIFORNIA, INC.
   39 Drumm Street
9  San Francisco, California  94111
   Telephone:     415/621-2493
10 Facsimile:     415/255-8437

11 ADEN J. FINE (No. 186728)                    MATTHEW J. ZIMMERMAN (No. 212423)
   Email:  afine@aclu.org                       Email:  mattz@eff.org
12 AMERICAN CIVIL LIBERTIES UNION               ELECTRONIC FRONTIER
        FOUNDATION                                   FOUNDATION
13 125 Broad Street—18th Floor                  454 Shotwell Street
   New York, New York 10004                     San Francisco, California  94110
14 Telephone:     212/549-2693                  Telephone:     415/436-9333
   Facsimile:     212/549-2651                  Facsimile:     415/436-9993
15
   Attorneys for Movants and Prospective Intervenors
16 PROJECT ON GOVERNMENT OVERSIGHT *et al.*

17

18                  UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20                       SAN FRANCISCO DIVISION

21 | BANK JULIUS BAER & CO. LTD, a Swiss entity, *et al.*, | No. CV-08-0824 JSW |

22 |        Plaintiffs, | Action Filed:  February 6, 2008 |

23 |    v. | NOTICE OF SUPPLEMENTAL AUTHORITY |

24 | WIKILEAKS, an entity of unknown form, *et al.*, | |

25 |        Defendants. | |

26

27

28

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT, pursuant to the Court's Questions For Hearing, entered on
3  February 28, 2008, Project on Government Oversight, American Civil Liberties Union, Inc.,
4  American Civil Liberties Union Foundation, Inc., Electronic Frontier Foundation, and Jordan
5  McCorkle hereby provide notice of the following supplemental authority:

6  Question 2(b).

7  *Lockheed Martin Corp. v. Network Solutions, Inc.*, 194 F.3d 980, 984 (9th Cir. 1999).

8  DATED:  February 28, 2008.

9  Respectfully,

10  STEVEN L. MAYER
    CHRISTOPHER KAO
11  SHAUDY DANAYE-ELMI
    HOWARD RICE NEMEROVSKI CANADY FALK &
12      RABKIN
    A Professional Corporation

13  ANN BRICK
14  AMERICAN CIVIL LIBERTIES UNION
        FOUNDATION OF NORTHERN
15      CALIFORNIA, INC.

16  ADEN J. FINE
    AMERICAN CIVIL LIBERTIES UNION
17      FOUNDATION

18  CINDY A. COHN
    KURT OPSAHL
19  MATTHEW J. ZIMMERMAN
    ELECTRONIC FRONTIER FOUNDATION

21  By:  _____/s/_____
              STEVEN L. MAYER

22
23  Attorneys for Movants PROJECT ON GOVERNMENT
    OVERSIGHT, *et al.*