1  STEVEN L. MAYER (No. 62030)
   Email: smayer@howardrice.com
2  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California 94111-4024
   Telephone:   415/434-1600
5  Facsimile:   415/217-5910

6  ANN BRICK (No.65296)
   Email: abrick@aclunc.org
7  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION OF NORTHERN
8      CALIFORNIA, INC.
   39 Drumm Street
9  San Francisco, California 94111
   Telephone:   415/621-2493
10 Facsimile:   415/255-8437

11 ADEN J. FINE (No. 186728)                    MATTHEW J. ZIMMERMAN (No. 212423)
   Email: afine@aclu.org                         Email: mattz@eff.org
12 AMERICAN CIVIL LIBERTIES UNION                ELECTRONIC FRONTIER
       FOUNDATION                                    FOUNDATION
13 125 Broad Street—18th Floor                   454 Shotwell Street
   New York, New York 10004                      San Francisco, California 94110
14 Telephone:   212/549-2693                     Telephone:   415/436-9333
   Facsimile:   212/549-2651                     Facsimile:   415/436-9993
15
   Attorneys for Movants and Prospective Intervenors
16 PROJECT ON GOVERNMENT OVERSIGHT *et al.*

17 *Additional Counsel Listed On Signature Page*

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 21  BANK JULIUS BAER & CO. LTD, a Swiss entity, *et al.*, | No. CV-08-0824 JSW |
| 22  Plaintiffs, | Action Filed: February 6, 2008 |
| 23  v. | PROOF OF SERVICE |
| 24  WIKILEAKS, an entity of unknown form, *et al.*, | Date:  February 29, 2008<br>Time:  9:00 a.m. |
| 25  Defendants. | Place: Courtroom 2<br>Judge: Honorable Jeffrey S. White |

**PROOF OF SERVICE BY EMAIL**

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.

On February 28, 2008, I served the following document(s) described as: **NOTICE OF SUPPLEMENTAL AUTHORITIES** on the parties listed below transmitting it via .pdf email to the email addresses set forth below.

Defendants Wikileaks and Wikileaks.org

Wikileaks Legal
legal@sunshinepress.org
Wikileaks Contact
wikileaks@sunshinepress.org
Julian Assange, Wikileaks Contact
me@iq.org
Daniel Mathews
mathews@math.Stanford.edu

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on February 28, 2008.

/s/
Juli A. Carter