IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**            **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: February 29, 2008            **Court Reporter:**  Connie Kuhl

**CASE NO.:**   C- 08-824  JSW

**TITLE:**  Bank Julius Baer, et al.,  v.  Wikileaks, et al.,

**COUNSEL FOR PLAINTIFF:**             **COUNSEL FOR DEFENDANT:**

William Briggs                         James Chadwick
Evan Spiegel                           Roger Myers
                                       Garret Murai
                                       Paul Levy
                                       Karl Olson
                                       Steven Mayer
                                       Peter Sheer
                                       Thomas Burke
                                       Ann Brick
                                       Kurt Opsahl
                                       Joshua Koltun

**PROCEEDINGS:**   Order to Show Cause re: Preliminary Injunction

**RESULTS:**   The Court heard argument from counsel.

The Court *tentatively* DENIES the motion for preliminary injunction and dissolves the injunction by Dynadot.

Motion for Preliminary Injunction is taken under submission.

The Court ordered that counsel order and share in the cost of a transcript of these proceedings.