ORIGINAL

UNITED STATES DISTRICT COURT

Northern District of California

BANK JULIUS BAER & CO. LTD, A Swiss entity; & JULIUS BEAR BANK AND TRUST CO, a Cayman Islands entit

Plaintiff(s),

v.

WIKILEAKS, an entity of unknown form, WIKILEAKS.ORG, an entity of unknown form, and DYNADOT LLC

Defendant(s).

CASE NO. CV08-0824 JSW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Paul Alan Levy , an active member in good standing of the bar of District of Columbia and New York whose business address and telephone number (particular court to which applicant is admitted) is

Public Citizen Litigation Group, 1600 - 20th Street, N.W., Washington, D.C. 20009, 202-588-1000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Public Citizen and Calif 1st Amendment Coalition.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

FEB 26 2008

Dated: February __, 2008

_____
United States District Judge