Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Bank Julius Baer & Co. Ltd and
Baer Bank and Trust Co. Ltd,
         Plaintiff(s),
   v.
Wikileaks, Wikileaks.org,
Dynadot, LLC and Does 1 through
10

         Defendant(s).

CASE NO. CV08-0824 JSW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Laura Rose Handman , an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is Davis Wright Tremaine LLP, 1919 Pennsylvania Ave., NW, Suite 200, Washington, D.C. 20006, 202-973-4224, Laura Rose Handman , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Media Amici.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: FEB 29 2008

Hon. Jeffrey S. White

United States Judge