UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BANK JULIUS BAER

      Plaintiff(s),         No. C 08-00824 JSW

  v.         **CLERK'S NOTICE**

WIKILEAKS, et al.,

      Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on May 16, 2008, at 9:00 a.m., immediately following the hearing on the motions, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference previously noticed for 1:30 p.m. in this matter.  A joint acse management statement shall be due on or before May 9, 2008.

Richard W. Wieking
Clerk, United States District Court

By:_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: March 4, 2008